# EXHIBIT A



**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

PENN JERSEY PAPER COMPANY, LLC                                      11/23/2022
9355 BLUE GRSS ROAD
PHILADELPHIA, PA 19114

RE: MONACO INDUSTRIES, LLC

VS: FOMENTO ECONOMICO MEXICANO S.A.B. DE C.V. D/B/A FEMSA, ENVOY SOLUTIONS, LLC,
SOUTHEASTERN PAPER, LLC AND PENN JERSEY PAPER COMPANY, LLC

## Notice of Service

The enclosed process, notice or demand is hereby officially served upon you by the Tennessee Secretary of State pursuant to Tennessee law. Please refer to the process, notice or demand for details concerning the legal matter. If you have any questions, please contact the clerk of the court that issued the process, notice or demand.

The process, notice or demand may have a court date and time that you must appear to defend yourself or the number of days from the date of service by which you are required to file an answer. Failure to appear in court at the time specified or failure to file an answer in the given time could result in a default judgement being rendered against you for relief sought in the lawsuit.

The Secretary of State's office cannot give you legal advice. If you need legal advice, please consult a private attorney.

*Tre Hargett*

Tre Hargett
Secretary of State

Enclosures: Original Documents

---

**DOCUMENT INFORMATION**
SOS Summons # : 13132287
Case #:            205813-3
Certified #:       9489009000276431570668

FILED

2022 NOV 14 PM 3:34

J. SCOTT GRISWOLD

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

MONACO INDUSTRIES, LLC,  )
                     )
    Plaintiff,  )
                     )
                     )
v.  )   **Docket No: 205813·3**
                     )
FOMENTO ECONÓMICO  )
MEXICANO S.A.B. DE C.V.  )
d/b/a  )
FEMSA,  )
                     )
and  )
                     )
ENVOY SOLUTIONS, LLC,  )
                     )
and  )
                     )
SOUTHEASTERN  )
PAPER GROUP, LLC,  )
                     )
and  )
                     )
PENN JERSEY  )
PAPER COMPANY, LLC,  )
                     )
    Defendants.  )

ADA
FOR ASSISTANCE CALL
865-215-3641
Elizabeth.Golem@knox.county.org

RECEIVED
STATE OF TENNESSEE
2022 NOV 21 PM 12:09
TRE HARGETT
SECRETARY OF STATE

## SUMMONS

To the above-named Defendant:    Penn Jersey Paper Company, LLC
                                  9355 Blue Grass Road
                                  Philadelphia, Pennsylvania 19114

You are hereby summoned and required to serve upon **Jerrold L. Becker**, Plaintiff's attorney, whose address is **Bunstine, Watson & Becker, 800 S. Gay Street, Suite 2001, Knoxville, Tennessee 37929** response to the **Complaint** herewith served upon you within **30 days** after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Issued and tested this __14__ day of __November__, 2022.

_J. Scott Griswold_
Clerk

_Amelia M. B_
Deputy Clerk

ATTEST:
Certified a True Copy

_J. Scott Griswold_
Clerk and Master Chancery Court

By _Amelia MB_
Deputy Clerk

## N O T I C E

To the Defendant: Penn Jersey Paper Company, LLC

  Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server:

                          Penn Jersey Paper Company, LLC
                          9355 Blue Grass Road
                          Philadelphia, Pennsylvania 19114

I received this summons on the ___ day of _____, 2022.

I hereby certify and return that on the ____ day of _____, 2022.

     [   ]    served this Summons and Complaint upon the Defendant in the following manner:

     [   ]    failed to serve this summons within 90 days after its issuance because:

                          _____
                          Process Server



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

FEMSA                                                                                      11/23/2022
AKA/POE: C/O CLEARY, GOTTLIEB, STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

RE: MONACO INDUSTRIES, LLC

VS: FOMENTO ECONOMICO MEXICANO S.A.B. DE C.V. D/B/A FEMSA, ENVOY SOLUTIONS, LLC,
SOUTHEASTERN PAPER GROUP, LLC AND PENN JERSEY PAPER COMPANY, LLC

## Notice of Service

The enclosed process, notice or demand is hereby officially served upon you by the
Tennessee Secretary of State pursuant to Tennessee law. Please refer to the process, notice or
demand for details concerning the legal matter. If you have any questions, please contact the
clerk of the court that issued the process, notice or demand.

The process, notice or demand may have a court date and time that you must appear to
defend yourself or the number of days from the date of service by which you are required to file
an answer. Failure to appear in court at the time specified or failure to file an answer in the given
time could result in a default judgement being rendered against you for relief sought in the
lawsuit.

The Secretary of State's office cannot give you legal advice. If you need legal advice,
please consult a private attorney.

*Tre Hargett*
Tre Hargett
Secretary of State

Enclosures: Original Documents

## DOCUMENT INFORMATION
SOS Summons # : 13132002
Case #:              205813-3
Certified #:         9489009000276431570620

# IN THE CHANCERY·COURT FOR KNOX COUNTY, TENNESSEE

MONACO INDUSTRIES, LLC, )
)
    Plaintiff, )
)
v. )    Docket No: 205813-3
)
FOMENTO ECONÓMICO )
MEXICANO S.A.B. DE C.V. )
d/b/a )
FEMSA, )
)
and )
)
ENVOY SOLUTIONS, LLC, )
)
and )
)
SOUTHEASTERN )
PAPER GROUP, LLC, )
)
and )
)
PENN JERSEY )
PAPER COMPANY, LLC, )
)
    Defendants. )

## S U M M O N S

To the above-named Defendant:    FEMSA
    c/o Cleary, Gottlieb, Steen & Hamilton
    One Liberty Plaza
    New York, NY 10006-1470

      You are hereby summoned and required to serve upon **Jerrold L. Becker**, Plaintiff's attorney, whose address is **Bunstine, Watson & Becker, 800 S. Gay Street, Suite 2001, Knoxville, Tennessee 37929** response to the **Complaint** herewith served upon you within **30 days** after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Issued and tested this **14** day of **November**, 2022.

J. Scott Griswold
Clerk

Amelia M. B
Deputy Clerk

ATTEST:
Certified a True Copy
J. Scott Griswold
Clerk and Master Chancery Court
By Amelia M. B
Deputy Clerk

## N O T I C E

To the Defendant: FEMSA

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server:  FEMSA
c/o Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470

I received this summons on the ___ day of _____, 2022.

I hereby certify and return that on the ____ day of _____, 2022.

[  ]  served this Summons and Complaint upon the Defendant in the following
      manner:

[  ]  failed to serve this summons within 90 days after its issuance because:

_____
Process Server

## *NATIONAL REGISTERED AGENTS, INC.*
### *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: James H Heatherly
Southeastern Paper Group Inc.
50 Old Blackstock Rd
Spartanburg, SC 29301-5571

SOP Transmittal # 542734131

Entity Served: SOUTHEASTERN PAPER GROUP INC (Domestic State: SOUTH CAROLINA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of TENNESSEE on this 23 day of November, 2022. The following is a summary of the document(s) received:

1. **Title of Action:** MONACO INDUSTRIES, LLC vs. FOMENTO ECONOMICO MEXICANO S.A.B. DE C.V.

2. **Document(s) Served:** Other: --

3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 2058133

4. **Amount Claimed, if any:** N/A

5. **Method of Service:** Process Server

6. **Date and Time of Receipt:** 11/23/2022 12:30:00 PM CST

7. **Appearance/Answer Date:** None Specified

8. **Received From:** None Specified    9. **Carrier Airbill #** 1ZX212780117736052

    10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**        CopiesTo:

866-539-8692 - Telephone
865-546-9808 - Fax

ORIGINAL

CT Corporation

**UPS Tracking #:** 1ZX2127B0117736052
**Created By:** BATCH BATCH
**Created On:** 11/23/2022 12:11 PM
**Recipient:**

### James H Heatherly

| | |
|---|---|
| Title: | — |
| Customer: | Southeastern Paper Group Inc. |
| Address: | 50 Old Blackstock Rd |
| Email: | JHEATHERLY@SEPAPERGROUP.COM |
| Phone: | 800-2587230 | Fax: | — |

**Package Type:** Envelope
**Items shipped:** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 542734131 | 2058133 | SOUTHEASTERN PAPER GROUP INC |

FILED

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

CLERK & MASTER GRISWOLD

| | |
|---|---|
| MONACO INDUSTRIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket No: 205813-3 |
| | ) |
| FOMENTO ECONÓMICO | ) |
| MEXICANO S.A.B. DE C.V. | ) |
| d/b/a | ) |
| FEMSA, | ) |
| | ) |
| and | ) |
| | ) |
| ENVOY SOLUTIONS, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHEASTERN | ) |
| PAPER GROUP, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| PENN JERSEY | ) |
| PAPER COMPANY, LLC, | ) |
| | ) |
| Defendants. | ) |

ADA
FOR ASSISTANCE CALL
8- 5 215 3641
Elizabeth.Golem@knoxcounty.org

## S U M M O N S

To the above-named Defendant:     Southeastern Paper Group, LLC
National Registered Agents, Inc.
300 Montvue Road
Knoxville, TN 37919-5546

You are hereby summoned and required to serve upon **Jerrold L. Becker**, Plaintiff's attorney, whose address is **Bunstine, Watson & Becker, 800 S. Gay Street, Suite 2001, Knoxville, Tennessee 37929** response to the **Complaint** herewith served upon you within **30 days** after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Issued and tested this __14__ day of _November_, 2022.

_J. Scott Griswold_
Clerk

_Amelia M. B___
Deputy Clerk


# N O T I C E

To the Defendant: Southeastern Paper Group, LLC


Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## <u>SERVICE INFORMATION</u>

To the process server:        Southeastern Paper Group, LLC
                              National Registered Agents, Inc.
                              300 Montvue Road
                              Knoxville, TN 37919-5546


I received this summons on the ___ day of _____, 2022.

I hereby certify and return that on the ____ day of _____, 2022.

    [  ]    served this Summons and Complaint upon the Defendant in the following
manner:



    [  ]    failed to serve this summons within 90 days after its issuance because:



_____
Process Server

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

MONACO INDUSTRIES, LLC, )
)
    Plaintiff, )
)
v. )   Docket No: 205813·3
)
FOMENTO ECONÓMICO )
MEXICANO S.A.B. DE C.V. )
d/b/a )
FEMSA, )
)
and )
)
ENVOY SOLUTIONS, LLC, )
)
and )
)
SOUTHEASTERN )
PAPER GROUP, LLC, )
)
and )
)
PENN JERSEY )
PAPER COMPANY, LLC, )
)
    Defendants. )

FILED

NOV 1 4 2022

J. SCOTT GRISWOLD

ADA
FOR ASSISTANCE CALL
865 / 215-
865 / 215-2497

RECEIVED
STATE OF TENNESSEE
2022 NOV 21 PM 2:21

## S U M M O N S

To the above-named Defendant:   Envoy Solutions, LLC
                        Legalinc Corporate Services, Inc.
                        651 N. Broad Street, Suite 201
                        Middletown, Delaware 19709

      You are hereby summoned and required to serve upon **Jerrold L. Becker**, Plaintiff's attorney, whose address is **Bunstine, Watson & Becker, 800 S. Gay Street, Suite 2001, Knoxville, Tennessee 37929** response to the **Complaint** herewith served upon you within **30 days** after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Issued and tested this __14__ day of __November__ , 2022.

_J. Scott Griswold_
Clerk

_Amelia M. B_
Deputy Clerk

# N O T I C E

To the Defendant: Envoy Solutions, LLC

     Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## **SERVICE INFORMATION**

To the process server:            Envoy Solutions, LLC
                                  Legalinc Corporate Services, Inc.
                                  651 N. Broad Street, Suite 201
                                  Middletown, Delaware 19709


I received this summons on the ____ day of _____, 2022.

I hereby certify and return that on the _____ day of _____, 2022.

     [   ]    served this Summons and Complaint upon the Defendant in the following
              manner:


     [   ]    failed to serve this summons within 90 days after its issuance because:


                     _____
                     Process Server

FILED

2022 NOV 14 PM 3:54

J. SCOTT GRISWOLD

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

| | |
|---|---|
| MONACO INDUSTRIES, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Docket No: 205813·3 |
| | ) |
| FOMENTO ECONÓMICO | ) |
| MEXICANO S.A.B. DE C.V. | ) |
| d/b/a | ) |
| FEMSA, | ) |
| | ) |
| and | ) |
| | ) |
| ENVOY SOLUTIONS, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHEASTERN | ) |
| PAPER GROUP, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| PENN JERSEY | ) |
| PAPER COMPANY, LLC, | ) |
| | ) |
|     Defendants. | |

## COMPLAINT

Comes now the Plaintiff, Monaco Industries, LLC ("Monaco"), a member-managed

limited liability company, by and through its counsel of record, and for its Complaint against the

Defendants Fomento Económico Mexicano, S.A.B. de C.V. d/b/a FEMSA ("FEMSA"), Envoy

Solutions, LLC ("Envoy"), Southeastern Paper Group, LLC ("Southeastern") and Penn Jersey

Paper Company, LLC ("Penn Jersey") (collectively, "Defendants") hereby states as follows:

## PARTIES

1. Plaintiff Monaco Industries, LLC is a Tennessee member-managed limited liability company with its principal place of business located in Knoxville, Tennessee. The sole member of Plaintiff Monaco is Richard Jansen ("Jansen") who is a citizen and resident of Knoxville, Knox County, Tennessee. Plaintiff Monaco's principal place of business is 3030 Monaco Way, Knoxville, Tennessee 37914-6525. Its registered agent for service of process is Van Elkins, First Horizon Plaza, 800 S. Gay Street, Suite 2150, Knoxville, Tennessee 37929.

2. Defendant FEMSA is a Mexican corporation with its principal place of business located at General Anaya 601 Poniente Colonia Bella Vista, Monterrey, Nuevo Leon, 64410 México and may be served through The Mexican Central Authority in accordance with the Hague Convention via international registered mail: Ministry of Foreign Affairs, Directorate-General of Legal Affairs, Plaza Juarez No. 20, Planta Baja, Col. Centro, Alcaldía Cuauhtémoc, C.P. 06010 México, Distrito Federal. Upon information and belief, Defendant FEMSA also maintains legal counsel within the United States: Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, NY 10006-1470. Upon further information and belief, Defendant FEMSA is the parent company for Defendant Envoy and conducts business internationally, including throughout the United States, and within the State of Tennessee.

3. Defendant Envoy Solutions, LLC is limited liability company organized under the laws of the State of Delaware with its principal place of business located at 2101 Claire Court, Glenview, Illinois 60025-7634. Defendant Envoy previously operated under the name NW Synergy. Upon information and belief, its registered agent for service of process is Legalinc Corporate Services, Inc., 651 N. Broad Street, Suite 201, Middletown, Delaware 19709. Upon further information and belief, Defendant Envoy is the parent company of Defendant

2

Southeastern and Defendant Penn Jersey.

4. Defendant Southeastern Paper Group, LLC is a member-managed South Carolina limited liability company with its principal place of business located at 50 Old Blackstock Road, Spartanburg, South Carolina 29301-5571. Defendant Southeastern is registered to do business in the State of Tennessee and its registered agent for service of process, according to the Tennessee Secretary of State website, is National Registered Agents, Inc., 300 Montvue Road, Knoxville, Tennessee 37919-5546. Upon information and belief, Defendant Southeastern is a subsidiary of Defendant Envoy.

5. Defendant Penn Jersey Paper Company, LLC is a limited liability company duly organized and existing under the laws of the Commonwealth of Pennsylvania. Its principal place of business where it may also be served with process is 9355 Blue Grass Road, Philadelphia, Pennsylvania 19114. Upon information and belief, Defendant Penn Jersey is a subsidiary of Defendant Envoy.

6. At all relevant times, Defendants were acting through their alter egos, agents, servants, and employees, who were acting within the scope of their authority, course of employment, and under direct control of Defendant Envoy and Defendant FEMSA.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction as all events giving rise to this cause of action occurred in Knox County, Tennessee.

8. This Court has personal jurisdiction over Defendant Southeastern as it is registered to do business within the State of Tennessee and has conducted business with Plaintiff in Knox County. This Court further has personal jurisdiction over Defendants FEMSA, Envoy, and

3

Penn Jersey pursuant to the Tennessee long-arm statute, Tenn. Code Ann. § 20-2-214. All Defendants have transacted business within the State of Tennessee and have entered into contracts for Plaintiff to provide goods and services within the State of Tennessee and within Knox County, Tennessee.

9. Venue is appropriate pursuant to Tenn. Code Ann. § 20-4-101 as all events giving rise to this cause of action occurred in Knox County, Tennessee as the Plaintiff is located in Knox County, Tennessee.

**FACTS**

10. Plaintiff Monaco is engaged in the business of manufacturing, purchasing, and selling paper, paper products, and supplies throughout Tennessee and the United States and has operated out of Knoxville, Tennessee since 2001.

11. Defendant FEMSA is a multi-faceted corporation with ownership interests in entities such as The Coca-Cola Company and Heinekin that engages in, *inter alia*, the business of beverage distribution, operation of pharmacy chains, operation of retail and fuel service stations, technology innovation, and what it calls "strategic businesses" of which Defendant Envoy is a part. Upon information and belief, Defendant Envoy is wholly owned by Defendant FEMSA. According to the website maintained by FEMSA (https://www.femsa.com/), Defendant Envoy's purpose within FEMSA is "to amplify our competitive advantage [by] [d]eploying industry-leading capabilities and cost-effective strategies[…]" and "strategic" businesses such as Defendant Envoy "[…] provide logistics, transportation, cooling system and foodservice solutions to FEMSA's core businesses and other companies throughout Latin America and across the world." *See https://www.femsa.com/en/business-units/strategic-businesses/* .

4

12. Defendant Envoy is engaged in the business of distribution for janitorial supply, foodservice disposables, packaging solutions, and specialty products nationwide and was previously known as NW Synergy before undergoing a name change in 2021. Upon information and belief, Defendant Envoy is the holding company for multiple distribution companies, including Defendant Southeastern and Defendant Penn Jersey.

13. Defendant Southeastern is engaged in the business of the distribution of facility supplies, foodservice disposables, and industrial packaging throughout the United States. Upon information and belief, Defendant Southeastern is a subsidiary of Defendant Envoy as it was acquired by Defendant Envoy's predecessor, NW Synergy, in late 2020 or early 2021.

14. Previously, Plaintiff Monaco and Defendant Southeastern enjoyed a long-standing business relationship that spanned nearly fifteen (15) years, beginning in 2008 and continuing through 2022.

15. During the 2008 to 2022 time period, Plaintiff Monaco was Defendant Southeastern's single vendor and serviced five (5) to eight (8) active locations throughout Georgia, North Carolina, South Carolina, and Florida by providing bond, thermal, and carbonless paper products.

16. Over the years 2010 through September 2022, Plaintiff's gross sales to Defendant Southeastern and to all Defendants totaled $7,373,697.16.

17. Throughout Plaintiff and Defendant Southeastern's course of dealing, which remained the same throughout their long-term relationship, the parties handled Defendant Southeastern's orders in the same manner: Defendant Southeastern would send purchase orders to Plaintiff and Plaintiff would fill them.

18. Even after Defendant Envoy (then-called NW Synergy) acquired Defendant Southeastern in late 2020 or early 2021, there was no disruption in the business relationship between Plaintiff

5

and Defendant Southeastern and the parties continued to conduct business as they always had. In fact, for the year 2021, even after the acquisition by Defendant Envoy, Plaintiff's gross sales to Defendant Southeastern totaled $715,849.27.

19. Upon information and belief, Defendant Envoy acquired Defendant Penn Jersey in November 2021.

20. In the most recent years of the relationship between Plaintiff and Defendant Southeastern, Plaintiff's representatives and authorized agents, Richard Jansen and Stacey Anderson, communicated extensively with Defendant Southeastern's duly authorized agent and Director of Purchasing, Douglas Bobar ("Bobar"), who, upon information and belief, holds that same position and title within Defendant Envoy.

21. On or about March 15, 2022, Defendants' Bobar, acting as Defendants' duly authorized agent, sent an email to Plaintiff's Jansen informing him that Defendants Envoy and Southeastern along with others had been acquired by Defendant FEMSA in order to create a "national distribution platform." (Mar. 15, 2022 email thread attached hereto as *Collective Exhibit 1*). Defendants' Bobar further stated that he had been "tasked to engage suppliers and come up with an Envoy program for all members and drive sales to fewer partnered suppliers." (*See Coll. Exh. 1*).

22. Also in the March 15, 2022 email to Plaintiff's Jansen, Defendants' Bobar ultimately requested a copy of the Plaintiff's current program for Defendant Southeastern and requested time with Plaintiff's Jansen in order "to discuss a new program for [Defendant] Envoy and its members." (*Coll. Exh. 1*). Defendants' Bobar concluded his email with the following sentence: "I have a really nice value proposition to share with you." (*Id.*).

23. Plaintiff's Jansen replied to Defendants' Bobar that same day, March 15, 2022, sending him

6

the requested programs and indicating his availability for a time to discuss Defendants' "really nice value proposition" for Plaintiff Monaco (*Coll. Exh. 1*).

24. On or about March 28, 2022, Bobar sent an email to Plaintiff's Jansen with a Microsoft Teams meeting request to inquire about expanding Defendant Southeastern's program with Plaintiff to a national program, that would include all of Defendant Envoy's business and that of Defendant Penn Jersey. Defendants' Bobar further noted that he would review Defendant FEMSA's strategy to establish a national distributors platform. (Mar. 28, 2022 email thread is attached hereto as part of *Collective Exhibit 2*). Also on or about March 28, 2022, Plaintiff's Jansen responded to confirm the meeting and Defendants' Bobar responded that same day that it would be a casual conversation to bring Jansen "up to speed and discuss [Defendants'] intent." *See Collective Exhibit 2*.

25. During the meeting on or about March 28, 2022 held via Microsoft Teams, Plaintiff's Jansen and Defendants' Bobar discussed the acquisition of Defendants Southeastern and Penn Jersey by Defendant FEMSA. Defendants' Bobar stated that he wanted Plaintiff Monaco to become the vendor for Defendant Envoy and extolled the possibilities of a growing opportunity for Plaintiff. On or about April 19, 2022, Defendants' Bobar sent Plaintiff's Jansen an email further explaining Defendants' intent with respect to the creation of one pricing program for all of Defendants' members, including Defendant Penn Jersey and Defendant Southeastern. (Apr. 19, 2022 email attached hereto as part of *Collective Exhibit 2*).

26. Meanwhile, beginning in March 2022 and continuing through July 2022, in addition to its usual purchase orders received from representatives of Defendant Southeastern, Plaintiff also received purchase orders from representatives of Defendant Envoy. Plaintiff filled these orders for bond paper, thermal paper, and carbonless paper based on a program created for

7

Defendant Southeastern.

27. While Plaintiff and Defendants continued the business relationship that originated with Defendant Southeastern, Plaintiff's Jansen and Defendants' Bobar worked together to create a program for Defendants that would expand the business from Defendant Southeastern to Defendants Envoy and Penn Jersey, ultimately benefitting Defendant FEMSA.

28. On or about April 27, 2022, Plaintiff's Jansen sent an email to Defendants' Bobar, telling him that Plaintiff was working on Defendant Penn Jersey's portion of the new program solicited by Defendants and asking for additional information and specifications regarding Defendant Penn Jersey's needs as to its register roll/thermal roll program. Upon information and belief, Defendant's Bobar forwarded Plaintiff Jansen's email to Defendants' Thomas Furia, III, Director of Supply Chain Management at Defendant Penn Jersey ("Furia"). A copy of the email exchange is attached hereto as part of *Collective Exhibit 3.*

29. Upon information and belief, on or about April 30, 2022, Defendants' Furia responded to Defendants' Bobar by filling in responses to Plaintiff Jansen's questions regarding the specifications for Defendant Penn Jersey. *See Coll. Exh. 3.*

30. On or about May 2, 2022, Defendants' Bobar forwarded the email exchange between Defendants' Furia and Bobar to Plaintiff's Jansen. In that email, Defendants' Bobar told Plaintiff's Jansen that Defendants' Furia was his (Bobar's) boss and stated that Defendants were looking for "one program for all of [Defendant] Envoy and one price list for all of [Defendant] Envoy." *See Coll. Exh. 3.*

31. On or about May 4, 2022, Plaintiff's Jansen sent an email to Defendants' Bobar with an attachment containing a proposed program for Defendants as previously requested by Defendants. May 4, 2022 email and its attachment attached hereto as *Collective Exhibit 4.*

8

In that email, Plaintiff's Jansen highlighted the following terms for the program: 5% monthly merchandise credit and 2% 10-day prompt payment terms. *See Coll. Exh. 4.* Plaintiff's Jansen also acknowledged that Defendants' Bobar previously stated he wanted a single price, but noted that the freight to Defendant Penn Jersey would have affected this component for location maintained by Defendant Southeastern. *Id.* He also noted a couple of differences in the product needs for Defendants Southeastern and Penn Jersey.

32. In the days and weeks after Plaintiff's Jansen sent the proposed program to Defendants' Bobar on or about May 4, 2022, Bobar and Jansen exchanged emails wherein Plaintiff's Jansen checked in on the progress and Defendants' Bobar asked questions regarding the pricing.

33. On or about May 17, 2022, Defendants' Bobar sent a request to Plaintiff for there to be cross-referencing for certain products and Plaintiff's Anderson responded the same day, stating that she would update the spreadsheets as requested. In reply, on that same day, Defendants' Bobar sent another email, asking for additional updates to the program spreadsheets and further stated: "I need this quickly if Possible. It is holding up my summary to my boss." Defendants' Bobar then sent a couple more emails, asking for additions to the spreadsheet. Plaintiff's Anderson responded, asking for confirmation as to how Defendants' Bobar wanted everything set up in the spreadsheet. Defendants' Bobar replied that he wanted the original quote updated to include the additional requested information. May 17, 2022 email exchange attached hereto as *Collective Exhibit 5*.

34. On or about May 18, 2022, Plaintiff's Anderson sent Defendants' Bobar an email with the spreadsheet for Defendants' pricing, including the modifications as requested by Defendants' Bobar. A copy of that email and its attached spreadsheet is attached hereto as *Collective*

9

*Exhibit 6.*

35. On or about June 9, 2022, Defendants' Bobar wrote to Plaintiff's Jansen and Anderson, apologizing for the delay in "our pricing and program proposal for [Defendant] Envoy Solutions" and asked them "to consider making some adjustments" and "to consider revising your quote to [Defendant] Envoy" to lower pricing on certain products based on pricing that other vendors had submitted. Defendants' Bobar further promised to provide Plaintiff with a list of items he was asking Plaintiff to reconsider. He then concluded the email with: "Thanks for supporting [Defendant] Envoy Solutions and this opportunity." Email attached hereto as part of *Collective Exhibit 7*. On or about June 13, 2022, Defendants' Bobar sent Plaintiff's Jansen and Anderson another email with an attached spreadsheet showing a summary of the best price quote by item that Defendants had received thus far so that Plaintiff would have the opportunity to make any adjustments for items for which they had not quoted the best price for Defendants. Email attached hereto as part of *Collective Exhibit 7*

36. On or about June 15, 2022, Plaintiff's Jansen sent Defendants' Bobar an updated schedule for pricing and told him that Plaintiff was able to match Defendants' requested pricing with one exception. Plaintiff's Jansen further wrote: "Please contact me with any questions and I look forward to the possibilities with [Defendant] Envoy." June 15, 2022 email and attachments attached hereto as *Collective Exhibit 8*.

37. Having received no response from Defendants, other than continuing to fulfill purchase orders, Plaintiff's Jansen emailed Defendants' Bobar an email on or about June 27, 2022 to let him know that Jansen would be on vacation in Europe, but that Defendants' Bobar could contact Plaintiff's Anderson. Defendants' Bobar responded that Defendants were "making

10

our final review this week to make a decision" and stated that he would contact Plaintiff's Anderson with any questions. Plaintiff's Jansen responded and inquired as to how Plaintiff was looking in the review process. A copy of the June 27, 2022 email exchange is attached hereto as *Collective Exhibit 9*.

38. In response, on or about July 11, 2022, Defendants' Bobar asked Plaintiff to review one more item and whether Plaintiff can match the pricing of $26.78. Plaintiff's Anderson responded that Plaintiff would match the requested pricing, which Defendants' Bobar acknowledged. A copy of the July 11, 2022 email exchange is attached hereto as *Collective Exhibit 10*.

39. On or about July 12, 2022, Defendants' Bobar emailed Plaintiff's Anderson and requested all information on one revised quote, including the $26.78 pricing adjustment discussed between them the day before. Plaintiff's Anderson responded with the updated quote and pricing as requested by Defendants' Bobar. A copy of the July 12, 2022 email exchange and attachments is attached hereto as *Collective Exhibit 11*.

40. On or about July 19, 2022, Defendants' Bobar emailed Plaintiff's Jansen and Anderson, stating: "We are prepared to award the register roll business for all of [Defendant] Envoy Solutions" and requested additional information and pricing adjustments. Defendants' Bobar further wrote:

> We are prepared to move forward with [Plaintiff] Monaco. My suggestion to my boss Tom Furia, III. He is ready to move if you can address the issues in the prior paragraph. Please let me know this week if you can. We can then speak about the next steps and the timing of the conversion. We will need to move Iconex business in both the North and the South. His only other concern was your support of the [Defendant Penn Jersey] business to provide uninterrupted service to the best of your ability.

Defendants' Bobar sent a second email that same day inquiring whether it was possible to

strengthen the performance piece of Plaintiff's program for Defendants and suggested that it go to 6% instead of 5%. He further stated that if Plaintiff were to do that, it would go a long way with Defendant Envoy. A copy of the July 19, 2022 emails is attached hereto as *Collective Exhibit 12.*

41. On or about July 21, 2022, Plaintiff's Jansen sent Defendants' Bobar a letter via email on Plaintiff's letterhead, signed it in his capacity as President of Plaintiff, and enclosed the program proposal. Plaintiff's letter stated:

> [Plaintiff] Monaco is pleased to offer this program to [Defendant] Envoy Solutions members from August 1, 2022 to July 31, 2023.

> [Plaintiff] Monaco's program for [Defendant] Envoy Solution [*sic*] includes a 6% rebate in the form of a merchandise credit issued at the end of each month. In addition, payment terms are 2% 10; net 30 days. The program will be in effect from August 1, 2022 to July 31, 2023.

> Please contact me with any questions.

A copy of the July 21, 2022 email, the letter, and its enclosure are attached hereto as *Collective Exhibit 13.*

42. On or about July 25, 2022, Defendants' Bobar responded to Plaintiff's Jansen and asked about a pricing adjustment for a specific product and indicated that he thought that adjustment would "close the deal and we can move forward." Defendants' Bobar also wrote: "Please let me know if you can make this adjustment and I will commit to giving you all the business today....I would like to have a call this week and discuss moving forward and set a timeline for getting orders to you and ETA's for delivery." A copy of the July 25, 2022 email from Defendants' Bobar is attached hereto as part of *Collective Exhibit 14.*

43. Also on or about July 25, 2022, approximately fifteen (15) minutes after Defendants' Bobar sent the email promising "all the business" to Plaintiff's Jansen provided Plaintiff would

12

make certain adjustments, Plaintiff's Jansen responded, stating: "[L]et's move forward with

your proposal." A copy of the July 25, 2022 email from Plaintiff's Jansen is attached hereto

as part of *Collective Exhibit 14*.

44. Defendants' Bobar immediately responded to Plaintiff's Jansen's acceptance of Defendants'

proposal and wrote:

> Thank you [Jansen]. I think this is going to be a great relationship. I think we will be
> committed to giving this category attention to really growing the business. I will just
> need the revised list to show both pricing columns if you don't mind. I am flexible to
> meet this week to discuss moving forward and placing orders. I have a call with
> [Defendant Penn Jersey] today at 10:30 EST this morning. We will discuss what they
> need to move forward with the conversion. I will provide that later today. I am excited
> to get things going. Thank you very much for supporting me and [Defendant] Envoy
> Solutions. Great things to come.

A copy of the July 25, 2022 email from Defendants' Bobar is attached hereto as part of

*Collective Exhibit 14*.

45. Also on or about July 25, 2022, Plaintiff's Anderson sent Defendants' Bobar an email with

the requested adjustments to the pricing columns. A copy of the July 25, 2022 email and its

attachment are attached hereto as *Collective Exhibit 15*.

46. On or about July 26, 2022, Defendants' Bobar responded to Plaintiff's Anderson's email,

confirming pricing for Defendants Southeastern and Penn Jersey and also with questions

regarding contact persons for new vendor set-up and credit forms. He further wrote:

> We plan to place orders as soon as we can get set up. [Defendant Southeastern]
> will move their Iconex volume and place orders next week. I cannot commit to
> [Defendant Penn Jersey] ordering until all is set up and ready to go.
>
> I will announce this to the sales team on Monday 08/01/22. We are very excited
> to move forward and really partner with [Plaintiff] Monaco.

He further asked for electronic literature/catalogs that he could send out to the sales team

with the announcement and concluded by saying: "I really appreciate it and we will grow this

business together." A copy of the July 26, 2022 email is attached hereto as *Exhibit 16*.

47. Also on or about July 26, 2022, Plaintiff's Jansen responded to the questions posed by Defendants' Bobar and sent the information to him as requested. Defendants' Bobar wrote to Plaintiff's Anderson and asked her for an updated final quote or "one master price list" as there were several items missing that had appeared on earlier versions in June, but not in the final quote. Plaintiff's Anderson sent the updated master list as requested They then exchanged several more emails regarding certain pricing before Defendants' Bobar assured Plaintiff that Plaintiff should have orders by August 1, 2022 and should expect even larger orders from Defendant Southeastern as Defendant Southeastern had business with Iconex (a competitor of Plaintiff that was being moved over to Monaco as well. A copy of the July 26, 2022 email exchange is attached hereto as *Collective Exhibit 17*.

48. On or about August 1, 2022, Defendants' Bobar emailed Plaintiff's Anderson with an email titled "Conversion from Iconex to Monaco" wherein he assured Plaintiff's Anderson that Defendant Southeastern was getting set up on its side and that Defendant Penn Jersey would hopefully reach out soon to get set up and to place an order. Defendants' Bobar further indicated that he was working on one item for Defendant Penn Jersey that Plaintiff Monaco was unable to match up and inquired as to whether Plaintiff Monaco would be able to source that particular product as Defendant Penn Jersey used approximately twenty (20) cases of it per month. A copy of that email is attached hereto as *Exhibit 18*.

49. Also on or about August 1, 2022, Defendants' Bobar sent another email to Plaintiff's Anderson entitled "Spec Sheets" wherein he requested information for shipping so that he could set it up in Defendants' system: weight, cube, case dimensions, UPC, TIHI, pack, description, and others. Plaintiff's Anderson replied with the requested information that

14

same day. A copy of that email exchange is attached hereto as *Collective Exhibit 19*.

50. Also on or about August 1, 2022, Defendants' duly authorized agent, Caroline Bane, whose position was Senior Category Analyst for Defendant Envoy, sent an email to Plaintiff's Anderson, titled "PJP Vendor Information" and requesting that Plaintiff fill out Defendants' new vendor information for Defendant Penn Jersey to be returned to her. Defendants' Bane further requested a copy of Plaintiff's certificate of insurance and attached Defendants' inbound delivery and receiving information and pricing increase information, along with the W-9 and credit references for Defendant Penn Jersey. A copy of the August 1, 2022 email and attachments from Bane is attached hereto as part of *Collective Exhibit 20*.

51. In Plaintiff's course of dealing with Defendant Southeastern and in other business relationships in the Plaintiff's industry, the requests sent to Plaintiff by Defendants' Bane are usually indicative that Plaintiff is the confirmed vendor. The sending of the W-9 and the credit references for Defendant Penn Jersey are normally only received after the business relationship is established. Thus, Plaintiff's understanding that Plaintiff was the vendor for Defendants was further cemented.

52. As a result of Defendants' requests set forth in the email sent by Defendants' Bane, Plaintiff added Defendant Penn Jersey to its insurance and received a certificate of insurance from Plaintiff's insurance company. A copy of that certificate is attached hereto as *Exhibit 21*.

53. On or about August 3, 2022, Plaintiff's Anderson responded to Defendants' Bane, sending her the information regarding case label samples for approval as requested in the August 1, 2022 email and Defendants' Bane acknowledged approval by writing: "That is fine!" A copy of that email exchange is attached hereto as *Collective Exhibit 22*.

54. Also on or about August 3, 2022, Plaintiff's Anderson and Defendants' Bobar exchanged

additional emails regarding Defendants' Bobar's questions about certain specifications for certain products.

55. On or about August 5, 2022, Plaintiff's Jansen sent an email to Defendants' Bobar, telling him that Plaintiff Monaco had been able to source the 3-ply paper based on Defendant Penn Jersey's annual usage as requested by Defendants' Bobar via email on August 1, 2022 (*See Exh. 18*) and that the delivered price per case would be $63.79. Plaintiff's Jansen further attached new program pricing for Defendants with the update. In response, Defendants' Bobar thanked Plaintiff's Jansen and indicated that the Plaintiff's pricing for that product "really helps things" before concluding that Defendants and their agents were working with Plaintiff's Anderson "to get things set up." A copy of Plaintiff Jansen's email and its attachment are attached hereto along with Defendants' Bobar's response as *Collective Exhibit 23*.

56. On or about August 8, 2022, Defendants' duly authorized agent, Melissa Stankiewicz, sent a email entitled "Purchase Order – S02U59" to Plaintiff on behalf of Defendant Southeastern. In response, Plaintiff's duly authorized agent and employee, Holly Jones, sent an email on behalf of Plaintiff, reminding Defendants' Stankiewicz that "new program pricing has been implemented for [Defendant] Envoy." Ms. Jones further requested that Defendants' Stankiewicz reach out to Defendants' Bobar for the updated pricing and send over a new purchase order. A copy of that email exchange is attached hereto as *Collective Exhibit 24*.

57. Thereafter, and during August and September 2022, Defendant Southeastern sent purchase orders to Plaintiff that were based on the new pricing program created for the expanded business for Defendant Envoy and other Defendants. The products for these purchase orders were received by the locations previously maintained by Defendant Southeastern in Georgia,

North Carolina, South Carolina, and Florida. Defendants paid those invoices in accordance with the new pricing as agreed upon by the parties. As further evidence of their agreement and understanding, Plaintiff credited the Defendants with the 6% rebates. Copies of the invoices are attached hereto as *Collective Exhibit 25*.

58. On or about August 9, 2022, Defendants' Bane again initiated an email exchange with Plaintiff's Anderson to confirm lead times and for further details on shipping Plaintiff's products. Specifically, Plaintiff's Anderson wrote that Plaintiff's program for Defendant Penn Jersey was priced for full truck quantities, which is ten (10) to twelve (12) days from purchase order to ship date; that there is a 3-day transit time from Knoxville where Plaintiff is located; that a full truck is generally twenty (20) to twenty-four (24) pallets, depending on weight; and that a full truck minimum is one thousand cases and one thousand, two-hundred cases maximum. A copy of this email exchange is attached hereto as *Collective Exhibit 26*.

59. Also on or about August 9, 2022, Defendants' Bobar followed up with Plaintiff's Anderson and Jansen, continuing his email from August 3, 2022 originally entitled "Spec Sheets." In his August 9, 2022 email, Defendants' Bobar told them that Defendant Penn Jersey had asked him to define a minimum case count on a TL or truckload that Defendant Penn Jersey could use as its minimum target in order to place their order. He further stated that Iconex was at 1,000 cases and asked whether Plaintiff could match the minimum. The August 9, 2022 email is attached here as *Exhibit 27; see also Coll. Exh. 19*.

60. Also in his August 9, 2022 email, Defendants' Bobar mentioned that he needed product information for certain items from the Plaintiff so that he (Bobar) could set up product codes. He further told Plaintiff's Anderson and Jansen that he had already created a spreadsheet and they would need to fill it in for him. *See Exh. 27*.

17

61. Defendants' Bobar later sent a separate email on August 9, 2022 to Plaintiff's Anderson with the aforementioned spreadsheet, telling her it would need to be filled in so that Defendant Penn Jersey could set up product codes. He further asked for confirmation that the 1,000 minimum for a truckload would work for Plaintiff. Plaintiff's Anderson responded the next day, confirming that the 1,000 minimum would work for Plaintiff and stating that she would send Defendants' Bobar the filled-in spreadsheet as requested by the next day. Defendants' Bobar replied, thanking Plaintiff's Anderson. A copy of the email exchange is attached hereto as *Collective Exhibit 28.*

62. On or about August 12, 2022, Plaintiff's Jansen met virtually with Defendants' Furia and Bobar via Microsoft Teams. The purpose of the meeting was for Defendants' Furia to meet with Plaintiff's Jansen face-to-face to discuss Plaintiff Monaco. During that meeting, Defendants' Furia asked Plaintiff's Jansen how Plaintiff could beat Defendants' previous supplier's prices. Plaintiff's Jansen told him that he, on behalf of Plaintiff, was making an investment and looked forward to growing the business. Defendants' Furia also asked how Plaintiff would handle Defendants' expansion to other locations and Plaintiff's Jansen replied that Plaintiff already serviced (and continues to service) accounts nationally and had no service issues. Defendants' Furia ended the call by stating that Plaintiff's program for servicing Defendants would move forward, that Defendant Southeastern's orders would continue, and that Plaintiff could anticipate orders from Defendant Penn Jersey beginning in September, 2022.

63. In reliance on the agreement that resulted from the parties' ongoing negotiations that culminated with Defendants' Furia's statements during the Microsoft Teams call that Plaintiff would be the sole and exclusive provider for Defendants and their needs, Plaintiff's

agents and representatives continued to prepare to meet those needs.

64. Also on or about August 12, 2022, Plaintiff's Anderson reached out to Defendants' Caroline Bane, continuing the previously established email thread entitled "PJP Vendor Information." In her email, Plaintiff's Anderson gave additional contact information for Plaintiff and asked a couple of questions in preparation for Plaintiff's first purchase order from Defendant Penn Jersey. Plaintiff's Anderson further stated: "We look forward to working with [Defendant Penn Jersey] and thank you for choosing [Plaintiff] Monaco." Defendants' Bane replied with the email address for Plaintiff's invoices to be sent to, which was "pjpinvoices@pjponline.com" and advised that they required an appointment for full truck deliveries. Notably, Defendant Envoy's logo appears in Defendants' Bane's email signature. At no time did Defendants' Bane ever indicate that Plaintiff would not be servicing Defendants. A copy of this email exchange is attached hereto as *Collective Exhibit 29*.

65. As a reflection of the parties' agreement for Plaintiff Monaco to service Defendants' accounts, throughout the remainder of August and through the beginning of September, 2022, Plaintiff Monaco received nearly Seventy-Five Thousand Dollars' ($75,000.00) worth of purchase orders for Defendant Southeastern under the new pricing program created for the Defendants and agreed upon by the parties. Plaintiff filled these orders and these orders were accepted by Defendant Southeastern and paid for accordingly. Copies of those invoices are attached hereto as *Collective Exhibit 30*.

66. In reliance upon the representations made by Defendants' Bobar and Furia and the agreement made between the parties, Plaintiff continued to work to ensure that they would have Defendants' products lined up and ready to ship to them as needed. Having worked for many years with Defendant Southeastern, Plaintiff already knew much of what Defendant

19

Southeastern would need and had pre-ordered. Pursuant to the discussions and negotiations between the parties, Defendant Penn Jersey would be ordering an additional approximately one and a half truckloads per month of mixed product, which was to be thermal, bond, and carbonless papers, amounting to approximately an additional $125,000.00 in gross sales per month on top of what Plaintiff had already been handling for Defendant Southeastern. By adding on Defendant Penn Jersey's needs, Plaintiff's business with Defendant Envoy was set to increase an additional 25% to 30% over the existing amount of business Plaintiff already had with Defendant Southeastern.

67. Based on the statement made by Defendants' Furia that Plaintiff could expect purchase orders from Defendant Penn Jersey in September 2022, on or about September 7, 2022, Plaintiff's Anderson wrote to Defendants' Caroline Bane, telling her that Plaintiff was preparing and forecasting for Defendant Penn Jersey's needs and asking whether there was a timeframe for when Defendant Penn Jersey's first purchase order would be placed with Plaintiff. A copy of that email is attached hereto as *Exhibit 31.*

68. On or about September 12, Defendants' Bobar sent a request to Plaintiff's Jansen for another Microsoft Teams meeting that would also be attended by Defendants' Furia. Plaintiff's Jansen agreed and the meeting was scheduled for September 14, 2022.

69. However, on or about September 13, 2022, Defendants' Bobar called Plaintiff's Jansen and told him that despite the parties' agreement, Defendants' Furia had made a decision that Iconex would be Defendants' exclusive supplier instead of Plaintiff.

70. On or about September 19, 2022, having received no response from Defendants' Bane, Plaintiff's Anderson re-sent her September 7, 2022 email inquiry and further asked Defendants' Bane who she should contact if Defendants' Bane was not the appropriate

contact, but has not received any response. A copy of that email is attached hereto as *Exhibit 32.*

71. In reasonable reliance upon the parties' agreement and the representation made by Defendants that Defendant Penn Jersey would begin ordering from Plaintiff in September 2022, Plaintiff had already ordered two additional truck loads of thermal material per month for the fourth quarter, 40,000 pounds of bond and carbonless material, and 200 cases of 3-ply paper from a third-party vendor to re-sell to Defendant Penn Jersey, all based on the usage numbers for Defendants Penn Jersey and Envoy as provided by Defendants' Bobar. Plaintiff Monaco does not currently have a customer that would use this 3-ply paper product, which cost Plaintiff Monaco $11,300.00.

72. In the course of dealing between Plaintiff and Southeastern, Plaintiff's pricing programs were set for a one-year term that would simply roll over to the next year. Accordingly, unless otherwise discussed between them, generally via email, Plaintiff and Defendant Southeastern would continue their relationship from year-to-year.

73. Based on Defendants' representations and Plaintiff's longstanding relationship and course of dealing with Defendant Southeastern, Plaintiff's expectation was that the parties' agreement had established a ten year or more relationship for the Plaintiff to be the Defendants' sole supplier.

## Count I – Breach of Contract

74. Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 73 as though fully set forth herein.

75. Following negotiations between the parties, Plaintiff offered terms set forth in the agreement and Defendants accepted the terms set forth in the agreement.

21

76. The agreement was supported by adequate consideration and relied on promises in lieu of consideration including, but not limited to, Plaintiff's purchasing of product to service Defendants' needs and Defendants' promise to Plaintiff that Plaintiff would be the sole supplier for Defendants.

77. The parties performed in conformity with the agreement for several weeks as Defendants purchased products from Plaintiff pursuant to the negotiated agreement and Plaintiff supplied those products in accordance with the agreement. *See Coll. Exhibits 14, 16, 17, 18, 23, 24, 25, 30.*

78. Defendants have breached the agreement by, among other things, unilaterally revoking the agreement without justification.

79. Defendants have breached the agreement by refusing to purchase goods from the Plaintiff as promised and on the terms as negotiated by the parties.

80. Defendants have breached the agreement by reneging on their promise to make Plaintiff their sole supplier.

81. Defendant have breached the agreement by refusing to continue the agreement for its full year term and in subsequent years, by failing to continue to purchase products from the Plaintiff, now saying that they will use another supplier instead.

82. The actions of Defendants specified above have resulted in a breach of the parties' agreement.

83. Plaintiff has performed all of its obligations under the agreement and Defendants have partially performed under the agreement.

84. As a result of such breach, Plaintiff has suffered damages in an amount to be proven at trial, but in any event, in excess of Four Million ($4,000,000.00) and 00/100 Dollars.

22

## Count II – Promissory Fraud

85. Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 84 as though fully set forth herein.

86. Defendants, on multiple occasions, made representations that Plaintiff would be the sole and exclusive supplier for Defendants, negotiated a pricing plan for Defendants, and began to perform under the negotiated pricing plan.

87. Plaintiff alleges that, upon information and belief, Defendants had no present intentions to fully perform the promises made to the Plaintiff and, in fact, Defendants did not ultimately perform as promised. Accordingly, Defendants are liable, jointly and severally, to Plaintiff for promissory fraud.

## Count III – Intentional Misrepresentation

88. Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 87 as though fully set forth herein.

89. Plaintiff alleges that the Defendants made these representations that Plaintiff would be the sole supplier for Defendants in the course of their business, profession, and employment and during the course of a transaction in which they had a pecuniary interest. These representations were material, were made intentionally and/or recklessly, were false, and the Plaintiff reasonably relied upon them to its detriment and has been damaged as a result. Thus, Defendants are liable, jointly and severally, to Plaintiff for Defendants' intentional misrepresentations.

23

## Count IV – Promissory Estoppel

90. Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 89 as though fully set forth herein.

91. Defendants agreed that Plaintiff would be the sole supplier for Defendants and the terms of their agreement are contained in Paragraphs 21- 27, 36, 39, 41 - 47, 55, and 62 of this Complaint as well as in *Collective Exhibits 8, 11, 13, 14, 16, 17, 18, 23, 25,* and *30* to this Complaint.

92. Plaintiff relied upon the agreement between the parties numerous oral and written representations to its detriment in that it manufactured and purchased products that would be necessary to complete Plaintiff's obligations to the Defendants under the agreement.

93. Plaintiff further relied on the parties' agreement and Defendants' promises to its detriment in that Plaintiff lost opportunities to sell its products to Defendant Southeastern as it had for nearly twenty years.

94. Plaintiff's reliance was justifiable.

95. Defendants have breached the terms of the parties' agreement in that they have failed to purchase the products from Plaintiff as agreed upon and have further breached by failing to carry out the agreement for the Plaintiff to be the sole and exclusive supplier for Defendants.

## PRAYER FOR RELIEF

Having pled its facts and causes of action, Plaintiff Monaco prays for the following relief:

1) That the Defendants be served pursuant to the Tennessee Rules of Civil Procedure.

2) For findings of breach of contract, promissory fraud, promissory estoppel, and intentional misrepresentation, damages in an amount to be determined at trial, but in any event in excess of Four Million Five Hundred Thousand ($4,500,000.00) and 00/100 Dollars.

3) Plaintiff's reasonable attorneys' fees and costs.

4) For all such further, other, and general relief to which the Plaintiff may show itself entitled.

Respectfully submitted this the _11_ day of _November_ 2022.

JERROLD L. BECKER, #001239
EMILY K. STULCE, #023851
Attorneys for Plaintiff
BUNSTINE, WATSON & BECKER
800 S. Gay Street, Suite 2001
Knoxville, Tennessee 37929
Tel.: (865) 523-3022
Fax: (865) 637-0137
jbecker@bwblawyer.com
estulce@bwblawyer.com

25

# O A T H

STATE OF TENNESSEE )
                     )  ss:
COUNTY OF KNOX      )

Richard W. Jansen, President and sole member of Monaco Industries, LLC, having been

duly sworn according to law, makes oath that he has read the foregoing Complaint and that the

facts set forth therein are true to the best of his knowledge, information and belief, and that his

Complaint not made out of levity or by collusion with the Defendants, but in sincerity and truth

for the causes mentioned therein.

RICHARD W. JANSEN
President, Monaco Industries, LLC

Sworn to and subscribed before me

this 1st day of November, 2022.

Notary Public

My Commission Expires: 6-1-2025

## COST BOND

Monaco Industries, LLC as Principal, and Bunstine, Watson & Becker as Surety, are held and firmly bound unto the Clerk & Master for Knox County, Tennessee, for the payment of all costs awarded against the Principal. To that end, we bind ourselves, our heirs, executors and administrators.

The Principal is commencing legal proceedings in the Knox County Chancery Court. If the Principal pays all costs which are adjudged against it, then this obligation is void. If the Principal fails to pay, then the surety shall undertake to pay all costs adjudged against the Principal. Mandated at T.C.A. §20-12-120 et seq.

**PRINCIPAL**
MONACO INDUSTRIES, LLC
3030 Monaco Way
Knoxville, TN 37914

MONACO INDUSTRIES, LLC
By: _____

**SURETY**
JERROLD L. BECKER, #001239
BUNSTINE, WATSON & BECKER
800 S. Gay Street, Suite 2001
Knoxville, Tennessee 37929
(865) 523-3022

SURETY _____

26

# COLLECTIVE EXHIBIT 1

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Thursday, November 3, 2022 9:27 AM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Southeastern Paper Group Program 2021-2022 |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Tue, Mar 15, 2022 at 11:47 AM
Subject: Re: Southeastern Paper Group Program 2021-2022
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, good morning. I'll be your contact moving forward. I just forwarded you the programs. I'm pretty open this week with the exception of Friday at 10am. Best regards Richard

> On Mar 15, 2022, at 8:51 AM, Doug Bobar <dbobar@sepapergroup.com> wrote:
>
> Richard,
>
> Good morning. It has been a while since we have spoken. I hope all is well with Monaco. I have two questions for you. Did you extend the program from 04/30/2021 to go through 04/30/2022? If so, I need a copy of that. The other thing is and I am not sure if you heard that we were bought last year. We were acquired by a company out of Mexico called Femsa. They have bought several companies in the US trying to create a national distribution platform. The company is now a part of Envoy Solutions. All the members will keep their name but we are a subsidiary of Envoy Solutions. I would like to take some time soon when you are available to explain to you about the company and my new role supporting Foodservice disposables. I have been tasked to engage suppliers and come up with an Envoy program for all members and drive sales to fewer partnered suppliers. This is my category so I will be asking Monaco for a new program. Can you tell me if you have some time this week or next to have a call to discuss. I am not sure if you have hired a regional sales manager in our area and if I should go through them or will you handle us directly. Please let me know. thanks
>
> So to recap, just need the extended current program and some time to discuss a new program for Envoy and its members. I have a really nice value proposition to share with you.
>
>
> Thank you,
>
>
> Doug Bobar
> Purchasing Department
> Director of Purchasing
> Southeastern Paper Group



Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
dbobar@sepapergroup.com

<image001.jpg>

**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Tuesday, May 12, 2020 4:15 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey Anderson <stacey.anderson@thinkmonaco.com>
**Subject:** Program

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Doug, please find attached an updated program letter. If you would like me to send you a hard copy please let me know. Best regards, Richard

<20200512162901266 copy.pdf>



MONACO°

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 2

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:46 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Discussion about Envoy and one program |
| **Attachments:** | pastedGraphic copy.jpg |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Mon, Mar 28, 2022 at 8:51 AM
Subject: Re: Discussion about Envoy and one program
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, sounds good. Confirming 10am, March 29. Best regards Richard

> On Mar 28, 2022, at 8:46 AM, Doug Bobar <dbobar@sepapergroup.com> wrote:
>
> Richard, Good morning. Hopefully this time will work for you. I will review FEMSA, the owners of Envoy
> Solutions and their strategy to establish a national distribution platform. Our need to create one Envoy
> program and create true value for our partnered vendors. Thanks
>
>
> Doug Bobar
> Southeastern Paper Group
> dbobar@sepg.com
> 864 706 8986

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting


Coll. EXHIBIT
2
tabbies

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:47 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy Solutions 2022 program and pricing |
| **Attachments:** | image001.jpg; Register Roll Volume- Envoy Solutions- 041422 Vendor.xlsx; pastedGraphic copy.jpg |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Tue, Apr 19, 2022 at 10:59 AM
Subject: Fwd: Envoy Solutions 2022 program and pricing
To: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Begin forwarded message:

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Subject: Envoy Solutions 2022 program and pricing**
**Date:** April 19, 2022 at 9:12:07 AM EDT
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>

Richard,

I hope this finds you well. Sorry for the delay in putting the numbers together. I only wanted to include convertible volume in the summary. Our objective is to put together a 2022 program for all of Envoy Solutions members. Please keep the inclusion open as we acquire and add new members. Currently the volume is only from Penn Jersey Paper and Southeastern Paper Group. We are looking for two things: One program for all members and one price list for all members. Please be aggressive as you can as there are several suppliers involved in the opportunity. The volume attached is annual for 2021. We can move this business and we will move this business to the supplier that wants to partner with Envoy and growth their business together. We will not support any other non partnered suppliers unless it is contracted business that we cannot move. I did include one ribbon on the summary. If you can provide that please match it up with your offering and add it to the price list and program. Any questions please just call or email me.

I will be your contact for all of Envoy. No getting redirected to other purchasing folks. We will make the decision and support that partnered vendor. We are inpowered to make these decisions and implement the change. I am excited about the relationship and the opportunity to really focus on this category and grow together. Please right the program to Tom Furia III. He is my boss and is the VP of Foodservice Disposables for all of Envoy Solutions. He will sign the program. I will be your contact and will support you will all locations for the conversion to the marketing to get things moving forward. I would really like something back by 05/02/2022 or soon if possible. I am available anytime to answer any questions. Don't hesitate to ask.

Thank you for supporting and wanting to partner with Envoy Solutions.

Doug Bobar
Purchasing  Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
dbobar@sepapergroup.com

# COLLECTIVE

# EXHIBIT 3

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:48 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: SEPG |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Mon, May 2, 2022 at 9:26 AM
Subject: Fwd: SEPG
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, thank you. We'll get working on it. Best regards, Richard

Begin forwarded message:

From: Doug Bobar <dbobar@sepapergroup.com>
Subject: FW: SEPG
Date: May 2, 2022 at 8:29:47 AM EDT
To: Richard Jansen <richard.jansen@thinkmonaco.com>

Richard, Here is the information below. Really looking for one program for all of Envoy and one price list for all of Envoy. You can quote us LTL pricing as well as TL and the location will decide their purchasing minimum and pay the pricing accordingly. So one LTL and TL price for all, one Envoy price list. You have several brackets if needed. If you have more questions please let me know. I highlighted Tom's response in red. BTW, Tom is my boss. Thanks

Doug Bobar
Purchasing Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
dbobar@sepapergroup.com


Coll. EXHIBIT
3



**From:** Thomas Furia III <TFuriaIII@pjponline.com>
**Sent:** Saturday, April 30, 2022 6:41 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Subject:** Re: SEPG

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Doug

See below.

Tom III

Thomas R Furia III
VP of Supply Chain
PJP
tfuriaiii@pjponline.com
215-756-2954

---

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Friday, April 29, 2022 3:48 PM
**To:** Thomas Furia III
**Subject:** FW: SEPG

Monaco is working on our register roll/ thermal roll program and one price. please see the questions below. Can you help? thanks

Doug Bobar
Purchasing Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
dbobar@sepapergroup.com



From: Richard Jansen <richard.jansen@thinkmonaco.com>
Sent: Wednesday, April 27, 2022 1:28 PM
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>
Subject: SEPG

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Doug, good afternoon. I'm working on the the Penn Jersey portion. Can you please provide me the following information. Based on their volumes we would like to ship in full truck load volumes. Please let me know if this is possible. I may have more questions. Best regards, Richard

What is the zip code and per PO volumes for delivery for Penn Jersey Paper?

- o LTL – what is the pallet count if LTL? Standard GMA pallets
  - If not LTL - Full Truck quantities shipped monthly?
- o Blind Ship direct to end user? What does this mean?
- o Special carton labels required?each box should be labeled with a barcode
- o Bar code required on carton label? Yes
- o Any special delivery requirements to include an appointment required? Lumper or driver sort and segregate
  i.e. lumper, sort/seg, inside, etc.

Penn Jersey volume numbers below.

- Monaco Item 30150   SEPG -
  033980         Annual Volumes  3,082
- Monaco Item 80230   SEPG -
  033985         Annual Volumes 11,860
- Monaco Item 57085   SEPG -
  033975         Annual Volumes    770
- Monaco Item 57150   SEPG -
  033990         Annual Volumes    404

We will contact our ribbon vendor and confirm pricing and details – we currently do not offer ribbons – SEPG Items 149671 / 93015



**MONACO°**

**RICHARD JANSEN President**
Richard.Jansen@thinkmonaco.com

o 800.688.8434
c 865.310.1938
fx 865.688.5790

3030 Monaco Way Knoxville, TN 37914
www.thinkmonaco.com

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



**MONACO°**

**RICHARD JANSEN President**
Richard.Jansen@thinkmonaco.com

o 800.688.8434
c 865.310.1938
fx 865.688.5790

3030 Monaco Way Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 4

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:49 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy/SEPG/Penn Jersey |
| **Attachments:** | SEPG All Locations - April 2022 Update .xls; pastedGraphic copy.jpg |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Wed, May 4, 2022 at 1:46 PM
Subject: Envoy/SEPG/Penn Jersey
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, please find below the Envoy program to include SEPG and Penn Jersey. The program consists of the monthly 5% merchandise credit and 2%/10 day prompt payment terms. I know you wanted a single price but the freight to Penn Jersey would have effected this component for the SEPG location. Based on the usage numbers Penn Jersey appears to be able to purchase monthly truckload orders. A couple of product notes. SEPG # 52375025 there is a slight footage difference, 315' for Monaco and 328' for the PJ product. The only item we don't produce is the 3" x 67' 3 ply. All are thermal material is BPA Free. PJ has one item that is Phenol Free. Please provide me feedback when convenient. Best regards, Richard

>
>

**EXHIBIT**



MONACO°

3030 Monaco Way
Knoxville, TN 37914-6525
865-688-5450 : Office
www.thinkmonaco.com

Bond - no energy surcharge

| Email PO's | Monaco@thinkmonaco.com |
| Sales Contact | Richard.Jansen@thinkmonaco.com |

April 1, 2022

PRICING IS COST PER CASE + ENERGY SURCHARGE

ADD TO ALL CASE PRICE FOR PURCHASE

Southeastern Paper Group

| Monaco # | SEPG # | Width | Length | Description | Pack | Core ID | Weight | Case Cube | 90+ Cases (Mix of Cases) Freight Included LOCATIONS in South Carolina, North Carolina, Florida | 90+ Cases LTL Volumes MAX 270 cases/or 6 Pallets for LTL PENN JERSEY PRICING ONLY - LTL VOLUMES | FULL TRUCK (1080 - 1200 Cases Mixed Product) PENN JERSEY PRICING ONLY FULL TRUCK | Surcharge - Per Case Cost - Separate Line Item on Invoice. Not Applicable to Discount or Rebate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22058GCCB | 375-830 | 2-1/4 | 54 | 2-PLY-CB/CF-WW | 50 | 7/16 | 11 | 0.47 | Discontinued | | | |
| 2209S | 52375064 | 2 1/4 | 95 | 2 PLY W/C | 50 | 7/16 | 20 | 0.60 | $ 40.90 | | | |
| 3209S | 52375019 | 3 | 95 | 2 PLY W/C | 50 | 7/16 | 25 | 0.79 | $ 49.73 | $ 51.53 | $ 49.88 | |
| 3508S | 375-062 | 3-1/4 | 85 | 2-PLY-W/C | 50 | 11/16 | 25 | 0.71 | Discontinued | | | |
| 25150 | 2375060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.55 | | | . |
| 25165 | | 2 1/4 | 165 | BOND | 100 BULK | 7/16 | 32 | 1.03 | $ 36.91 | | | |
| 27450 | 375-036 | 2-3/4 | 450 | BOND | 50 | 7/16 | 22 | 0.72 | Discontinued - Alternative Item 27165 | | | |
| 27165 | | 2 3/4 | 165 | BOND | 50 | 7/16 | 24 | 0.80 | $ 26.66 | | | |
| 30150 | 52375003 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.98 | $ 29.78 | $ 28.13 | |
| 30165 | 52375004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 29.72 | | | |
| 30165GRN | | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | Call for Pricing & Availability | | | |
| 30190 CANARY | 52375061 | 3 | 190 | BOND CANARY | 50 | 7/16 | 26 | 0.79 | $43.34 Call for Pricing & Availability | | | . |
| 44165 | | 44mm | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 33.98 | $ 35.78 | $ 34.13 | $ 3.89 |
| 44230 | | 44MM | 230 | THERMAL | 50 | 7/16 | 19 | 0.53 | 37.55" Lead Times 5-7 Working Days | | | $ 4.09 |
| 57050 | 45375001 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.17 | $ 18.98 | $ 17.18 | $ 18.13 | $ 0.63 |
| 57050-200 | | 2-1/4 | 50 | THERMAL | 200 | 1/2 | 24 | | Discontinued | | | |
| 57074 | | 2 1/4 | 74 | THERMAL | 50 | 1/2 | 8 | 0.20 | $ 22.03 | | | $ 0.91 |
| 57085-72 | 52375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | 30.78 | | | $ 1.32 |
| 57085 | 52375020 | 2 1/4 | 85 | THERMAL | 50 | 7/16 | 13 | 0.30 | $ 24.65 | $ 26.45 | $ 24.50 | $ 1.05 |
| 57165 | 52375820 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 37.02 | $ 38.82 | $ 37.17 | $ 2.04 |
| 57230 | 52375822 | 2 1/4 | 230 | THERMAL | 50 | 7/16 | 28 | 0.60 | $ 46.01 | | | $ 2.45 |
| 76230 | . | 3 | 230 | THERMAL | 50 | 7/16 | 33 | 0.79 | $ 60.82 | | | $ 3.45 |
| 80119 | 52375009 | 3 1/8 | 119 | THERMAL | 50 | 7/16 | 18 | 0.38 | $ 35.16 | | | $ 2.05 |
| 80165HW | 52375013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | 66.09*** Call for Availability Non Inventory Item | | | $ 5.09 |
| 80220 | | 3 1/8 | 220 | THERMAL | 50 | 7/16 | 28 | 0.38 | $ 54.65 | | | $ 2.96 |
| 80200 | | 3 1/8 | 200 | THERMAL | 50 | 7/16 | 28 | 0.38 | | $ 52.29 | $ 50.35 | $ 3.67 |
| 80230 | 52375010 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.79 | $ 55.48 | $ 57.28 | $ 55.33 | $ 3.91 |
| 80230PF | | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | | $ 67.70 | $ 65.77 | $ 4.16 |
| 80273 | 52375012 | 3 1/8 | 273 | THERMAL | 50 | 7/16 | 36 | 0.98 | $ 63.31 | | | $ 4.84 |
| 80440HW-24 | | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability | | | |
| 80646HW-1 | | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability | | | |
| 80660HW-2 | | 3 1/8 | 660 | 80gsm THERMAL | 8 | 2 | 23 | 0.62 | Call for Pricing & Availability | | | |
| 80815 | | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | Call for Pricing & Availability | | | |
| 80870HW | | 3 1/8 | 870 | 80gsm THERMAL | 4 | 11/16 | 14 | | Call for Pricing & Availability | | | . |
| 40644S | 375-045 | 4-0/32 | 445 | THERMAL | 50 | 7/16 | 25 | 0.30 | Discontinued | | | |
| 39177 | 52375025 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ 56.27 | $ 58.07 | $ 56.42 | $ 3.57 |
| 44340 | 375-800 | 4-3/8 | 340 | THERMAL | 24 | 7/16 | 29 | 0.71 | Discontinued | | | |
| ERC30/34/38 BLK RED | | | | 6 PACK RIBBON Per Case | 6 | | 1 | | | $7.02* Ribbons cases not included in Minimum | $7.02* Ribbons cases not included in Minimum | . |
| 58400 | | 2 9/32 (58MM) | 400 | THERMAL (1" ID) | 24 | 1 | 21 | 0.47 | $ 43.73 | | | $ 2.42 |
| 111082 | 375-063 | 4-1/8- | 82 | THERMAL-(7/16 ID) | 50 | 7/16 | 17 | 0.47 | Discontinued | | | |
| 80230GRN | | 3-1/8 | 230 | THERMAL-GREEN | 50 | 7/16 | 34 | 0.78 | Discontinued | | | |

Pricing is based on orders of 90+ cases delivered to your location. Freight cost is included in case price.

NOTE: Special delivery requirements are not included.
Additional charges such as lift fees, sort and segregate, etc. will be billed on a separate invoice.

Payment terms are 2% 10 days, net 30

# COLLECTIVE

# EXHIBIT 5

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:19 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Checking In |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Tue, May 17, 2022 at 3:10 PM
Subject: Re: Checking In
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>

Really, I just wanted you to update the original quote, so everything is on one summary. Second column, reference The SEPG and/ or the PJP code. Be sure to have pricing in the columns for LTL and TL for the North. Also need the National Checking item filled in with your code and pricing. For the Iconex items that are bought by SEPG, the SEPG codes are on the original request to quote, I need those listed in the SEPG # column and pricing quoted LTL South.

Do we need to have a call to discuss? If so, you can just call my cell. thanks

Doug Bobar
864 706 8986

From: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Sent: Tuesday, May 17, 2022 3:03 PM
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: 'Richard Jansen' <richard.jansen@thinkmonaco.com>
Subject: RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, please see the below, referencing the items that Richard quoted for PJP.

To confirm – you want me to add into the Monaco quote the Vendor Item # - correct?

We have updated pricing for Item 57085-72 as well.

**Coll. EXHIBIT**
**5**

| Dist. | Product | Description Line 1 | Description Line 2 | Monaco Item Number | Vendor Item # | Pack | Unit | QTY |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Penn Jersey Paper | 033980 | REGISTER ROLL BOND 3x150' 1PLY | Monaco Item 30150 | 12-105 | 50/150' | CASE | 3,082 |
| Penn Jersey Paper | 034040 | REGISTER ROLL BOND 44MMx150' 1PLY | Monaco Item 44165 | 9074-2030 | 100/150' | CASE | 29 |
| Penn Jersey Paper | 033985 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | Monaco Item 80230 | 9078-0565 | 50/230' | CASE | 11,860 |
| Penn Jersey Paper | 033975 | REGISTER ROLL THERMAL 2.25x85' BPA FREE | Monaco Item 57085 | 9078-0549 | 50/85' | CASE | 770 |
| Penn Jersey Paper | 033990 | REGISTER ROLL BOND 2.25x150' 1PLY | Monaco Item 30150 | 9074-2072 | 5/150' | CASE | 404 |
| Penn Jersey Paper | 033970 | REGISTER ROLL THERMAL 2.25x60' BPA FREE | Monaco Item 57050 or 57085 | 9078-2982 | 50/60' | CASE | 2,000 |
| Penn Jersey Paper | 033982 | REGISTER ROLL THERMAL 2.25x200' BPA FREE | Monaco Item 57165 | 9078-1004 | 50/200' | CASE | 224 |
| Penn Jersey Paper | 033984 | REGISTER ROLL THERMAL 3 1/8x230' PHENOL FREE | Monaco Item 80230PF | 9078-2489 | 50/230' | CASE | 161 |
| Penn Jersey Paper | 033987 | REGISTER ROLL THERMAL 4 3/8x328' BPA FREE | Monaco Item 39177 | 9078-2988 | 24/328' | CASE | 127 |
| Penn Jersey Paper | 034300 | REGISTER ROLL BOND 3x95' 2PLY W/C | Monaco Item 32095 | 9077-0012 | 50/95' | CASE | 2,772 |
| Penn Jersey Paper | 034304 | REGISTER ROLL BOND 3x67' 3PLY W/C/P | Not Available Monaco Item | 9077-0060 | 50/67' | CASE | 191 |
| Penn Jersey Paper | 149671 | RIBBON ERC30 ERC34 ERC38 BLACK / RED | ERC30/34/38 | ERC30/34/38 | 6 | CASE | 4,986 |

Thanks,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



M O N A C O°


**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:27 PM
**To:** stacey.anderson@thinkmonaco.com

**Cc:** 'Richard Jansen' <<u>richard.jansen@thinkmonaco.com</u>>
**Subject:** Re: Checking In


Sorry to drive you crazy. There is one National Checking item that will need to be matched and quoted as well.


Doug

---

**From:** <u>stacey.anderson@thinkmonaco.com</u> <<u>stacey.anderson@thinkmonaco.com</u>>
**Sent:** Tuesday, May 17, 2022 2:25 PM
**To:** Doug Bobar <<u>dbobar@sepapergroup.com</u>>
**Cc:** 'Richard Jansen' <<u>richard.jansen@thinkmonaco.com</u>>
**Subject:** RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Yes, I am working on this now.


Thanks,
Stacey



*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

<u>www.thinkmonaco.com</u>



MONACO°

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:24 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** Re: Checking In

Last message.  Sorry.  Just need to get this in order.

There are several items on the summary that SEPG buys from Iconex.  You will see them on the summary I sent with an SEGP code for an Iconex product.  I will need those matched and priced out as well.

thanks,  Hopefully that is it.

Doug

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:09 PM
**To:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** Re: Checking In

Here is another example that I will need the spreadsheet updated.

Example

SEPG code 375011 your code 57085-72

Penn Jersey buys the item 9078-0549 from Iconex.

I would need pricing on the 57085-72 for LTL North & Full TL North.   That pricing was not provided.

Several of the Iconex matches do not have LTL and TL for the North Pricing.  Please fill the pricing in as you match up the codes in the SEPG/PJP Column On your quote.

thanks

Doug

I need this quickly if Possible.  It is holding up my summary to my boss.

From: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Sent: Tuesday, May 17, 2022 11:43 AM
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: 'Richard Jansen' <richard.jansen@thinkmonaco.com>
Subject: RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, I will get that updated info to you this afternoon.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 11:26 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Re: Checking In

For all the items that Penn Jersey is buying from Iconex, can you reference your code for those items, so I don't have to go and find them on your quote?  Example: On your quote you had a column for the SEPG #.  If you could just add the PJP code to that column and resend.  If it already has a SEPG code, just put a coma and add the Penn Jersey number as well.  That will help me match them up.

thanks

Doug

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 11:01 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Re: Checking In

Working on this today.  Might have a few questions.  Jus one for now.


Code 57050  The full TL price is higher than the two LTL prices?  Is that right?  thanks  Doug


**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Friday, May 13, 2022 11:25 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Checking In

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Doug, checking in on your review process. Please let me know if I can be of assistance. Best regards, Richard



**MONACO®**

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE
# EXHIBIT 6

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:19 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Checking In |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Wed, May 18, 2022 at 12:03 PM
Subject: RE: Checking In
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Thank you. I will let you know if I have any other questions.

Doug Bobar

Purchasing Department

Director of Purchasing

<u>Southeastern Paper Group</u>

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

dbobar@sepapergroup.com



1

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 8, 2022 3:04 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Checking In |
| **Attachments:** | SEPG  All Locations - April 2022 Update .xls |


---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Wed, May 18, 2022 at 10:55 AM
Subject: RE: Checking In
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>


Doug, please see the attached. I have updated the cross referenced item numbers into the Monaco pricing sheet.


Please review and advise, if you want any additional information updated/changed/added.


There are 3 tabs in the attached 1) current pricing with PJP volume information, 2) Pinehurst Custom Print Pricing and 3) your envoy original spreadsheet.


There is no energy surcharge applicable to 2-Ply or Bond.


Thank you,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Wednesday, May 18, 2022 8:27 AM
**To:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** RE: Checking In

Thank you.  I do really need it today if possible.  Any questions at all please let me know.

Doug

**From:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, May 18, 2022 6:47 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Subject:** Re: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, thank you for your time yesterday, appreciate your patience, I apologize for my confusion.

We will get you updated pricing as per our conversation today.

Thank you,



| Bond/2PLY - no energy surcharge |
| --- |

| Email PO's | Monaco@thinkmonaco.com |
| Sales Contact | Richard.Jansen@thinkmonaco.com |

PRICING IS COST PER CASE + ENERGY SURCHARGE

ADD TO ALL CASE
PRICE FOR PURCHSE

**Southeastern Paper Group/Envoy Program**

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | 90+ Cases (Mix of Cases) Freight Included LOCATIONS In South Carolina, North Carolina, Florida. | 90+ Cases LTL Volumes MAX 270 cases/or 6 Pallets for LTL PENN JERSEY PAPER PRICING ONLY - LTL VOLUMES | FULL TRUCK (1080 - 1200 Cases Mixed Product) PENN JERSEY PAPER PRICING ONLY FULL TRUCK | Energy Surcharge - Per Case Cost - Separate Line Item on Invoice. Not Applicable to Discount or Rebate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Ply Not Available at Monaco | 16918 3300 034304 9077-0080 | | | | | | | | | | | |
| 22095 | 375064 | 2 1/4 | 95 | 2 PLY W/C | 50 | 7/16 | 20 | 0.60 | $ 40.90 | $ 42.70 | $ 41.05 | |
| 32095 | 375019 Use Monaco Master Pack 8944 997359 034300 9077-0012 | 3 | 95 | 2PLY W/C | 50 | 7/16 | 25 | 0.79 | $ 49.73 | $ 51.53 | $ 49.88 | |
| 25150 | 375060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.55 | $ 38.35 | $ 36.70 | |
| 25165 | 033990 9074-2072 | 2 1/4 | 165 | BOND | 100 BULK | 7/16 | 32 | 1.03 | $ 36.91 | $ 38.71 | $ 37.06 | |
| 27165 | | 2 3/4 | 165 | BOND | 50 | 7/16 | 24 | 0.80 | $ 26.66 | $ 28.51 | $ 26.86 | |
| 30150 | 375003 030182 12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.98 | $ 29.78 | $ 28.13 | |
| 30185 | 375004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 29.72 | $ 31.57 | $ 29.92 | |
| 30165GRN | 4364 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | | | | |
| 30190 CANARY | 375061 | 3 | 190 | BOND CANARY | 50 | 7/16 | 28 | 0.79 | $43.34 Call for Pricing & Availability | $ 45.19 | $ 43.54 | |
| 44165 | 375007 034040 9074-2030 | 44mm | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 33.98 | $ 35.78 | $ 34.13 | $ 3.89 |
| 44230 | 375800 | 44MM | 230 | THERMAL | 50 | 7/16 | 19 | 0.53 | 37.55** Lead Times 5-7 Working Days | $ 39.35 | $ 37.70 | $ 4.09 |
| 57050 | 375001 Use for Item 033970 9078-2982 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.17 | $ 18.96 | $ 17.18 | $ 19.13 | $ 0.83 |
| 57074 | | 2 1/4 | 74 | THERMAL | 50 | 1/2 | 8 | 0.20 | $ 22.03 | $ 23.83 | $ 22.18 | $ 0.91 |
| 57085-72 | 375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | $ 30.78 | $ 38.08 | $ 36.28 | $ 1.32 |
| 57085 | 375020 033975 9078-0549 | 2 1/4 | 85 | THERMAL | 50 | 7/16 | 13 | 0.30 | $ 24.65 | $ 26.45 | $ 24.50 | $ 1.05 |
| 57165 | 375820 Use Monaco Master Pack 8938 858704 Use for Item 033982 9078-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 37.02 | $ 38.82 | $ 37.17 | $ 2.04 |
| 57230 | 375822 | 2 1/4 | 230 | THERMAL | 50 | 7/16 | 28 | 0.60 | $ 46.01 | $ 47.81 | $ 46.16 | $ 2.45 |
| 80119 | 375009 | 3 1/8 | 119 | THERMAL | 50 | 7/16 | 16 | 0.38 | $ 35.16 | $ 36.96 | $ 35.31 | $ 2.05 |
| 80165HW | 375013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | 66.09*** Call for Availability Non Inventory Item | $ 67.89 | $ 66.24 | $ 6.09 |
| 80230 | 375010 033985, 9078-0585 Use Monaco Master Pack 8936 856348 8945 997375 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.79 | $ 55.48 | $ 57.28 | $ 55.33 | $ 3.91 |
| 80230PF | 93010 9078-0565 033984 9078-2489 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | $ 65.90 | $ 67.70 | $ 65.77 | $ 4.16 |
| 80273 | 375012 | 3 1/8 | 273 | THERMAL | 50 | 7/16 | 36 | 0.98 | $ 63.31 | $ 61.51 | $ 59.86 | $ 4.64 |
| 80440HW-24 | 375005 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability | | | |
| 80646HW-1 | 375017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability | | | |
| 80815 | 9892 | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | Call for Pricing & Availability | | | |
| 39177 | 375026 033987 9078-2988 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ 56.27 | $ 58.07 | $ 56.42 | $ 3.57 |
| ERC30/34/3 8 BLK RED | 6075 93015 149671 2433-95 ERC30/34/38 | | | 6 PACK RIBBON Per Case | 6 | | 1 | | $7.00 * Ribbons cases not included in Minimum | $7.00 * Ribbons cases not included in Minimum | | |
| 58400 | 375002 | 2 9/32 (58MM) | 400 | THERMAL (1" ID) | 24 | 1 | 21 | 0.47 | $ 43.73 | $ 45.53 | $ 47.18 | $ 2.42 |

Pricing is based on orders of 90+ cases delivered to your location. Freight cost is included in case price.

**NOTE: Special delivery requirements are not included.**
**Additional charges such as late fees, sort and segregate etc. will be billed on a seperate invoice.**

Payment terms are 2% 10 days, net 30.

Monaco will pay Southeastern Paper Group a 5% monthly rebate starting at dollar 1 - credit memo issued monthly



**MONACO®**

3030 Monaco Way
Knoxville, TN 37914-6525
800-688-8434 : Office

Email Monaco@thinkmonaco

April 1, 2022

**Southeastern Paper Group**
**Pinehurst - Printed Quote**

| Monaco # | SEPG # | Width | Length | Description | Case Weight | Pack | 50+ Cases |
|----------|--------|-------|--------|-------------|-------------|------|-----------|
| 32095 PINEHURST | 375050 | 3 | 95 | 2 Ply Printed 1 Color pms 342 Green Front | 25 | 50 | $ 54.24 |

Pricing is based on minimum orders of 50 cases or more, of Pinehurst's printed roll. Freight cost is included in case price to Browns Sur

Printed orders are subject to 10% over/under runs.
Repeat orders normally take 2 weeks.
Email PO to: Monaco@thinkmonaco.com

| Dist. | Product | Description Line 1 | Description Line 2 | Monaco Item Number | Vendor Item # | Vendor Name | Pack | Unit | QTY |
|---|---|---|---|---|---|---|---|---|---|
| Southeastern Paper Group | 4364 | 3016SGREEN 3"1 PLY ADD ROLLS 165' | GREEN | | 3016SGREEN | MONACO (PAPER SOLUTIONS) | 50 | CASE | |
| Southeastern Paper Group | 9592 | 80815 3.125"X915' THERMAL PAPER | 2" ID CORE | | 80815 | MONACO (PAPER SOLUTIONS) | 8 | CASE | 2,000 |
| Southeastern Paper Group | 57050 | 57050 2.25"X50' THERMAL ROLL | (57050SW) | | 57050 | MONACO (PAPER SOLUTIONS) | 50 RL | CASE | 1,770 |
| Southeastern Paper Group | 375021 | 58400 2.9/32"X400' THERMAL REG TAPE | | | 58400 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 40 |
| Southeastern Paper Group | 375022 | 30165 3.5"X225'1PLY REG'R BOND | 1.75"X3" | NC-997359 | 30165 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 1,717 |
| Penn Jersey Paper | | 30165 3.5"X225'1PLY REG'R BOND | | NC-997359 | 30165 | ICONEX, LLC | 50/150' | CASE | 3,082 |
| Southeastern Paper Group | 375004 | 3016S 3" 1PLY ADD ROLL (165') | | | 3016S | MONACO (PAPER SOLUTIONS) | 50 | CASE | 1,360 |
| Southeastern Paper Group | 375005 | 80440HV-24 3.1/8X440 7'THERMAL ROLL | | | 80440HV-24 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 50 |
| Southeastern Paper Group | 375007 | 44165 44MM REGISTER ROLL (165') | | | 44165 | MONACO (PAPER SOLUTIONS) | 10/ 10 d. | CASE | 39 |
| Southeastern Paper Group | 375000 | 44230 44MM (1.75")THERMAL ROLL 230' | | | 44230 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 29 |
| Penn Jersey Paper | 034300 | REGISTER ROLL 44MM/150' 1PLY | | Monaco Item 44165 | 4744.2030 | ICONEX, LLC | 100/150' | CASE | 339 |
| Southeastern Paper Group | 375026 | REGISTER ROLL BOND 3X95 (95') | | | 30119 | MONACO (PAPER SOLUTIONS) | 50 | CASE | |
| Penn Jersey Paper | 034304 | REGISTER ROLL BOND 3X65 1PLY | | Monaco Item 80230 | 80230 | ICONEX, LLC | 50 | CASE | 8,575 |
| Southeastern Paper Group | 375086 | PINEHURST 3" 2PLY RECEIPT ROLLS | | Monaco Item 80230 | 9078-0565 | MONACO (PAPER SOLUTIONS) | 50/230' | CASE | 12 |
| Penn Jersey Paper | 375011 | REGISTER ROLL THERMAL 3 1/8X230 1PLY | | | 9078-0549 | ICONEX, LLC | 72 | CASE | 11,860 |
| Penn Jersey Paper | 375085 | 57085-72 2.25" THERMAL ROLLS (230') | | | 57085 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 405 |
| Southeastern Paper Group | 375085 | 57085-72 2.25" THERMAL ROLLS (230') | | | 57085 | MONACO (PAPER SOLUTIONS) | 50/85' | CASE | 770 |
| Southeastern Paper Group | 375012 | 80273 3-1/8"THERMAL ROLLS 273' LONG | | | 80273 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 258 |
| Southeastern Paper Group | 375073 | 80165HW 3-1/8X165 1PLY THERMAL ROLL | | | 80165HW | MONACO (PAPER SOLUTIONS) | 50 | CASE | 65 |
| Southeastern Paper Group | 375017 | 80440HV-1 3-1/8X440 7'THERMAL PAPER | | | 80440HV-1 | MONACO (PAPER SOLUTIONS) | 8/ROLL | CASE | 3,062 |
| Southeastern Paper Group | 375025 | 32095 3" 2P LY CARBONLESS PAPER(95') | | | 32095 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 104 |
| Southeastern Paper Group | 375025 | 39177 4.375"X315' THERMAL ROLL | | | 39177 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 104 |
| Southeastern Paper Group | 375050 | PINEHURST 3" 2PLY RECEIPT ROLLS | 9S" PRINTED 1 COLOR PMS342 | | 32095 (pinehurst) | MONACO (PAPER SOLUTIONS) | 50 | CASE | 166 |
| Southeastern Paper Group | 375060 | 25150 2.25" 1PLY ADD ROLL (150') | | | 25150 | MONACO (PAPER SOLUTIONS) | 100 | CASE | 31 |
| Penn Jersey Paper | 033990 | REGISTER ROLL BOND 3"X180' THERMAL | | Monaco Item 25165 | 5974-2072 | ICONEX, LLC | 50/150 | CASE | 404 |
| Southeastern Paper Group | 375061 | 30190CAN CANARY 3"X180' REGISTER | | | 30190CAN | MONACO (PAPER SOLUTIONS) | 50 | CASE | 21 |
| Penn Jersey Paper | 375064 | 22095 2.25" 2PLY C&C-P ROLL (95') | | | 22095 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 6 |
| Southeastern Paper Group | 375022 | 57165 2.25"X165' THERMAL PAPER | | | 57165 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 54 |
| Southeastern Paper Group | 375822 | 57230 2.25" THERMAL ROLL | | | 57230 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 159 |
| Southeastern Paper Group | 15918 | 3300 3"X67' REGISTER ROLL | 3 PLY CARBONLE SS | Monaco Item 25165 | 3300 | NATIONAL CHECKING CO. | 50 ROLL | CASE | 26 |
| Southeastern Paper Group | 8936 | 856348 3 1/8"X230 THERMAL ROLL 50 | ROLL 3/24 | Use Monaco Master Pack | 856348 | ICONEX, LLC | 50 | CASE | 5 |
| Southeastern Paper Group | 8937 | 856907 2-1/4"X165'THERMAL ROLL | ROLL 5/10 | Use Monaco Master Pack | 856907 | ICONEX, LLC | 324 d. | CASE | 1 |
| Southeastern Paper Group | 8938 | 856704 2-1/4"X185:THERMAL ROLL 30 | | Use Monaco Master Pack | 856704 | ICONEX, LLC | 30 | CASE | 1 |
| Southeastern Paper Group | 8944 | 997359 3"X85' 2 PLY VERIFONE | | Use Monaco Master Pack | 997359 | ICONEX, LLC | 50 | CASE | 1 |
| Southeastern Paper Group | 8945 | 90761356 3 1/8"X230' THERMAL | ROLL 3/10 | Use Monaco Master Pack | 997375 | ICONEX, LLC | 510 d. | CASE | 38 |
| Southeastern Paper Group | 93010 | 9078-0565 3.1"X230' BPA FREE | | Monaco Item 80230PF | 9078-0565 | ICONEX, LLC | 50 | CASE | 66 |
| Penn Jersey Paper | 033970 | REGISTER ROLL THERMAL 2.25X80' BPA FREE | | Monaco Item 57105 | 9078-2882 | ICONEX, LLC | 50/200' | CASE | 2,000 |
| Penn Jersey Paper | 033982 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | | Monaco Item 57105 | 9078-1004 | ICONEX, LLC | 50/200' | CASE | 224 |
| Penn Jersey Paper | 033984 | REGISTER ROLL THERMAL 3 1/8x220' PHENOL FREE | | Monaco Item 802300PF | 9078-2499 | ICONEX, LLC | 50/230' | CASE | 161 |
| Penn Jersey Paper | 033987 | REGISTER ROLL THERMAL 4 3/8x228 BPA FREE | | Monaco Item 39177 | 9078-2888 | ICONEX, LLC | 24/228' | CASE | 127 |
| Penn Jersey Paper | 034300 | REGISTER ROLL BOND 3X95 2PLY W/C | | Monaco Item 32095 | 9077-0012 | ICONEX, LLC | 50/095' | CASE | 2,772 |
| Penn Jersey Paper | 034304 | REGISTER ROLL BOND 3X67 3PLY W/CP | 3 Ply Not Available with Monaco 3300 | | 9077-0060 | ICONEX, LLC | 50/67' | CASE | 191 |
| Southeastern Paper Group | 8075 | 2433-95 RED/BLACK REGISTER RIBBON | FITS ERC 30,34,38 | Monaco Item ERC30/34/38 | 2433-95 | NATIONAL CHECKING CO. | 6 | BOX | 381 |
| Southeastern Paper Group | 93015 | 401/521 BLACK/RED NYLON RIBBON | | Monaco Item ERC30/34/38 | ERC-30/34/38 | ICONEX, LLC | 6 | BOX | 7,774 |
| Penn Jersey Paper | 149871 | RIBBON ERC30 ERC34 ERC38 BLACK / RED | | Monaco Item ERC30/34/38 | ERC30/34/38 | ICONEX, LLC | 6 | CASE | 4,986 |

Stacey

Stacey Anderson

Chief Financial Officer

Monaco Industries

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com


On May 17, 2022, at 3:10 PM, Doug Bobar <dbobar@sepapergroup.com> wrote:


Really, I just wanted you to update the original quote, so everything is on one summary.   Second column, reference The SEPG and/ or the PJP code.  Be sure to have pricing in the columns for LTL and TL for the North.  Also need the National Checking item filled in with your code and pricing.   For the Iconex items that are bought by SEPG, the SEPG codes are on the original request to quote, I need those listed in the SEPG # column and pricing quoted LTL South.


Do we need to have a call to discuss?  If so,  you can just call my cell.  thanks


Doug Bobar

864 706 8986


From: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Sent: Tuesday, May 17, 2022 3:03 PM
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: 'Richard Jansen' <richard.jansen@thinkmonaco.com>
Subject: RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, please see the below, referencing the items that Richard quoted for PJP.

3

To confirm -- you want me to add into the Monaco quote the Vendor Item # - correct?

We have updated pricing for Item 57085-72 as well.

| Dist. | Product | Description Line 1 | Description Line 2 | Monaco Item Number | Vendor Item # | Pack | Unit | QTY |
|---|---|---|---|---|---|---|---|---|
| Penn Jersey Paper | 033980 | REGISTER ROLL BOND 3x150' 1PLY | | Monaco Item 30150 | 12-105 | 50/150' | CASE | 3,082 |
| Penn Jersey Paper | 034040 | REGISTER ROLL BOND 44MMx150' 1PLY | | Monaco Item 44165 | 9074-2030 | 100/150' | CASE | 29 |
| Penn Jersey Paper | 033985 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | | Monaco Item 80230 | 9078-0565 | 50/230' | CASE | 11,860 |
| Penn Jersey Paper | 033975 | REGISTER ROLL THERMAL 2.25x85' BPA FREE | | Monaco Item 57085 | 9078-0549 | 50/85' | CASE | 770 |
| Penn Jersey Paper | 033990 | REGISTER ROLL BOND 2.25x150' 1PLY | | Monaco Item 30150 | 9074-2072 | 5/150' | CASE | 404' |
| Penn Jersey Paper | 033970 | REGISTER ROLL THERMAL 2.25x60' BPA FREE | | Monaco Item 57050 or 57085 | 9078-2982 | 50/60' | CASE | 2,000 |
| Penn Jersey Paper | 033982 | REGISTER ROLL THERMAL 2.25x200' BPA FREE | | Monaco Item 57165 | 9078-1004 | 50/200' | CASE | 224 |
| Penn Jersey Paper | 033984 | REGISTER ROLL THERMAL 3 1/8x230' PHENOL FREE | | Monaco Item 80230PF | 9078-2489 | 50/230' | CASE | 161 |
| Penn Jersey Paper | 033987 | REGISTER ROLL THERMAL 4 3/8x328' BPA FREE | | Monaco Item 39177 | 9078-2988 | 24/328' | CASE | 127 |
| Penn Jersey Paper | 034300 | REGISTER ROLL BOND 3x95' 2PLY W/C | | Monaco Item 32095 | 9077-0012 | 50/95' | CASE | 2,772 |
| Penn Jersey Paper | 034304 | REGISTER ROLL BOND 3x67' 3PLY W/C/P | | Not Available | 9077-0060 | 50/67' | CASE | 191 |
| Penn Jersey Paper | 149671 | RIBBON ERC30 ERC34 ERC38 BLACK / RED | | Monaco Item ERC30/34/38 | ERC30/34/38 | 6 | CASE | 4,986 |

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO®

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:27 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** Re: Checking In

Sorry to drive you crazy. There is one National Checking item that will need to be matched and quoted as well.

Doug

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, May 17, 2022 2:25 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Yes, I am working on this now.

Thanks,
Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364



MONACO®

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:24 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** Re: Checking In

Last message.  Sorry.  Just need to get this in order.

There are several items on the summary that SEPG buys from Iconex.  You will see them on the summary I sent with an SEGP code for an Iconex product.  I will need those matched and priced out as well.

thanks,  Hopefully that is it.

Doug

-------------------------------------------------------------------------

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 2:09 PM
**To:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** Re: Checking In

Here is another example that I will need the spreadsheet updated.


Example

SEPG code 375011 your code 57085-72

Penn Jersey buys the item 9078-0549 from Iconex.

I would need pricing on the 57085-72 for LTL North & Full TL North.   That pricing was not provided.


Several of the Iconex matches do not have LTL and TL for the North Pricing.  Please fill the pricing in as you match up the codes in the SEPG/PJP Column On your quote.




thanks


Doug


I need this quickly if Possible.  It is holding up my summary to my boss.




**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, May 17, 2022 11:43 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, I will get that updated info to you this afternoon.

7

Thanks,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 11:26 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Re: Checking In

For all the items that Penn Jersey is buying from Iconex, can you reference your code for those items, so I don't have to go and find them on your quote?   Example: On your quote you had a column for the SEPG #.  If you could just add the PJP code to that column and resend.  If it already has a SEPG code, just put a coma and add the Penn Jersey number as well.  That will help me match them up.


thanks

Doug

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, May 17, 2022 11:01 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Re: Checking In


Working on this today.  Might have a few questions.  Jus one for now.


Code 57050  The full TL price is higher than the two LTL prices?  Is that right?  thanks  Doug


**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Friday, May 13, 2022 11:25 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Checking In

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Doug, checking in on your review process. Please let me know if I can be of assistance. Best regards, Richard



# MONACO°

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

    o  800.688.8434
    c  865.310.1938
   fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
    www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 7

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:20 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Pricing and Program proposal for Envoy Solutions- Doug Bobar |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Thu, Jun 9, 2022 at 10:12 AM
Subject: Re: Pricing and Program proposal for Envoy Solutions- Doug Bobar
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: <stacey.anderson@thinkmonaco.com>

Doug, thank you for getting back to me. I look forward to receiving the information. Best regards, Richard

> On Jun 9, 2022, at 9:55 AM, Doug Bobar <dbobar@sepapergroup.com> wrote:
>
> Good morning Stacey & Richard,
>
> I hope you guys are having a good week. Sorry for the delay in following up on our pricing and program proposal for Envoy Solutions. I have been delayed due to being in Atlanta at the IDDBA this week.
>
> I have reviewed all the suppliers quotes and program for those who participated in the RFQ to be Envoys partnered vendor. The pricing from all suppliers was all over the place. Some items higher and some items competitive. My plan is to send you a list of items that your price quote was higher on than your competitors. I need you to consider making some adjustments. I cannot go back to my boss and tell him I worked out the Envoy program but ½ of the items will be taking a non market price increase. He will not be happy with that. I plan to get that summary to you either today or first thing in the am. Please review and ask as many questions as you need and consider revising your quote to Envoy. I have several big projects that I am currently working on and really need to get them completed very soon. Stand by on the list of items and please try to review and turn it around to me as soon as you can.
>
> Thanks for supporting Envoy Solutions and this opportunity.
>
> **Doug Bobar**
> Purchasing Department
> Director of Purchasing
> Southeastern Paper Group
> Phone: 1-800-858-7230  Ext.3235
> Fax: 864-587-5813   Mobile: 864-706-8986
> Doug.bobar@envoysolutions.com



EXHIBIT

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:52 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy Solutions 2022 Program |
| **Attachments:** | Register Roll Volume- Envoy Solutions- Monaco Pricing 061322.xlsx |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Mon, Jun 13, 2022 at 11:23 AM
Subject: Envoy Solutions 2022 Program
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>, Richard Jansen
<richard.jansen@thinkmonaco.com>

Stacey & Richard,

Good morning.  Here is the summary I committed to sharing with you today.  I wanted to share the best price quote by item that was offered to Envoy for the program proposal.  If your item is not listed it was the best quote on the proposal.  I do understand that you will not be able to commit to have the best price on every items but I wanted to give you a chance to make any adjustments you can to make your proposal as strong as possible.  Please review and let me know if you have any questions.   I will need to have any adjustments to your proposal by EOB on Wednesday if you can.  I would like to put this finished up this week.

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com

1



| DBA | Product Description Line 1 | Description Line 2 | Vendor Item # | Vendor Name | Pack | Unit | QTY | Monaco Code | Notes Monaco | Monaco Pack | Monaco LTL-South 99 cass | Monaco LTL-North 99 cass | Monaco full TL North | Monaco Energy Surcharge-Separate line on Invoice | Monaco Fuel/TL North Invoice Cost w/ surcharge | Monaco full TL North Invoice Cost w/ surcharge | Monaco Cost Price to match best quote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Penn Jersey Paper | 03280 REGISTER ROLL BOND 3x150' 1PLY | | 13-135 | ICONEX, LLC | 50/10? | CASE | 3,083 | 30150 | | 50 | $27.88 | $33.38 | $28.13 | $0.00 | $28.13 | $27.87 | $27.50 |
| Southeastern Paper Group | 37007 44165 44MM REGISTER ROLL (165') | 1.75"X3" | 44165 | MONACO (PAPER SOLUTIONS) | 10/10 ct | CASE | 39 | 44165 | | 10/10 ct | $33.88 | $33.88 | $34.13 | $3.89 | $33.89 | $34.11 | $36.28 |
| Southeastern Paper Group | 37580 44120 44MM 1.75"THERMAL ROLL 230' | | 44120 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 19 | 44120 | | 99 | $37.55 | $39.55 | $37.70 | $4.00 | $37.70 | $41.79 | $50.02 |
| Penn Jersey Paper | 03450 REGISTER ROLL BOND 44MM 1.75"x85' | | 9074-2030 | ICONEX, LLC | 100/10? | CASE | 29 | 44165 | | 10/10 ct | $33.98 | $35.18 | $34.13 | $3.89 | $34.13 | $38.00 | $33.60 |
| Southeastern Paper Group | 03450 REGISTER ROLL BOND 44MM 1.75"x85' | | 80230 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 6,725 | 80230 | | 50 | $55.48 | $55.48 | $55.23 | $5.91 | $55.23 | $55.24 | $58.56 |
| Southeastern Paper Group | 37010 80230 3-1/8"THERMAL ROLL(12VE) | BPA FREE | 80230 | ICONEX, LLC | 50/22? | CASE | 13,860 | 80230 | 50T not 60? | 50 | $57.28 | $57.28 | $57.28 | $5.91 | $59.39 | $59.34 | $58.56 |
| Penn Jersey Paper | 03185 REGISTER ROLL THERMAL 3.1/8x230' BPA FREE | | 9074-0565 | ICONEX, LLC | 20/85 | CASE | 770 | 37263-72 | | 72 | $50.78 | $50.78 | $56.28 | $5.32 | $59.39 | $59.39 | $51.52 |
| Southeastern Paper Group | 03195 REGISTER ROLL THERMAL 2.1/4x85' BPA FREE | | 9018-0569 | ICONEX, LLC | 50 | CASE | 258 | 80273 | | 72 | $56.31 | $50.51 | $50.86 | $5.64 | $50.95 | $56.50 | $50.79 |
| Southeastern Paper Group | 37010 80273 3-1/8"THERMAL ROLL 273' LONG | | 80273 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 65 | 80150HW | | 50 | $56.89 | $56.89 | $56.24 | $5.09 | $71.18 | $71.13 | $66.25 |
| Southeastern Paper Group | 37013 80150HW 3-1/8/84165 HWT THERMAL ROLL | | 80150HW | MONACO (PAPER SOLUTIONS) | 50 | CASE | 104 | 39177 | | 74 | $56.37 | $56.07 | $56.47 | $3.57 | $59.84 | $59.99 | $55.28 |
| Southeastern Paper Group | 37015 35170 4.375"X351'THERMAL ROLL | | 11315 | MONACO (PAPER SOLUTIONS) | 100 | CASE | 31 | 35150 | | 100 | $56.55 | $58.34 | $56.70 | | $56.55 | $58.70 | $56.00 |
| Southeastern Paper Group | 37020 21150 2.25"1PLY 60# ROLL (150') | | 21150 | MONACO (PAPER SOLUTIONS) | 50/50 | CASE | 404 | 35150 | | 5 | $1.83 | $1.92 | $1.84 | | $1.83 | $1.84 | $1.80 |
| Penn Jersey Paper | 03990 REGISTER ROLL BOND 2.25x150'1PLY | | 9074-0072 | ICONEX, LLC | 10 | CASE | 7 | 37165 | | 50 | $31.02 | $38.82 | $37.17 | $1.04 | $39.06 | $39.31 | $31.11 |
| Southeastern Paper Group | 85704 85704 2-1/4"X165'THERMAL ROLL 50 | ROLL 50/0 | 85704 | ICONEX, LLC | 5/10 ct | CASE | 2 | 32095 | | 50 | $49.73 | $49.53 | $49.88 | | $49.73 | $49.88 | $32.62 |
| Southeastern Paper Group | 99359 99359 3"X85' 2 PLY W/STORE | THERMAL ROLL 3.1"X230' BPA FREE | 99359 | ICONEX, LLC | 50 | CASE | 66 | 80350HF | | 50 | $56.50 | $56.77 | $56.57 | $4.16 | $59.66 | $59.93 | $62.18 |
| Southeastern Paper Group | 03010 9018-0565 3.11"X230' BPA FREE | | 9018-0565 | ICONEX, LLC | 50/60 | CASE | 2,000 | 37060 | | 50 | $18.58 | $18.58 | $17.18 | $0.83 | $19.61 | $19.76 | $16.46 |
| Penn Jersey Paper | 03370 REGISTER ROLL BOND 3PLY 1PLY NCR | | 9074-0012 | ICONEX, LLC | 10/85 | CASE | 2,772 | 32095 | | 50 | $49.73 | $51.53 | $17.13 | $0.73 | $49.73 | $49.88 | $55.88 |
| Penn Jersey Paper | 14767L RIBBON ERC09 ERC34 EXCLR BLACK/RED | | ERC30/34/38 | ICONEX, LLC | 6 | CASE | 4,985 | ERC30/34/38 | | 6 | $7.00 | | $0.00 | | $7.00 | $7.00 | $5.54 |
| Southeastern Paper Group | 93015 4037251 BLACK/RED NYLON RIBBON | | ERC30/34/38 | ICONEX, LLC | 6 | BOX | 7,774 | ERC30/34/38 | | 6 | $7.00 | | $0.00 | | $7.00 | $7.00 | $5.54 |
| Southeastern Paper Group | 6075 2413-95 RED/BLACK REGISTER RIBBON | RITS ERC 30,34,38 | 2413-95 | NATIONAL CHECKING CO. | 6 | BOX | 381 | ERC30/34/38 | | 6 | $7.00 | | $0.00 | | $7.00 | $7.00 | $5.54 |

# COLLECTIVE

# EXHIBIT 8

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:53 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: ENVOY SC NC FL and NJ Locations |
| **Attachments:** | Untitled attachment 00027.htm; ENVOY SC NC FL and NJ Locations - April 2022 Update .xls; pastedGraphic copy.jpg; Untitled attachment 00030.htm |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Wed, Jun 15, 2022 at 10:00 AM
Subject: ENVOY SC NC FL and NJ Locations
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, please find below the updated schedule. I was able to match the requested pricing, with one exception. Monaco item number 32095 (first one listed on the schedule) is a head-scratcher. I did what I could on that one. Please contact me with any questions and looking forward to the possibilities with Envoy. Best regards, Richard

Coll. **EXHIBIT**

8

1





| Email PO's | Monaco@thinkmonaco.com |
| Sales Contact | Richard.Jansen@thinkmonaco.com |

PLEASE NOTE SHIPPING LOCATIONS SC, NC, FL = LTL  NJ = FULL TRUCK QUANTITIES/CAPACITY

## Sort/seg/lumper/inside NOT Included in Pricing

Envoy Program - Locations SC, NC, FL and Full Truck NJ

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | 90+ Cases (Mix of Cases) Freight Included LOCATIONS in South Carolina, North Carolina, Florida. FULL TRUCK CAPACITY/QUANTITIES When shipping to NJ |
|---|---|---|---|---|---|---|---|---|---|
| 32095 | 375019 Use Monaco Master Pack 8944  997359 034300  9077-0012 | 3 | 95 | 2 PLY W/C | 50 | 7/16 | 25 | 0.79 | $ 37.17 |
| 25150 | | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.00 |
| 30150 | 376003  033980  12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.50 |
| 30165 | 376004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 29.92 |
| 30165GRN | 4384 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | Call for Pricing & Availability |
| 44165 | 375007 034040  9074-2030 | 44mm | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 36.38 |
| 44230 | 375800 | 44MM | 230 | THERMAL | 50 | 7/16 | 19 | 0.53 | $ 40.20 |
| 57050 | 375001  Use for item 033970  9078-2982 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.17 | $ 16.46 |
| 57085-72 | 375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | $ 19.52 |
| 57165 | 375820 Use Monaco Master Pack 8938  856704 Use for Item- 033982  9078-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 21.11 |
| 80165HW | 375013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | $ 66.75 |
| 80230 | 375010  033986  9078-0565 Use Monaco Master Pack 8936  868348  8945  997376 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.79 | $ 58.56 |
| 80230PF | 93010  978-0565  033984  9078-2489 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | $ 62.18 |
| 80273 | 376012 | 3 1/8 | 273 | THERMAL | 50 | 7/16 | 36 | 0.98 | $ 67.79 |
| 80440HW-24 | 376005 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability |
| 80646HW-1 | 375017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability |
| 80815 | 9692 | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | Call for Pricing & Availability |
| 39177 | 375026  033987  9078-2988 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ 55.28 |
| ERC30/34/38 BLK RED | 6075  93015  149871  2433-95  ERC30/34/38 | | | 6 PACK RIBBON Per Case | 6 pack (Master Pack Available 144 Ribbons) | | 1 | | $6.94 ' Ribbons cases not included in Minimum |

Pricing is based on orders of 90+ cases delivered to SC, NC and FL for LTL. Full Truck Capacity Required for NJ.

**NOTE: Special delivery requirements are not included.**

Additional charges such as late fees, sort and segregate etc. will be billed on a seperate invoice NOT INCLUDED

Payment terms are 2% 10 days, net 30.

Monaco will issue credit memo Southeastern Paper Group a 5% monthly rebate

Quote valid for 30 days

# COLLECTIVE

# EXHIBIT 9

**Emily Stulce**

| | |
|---|---|
| From: | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| Sent: | Monday, November 7, 2022 4:20 PM |
| To: | Emily Stulce |
| Subject: | Fwd: Checking In/Vacation |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Mon, Jun 27, 2022 at 4:03 PM
Subject: Re: Checking In/Vacation
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, how is Monaco looking in the review process? Have a nice vacation! Best regards, Richard

On Jun 27, 2022, at 3:52 PM, Doug Bobar <dbobar@sepapergroup.com> wrote:

Thanks Richard,

I am making our final review this week to make a decision. If I have any questions I will reach out to
Stacey. Enjoy your vacation. I am off next week as well.

Doug Bobar
Purchasing Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230    Ext.3235
Fax: 864-587-5813    Mobile: 864-706-8986
Doug.bobar@envoysolutions.com
<image001.png>

**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Monday, June 27, 2022 2:00 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Checking In/Vacation

This email originated outside the organization - Use caution when clicking links or opening
attachments

1



EXHIBIT
9

Doug, checking in. I will be on vacation starting Friday July 1, returning Tuesday July 19. I will be in Europe. If you have any questions please contact Stacey. She has all the data and we'll be in contact through out my trip. Thank you for this opportunity and best regards, Richard

<image002.jpg>



# MONACO°

**RICHARD JANSEN President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 10

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, July 12, 2022 2:12 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation


Stacey,  Can I get these all on one revised quote.  Including the below item?  Original plus the 061522 revisions plus the below.    thanks




Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, July 11, 2022 12:44 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation

2



This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, yes, Monaco will match the $26.78 price per case for Monaco Item 30165.


We look forward to the program opportunity.


Richard will back in the office on 7/21/22. Any questions – please let me know.


Have a great rest of you day!


Thanks,
Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO.


**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, July 11, 2022 11:20 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation

3

Can you review one more item for me?  Wanted to see if you the ability to adjust one more item.

30165  3" 165'Bond 50 pack   Current quote $29.92  can you adjust to $26.78?   Please let me know soon if you can.    Annual case est. is around 1,360 cases.

Thanks

Doug Bobar

Purchasing Department

Director of Purchasing

Southeastern Paper Group

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



From: Richard Jansen <richard.jansen@thinkmonaco.com>
Sent: Monday, June 27, 2022 2:00 PM

# COLLECTIVE

# EXHIBIT 11

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:20 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Checking In/Vacation |
| **Attachments:** | ENVOY SC NC FL and NJ Locations - Update 7-11-22.xls |

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Tue, Jul 12, 2022 at 2:17 PM
Subject: RE: Checking In/Vacation
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Doug, please see the attached updated pricing.

Please let me know if you need any additional information.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



M O N A C O°



1

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, July 12, 2022 2:12 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation

Stacey,   Can I get these all on one revised quote.  Including the below item?  Original plus the 061522 revisions plus the below.    thanks

Doug Bobar

Purchasing Department

Director of Purchasing

<u>**Southeastern Paper Group**</u>

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

<u>Doug.bobar@envoysolutions.com</u>



**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, July 11, 2022 12:44 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, yes, Monaco will match the $26.78 price per case for Monaco Item 30165.

We look forward to the program opportunity.

Richard will back in the office on 7/21/22. Any questions – please let me know.

Have a great rest of you day!

Thanks,
Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, July 11, 2022 11:20 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** RE: Checking In/Vacation

3

Can you review one more item for me?  Wanted to see if you the ability to adjust one more item.

30165  3" 165'Bond 50 pack   Current quote $29.92  can you adjust to $26.78?   Please let me know soon if you can.    Annual case est. is around 1,360 cases.

Thanks

Doug Bobar

Purchasing Department

Director of Purchasing

<u>Southeastern Paper Group</u>

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

<u>Doug.bobar@envoysolutions.com</u>



From: Richard Jansen <<u>richard.jansen@thinkmonaco.com</u>>
Sent: Monday, June 27, 2022 2:00 PM

**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Checking In/Vacation

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, checking in. I will be on vacation starting Friday July 1, returning Tuesday July 19. I will be in Europe. If you have any questions please contact Stacey. She has all the data and we'll be in contact through out my trip. Thank you for this opportunity and best regards, Richard



**MONACO°**

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# MONACO®



Email PO's    Monaco@thinkmonaco.com
Sales Contact    Richard.Jansen@thinkmonaco.com

**Envoy Program - Locations SC, NC, FL and Full Truck NJ**

PLEASE NOTE SHIPPING LOCATIONS SC, NC, FL = LTL. NJ = FULL TRUCK QUANTITIES/CAPACITY
**Sort/seg/lumper/inside NOT Included in Pricing**

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | 90+ Cases (Mix of Cases) Freight Included LOCATIONS in South Carolina, North Carolina, Radio FULL TRUCK CAPACITY/QUANTITIES When shipping to NJ |
|---|---|---|---|---|---|---|---|---|---|
| 32095 | 375019 Use Monaco Master Pack 8944 997359 034300 9077-0012 | 3 | 95 | 2 PLY W/C. | 50 | 7/16 | 25 | 0.79 | $ 37.17 |
| 25150 | 375060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.00 |
| 30150 | 375003 033981 12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.50 |
| 30165 | 375004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 26.78 |
| 3016SGRN | 4364 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | Call for Pricing & Availability |
| 44165 | 375007 034040 9074-2030 | 44MM | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 36.38 |
| 44230 | 375800 | 44MM | 230 | THERMAL | 50 | 7/16 | 19 | 0.53 | $ 40.20 |
| 57050 | 375001 Use for item 033970 9078-2982 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.53 | $ 16.46 |
| 57085-72 | 375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | $ 19.52 |
| 5716S | 375820 Use Monaco Master Pack 8938 856704 Use for item 033982 9078-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 21.11 |
| 8016SHW | 375013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | $ 66.75 |
| 80230 | 376010 033985 9078-0566 Use Monaco Master Pack 8935 856248 8945 997376 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.98 | $ 58.56 |
| 80230PF | 93010 978-0565 033984 9078-2489 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | $ 62.18 |
| 80273 | 376012 | 3 1/8 | 273 | THERMAL | 50 | 7/16 | 36 | 0.98 | $ 67.79 |
| 8044HW-24 | 375005 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability |
| 8046HW-1 | 375017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability |
| 80815 | 9892 | 3 1/8 | 815 | THERMAL | 8 | 2 | 17 | 0.70 | Call for Pricing & Availability |
| 39177 | 375025 033987 9078-2988 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ 55.28 |
| ERC30/34/38 BLK RED | 6076 93015 148671 2433-35 ERC303438 | | | 6 PACK RIBBON Per Case | 6 pack (Master Pack Available 144 Ribbons) | | | $ | $5.94 * Ribbons cases not included in Minimum |

Pricing is based on orders of 90+ cases delivered to SC, NC and FL for LTL, Full Truck Capacity Required for NL.
NOTE: Special delivery requirements are not included.
Additional charges such as late fees, sort and segregate etc. will be billed on a seperate invoice NOT INCLUDED
Payment terms are 2% 10 days, net 30.

Monaco will issue credit memo Southeastern Paper Group a 5% monthly rebate

Quote valid for 30 days

# COLLECTIVE EXHIBIT 12

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:55 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: FW: ENVOY SC NC FL and NJ Locations |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Tue, Jul 19, 2022 at 2:16 PM
Subject: FW: ENVOY SC NC FL and NJ Locations
To: Richard Jansen <richard.jansen@thinkmonaco.com>

Is there an opportunity to strengthen the performance piece of the program? Maybe a 6% instead of 5%? Reason I ask is pricing is a tricky thing. Mismanaged or lack of education will make the good pricing evaporate. Just thinking performance piece will always be there. We have to perform in order to get paid. You could slip it into your next increase if you had to but would really go a long way to give it to Envoy now if you can. Let me know what you think. I know, allot at one time. Thanks

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



1



From: Doug Bobar
Sent: Tuesday, July 19, 2022 9:26 AM
To: Richard Jansen <richard.jansen@thinkmonaco.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>
Subject: RE: ENVOY SC NC FL and NJ Locations

Good morning Stacey & Richard,

We are prepared to award the register roll business to Monaco for all of Envoy Solutions. I just need a few things in order to get that done.

The 320985 below. It is a very important item for Penn Jersey Paper. The price they are currently getting from Iconex is $56.66. I can confirm that if I need to. It was their price prior to this RFQ. Iconex did not adjust for this opportunity. You quoted $37.17. It is about $3,500 annually to match that price based on their volume. Can you make that investment and adjust that price to match? Also I know that you told me your did not have a match for 3300 from National Checking or the 9077-0060 from Iconex. I will have to come up with a close option to sell. Both of these are for Southeastern Paper Group and not at Penn Jersey. We would need to send the operators some samples to switch them to another item. I need to know if you have anything close you could suggest we move them to. Please let me know if you need the spec sheets or if you can just pull them off the web. We can continue to buy the National Checking item if we need to due to us buying other items from them already but the Iconex item will need to be replaced.

We are prepared to move forward with Monaco. My suggestion to my boss, Tom Furia III. He is ready to move if you could address the issues in the prior paragraph. Please let me know this week if you can. We can then speak about next steps and the timing of the conversion. We will need to move Iconex business in both the North and the South. His only other concern was your support of the PJP business to provide uninterrupted service to the best of your ability.

Thank you and my apologies for this taking to long.

Doug Bobar

Purchasing Department

Director of Purchasing

2

<u>Southeastern Paper Group</u>

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

<u>Doug.bobar@envoysolutions.com</u>



**From:** Richard Jansen <<u>richard.jansen@thinkmonaco.com</u>>
**Sent:** Wednesday, June 15, 2022 10:00 AM
**To:** Doug Bobar <<u>dbobar@sepapergroup.com</u>>
**Cc:** Stacey - Monaco <<u>stacey.anderson@thinkmonaco.com</u>>
**Subject:** ENVOY SC NC FL and NJ Locations

| This email originated outside the organization - Use caution when clicking links or opening attachments |

Doug, please find below the updated schedule. I was able to match the requested pricing, with one exception. Monaco item number 32095 (first one listed on the schedule) is a head scratcher. I did what I could on that one. Please contact me with any questions and looking forward to the possibilities with Envoy. Best regards, Richard



**MONACO°**

**RICHARD JANSEN  President**
Richard.Jansen●thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 13

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:56 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy Solutions Program - Monaco Industries |
| **Attachments:** | ENVOY SC NC FL GA and NJ Locations - Program Aug 2022 to July 2023.xls; Envoy Program 2022 to 2023 Monaco.docx; pastedGraphic copy.jpg |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Thu, Jul 21, 2022 at 12:07 PM
Subject: Envoy Solutions Program - Monaco Industries
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, thank you for this opportunity. Please find below the updated documents for Envoy and the listed locations. Please contact me with any questions. Best regards, Richard

**EXHIBIT**

13

1



**MONACO®**

3030 Monaco Way, Knoxville, TN 37914
O: 865-688-5450  www.thinkmonaco.com

July 21, 2022

Mr. Doug Bobar
Purchasing Director
Envoy Solutions

Doug,

Monaco is pleased to offer this program to Envoy Solutions members from August 1, 2022 to July 31, 2023.

Monaco's program for Envoy Solution includes a 6% rebate in the form of a merchandise credit issued at the end of each month. In addition, payment terms are 2% 10; net 30 days. The program will be in effect from August 1, 2022 to July 31, 2023.

Please contact me with any questions.

Best Regards,

Richard W. Jansen
President



# MONACO®

**3030 Monaco Way**
**Knoxville, TN 37914-6525**
**800-688-8434 : Office**

Email Monaco@thinkmonaco.com

**August 1, 2022**

**Southeastern Paper Group**
**Pinehurst - Printed Quote**

| Monaco # | SEPG # | Width | Length | Description | Case Weight | Pack | 50+ Cases |
|---|---|---|---|---|---|---|---|
| 32095 PINEHURST | 375050 | 3 | 95 | 2 Ply Printed 1 Color pms 342 Green Front | 25 | 50 | $ 54.24 |

Pricing is based on minimum orders of 50 cases or more, of Pinehurst's printed roll. Freight cost is included in case price to Browns St

Printed orders are subject to 10% over/under runs.
Repeat orders normally take 2 weeks.
Email PO to: Monaco@thinkmonaco.com

# COLLECTIVE

# EXHIBIT 14

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:57 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy Solutions Program - Monaco Industries |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Mon, Jul 25, 2022 at 9:33 AM
Subject: RE: Envoy Solutions Program - Monaco Industries
To: Richard Jansen <richard.jansen@thinkmonaco.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Thank you Richard. I think this is going to be great relationship. I think we will be committed to giving this category attention to really growing the business. I will just need the revised price list to show both pricing columns if you don't mind. I am flexible to meet this week to discuss moving forward and placing orders. I have a call with PJP at 10:30 EST this morning. We will discuss what they need to move forward with the conversion. I will provide that later today. I am excited to get things going. Thank you very much for supporting me and Envoy Solutions. Great things to come.

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com





**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Monday, July 25, 2022 9:27 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Envoy Solutions Program - Monaco Industries

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, lets move forward. with your proposal. I'll have Stacey send you the requested schedule. We will be able to keep PJP stocked. Their monthly order history would be very helpful for planning purposes. Do they have any special labeling requirements? Thank you and look forward to the expanded business with Envoy. Best regards, Richard

On Jul 25, 2022, at 9:13 AM, Doug Bobar <dbobar@sepapergroup.com> wrote:

Good morning Richard, Just checking on the critical item pricing adjustment. I see where you adjusted from $37.17 to $36.66. I really need the $35.88 for the PJP business. Can you keep the $37.17 for the minimum order pricing and move the TL pricing (price that PJP will use) to $35.88. There are three matchups with the 32095, two for Southeastern and one for PJP. Keeping the SEPG pricing, minimum order, at $37.17 should be able to help some. I really do not want to take PJP up on this item. I think TL price at $35.88 will close the deal and we can move forward. The only other concern from our Category team is Monaco's ability to keep them in stock and not short Penn Jersey and their new volume.

Please let me know if you can make this adjustment and I will commit to giving you all the business today. Thank you for you patience and support. Last thing to request: can you revised the price quote to show the committed price columns for both the 90 case prepaid minimum and the TL prepaid minimum. I do not think it is on the price list unless I just missed it or they were hidden. Thanks

| 90 case price | TL price |
| --- | --- |
| $37.17 | $35.88 |

I would like to have a call this week and discuss moving forward and set a timeline for getting orders to you and ETA's for delivery.

Doug Bobar

Purchasing Department

Director of Purchasing

Southeastern Paper Group

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com

<image001.png>

**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Thursday, July 21, 2022 12:07 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Envoy Solutions Program - Monaco Industries

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, thank you for this opportunity. Please find below the updated documents for Envoy and the listed locations. Please contact me with any questions. Best regards, Richard



MONACO*

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 15

We can provide if needed. Does that include case dimensions, weights etc.?

Is there any special case labels required for PJP PO's?

Thanks so much for supporting me and Envoy Solutions. I really appreciate it and we will grow this business together!

Doug Bobar
Purchasing Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
Doug.bobar@envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, July 25, 2022 5:01 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Envoy Solutions Program - Monaco Industries

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, as per your conversation with Richard, please see the attached reflecting the 2 tier pricing for the 2-ply item.

Please see the attached – let me know if that works for you or if I need to update in the excel a differently.

Thanks,
Stacey

Stacey Anderson
Chief Financial Officer
O: 865-688-5450
C: 714-397-4364
www.thinkmonaco.com

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, July 25, 2022 9:34 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** RE: Envoy Solutions Program - Monaco Industries





# MONACO®

3030 Monaco Way
Knoxville, TN 37914-6525
865-688-5450 · Office
www.ithinkmonaco.com

**Envoy Program - Locations SC, NC, FL and Full Truck NJ**

**Sort/seg/jumper/inside NOT Included in Pricing**

Email PO's — Monaco@ithinkmonaco.com
Sales Contact — Richard.Jansen@ithinkmonaco.com

PLEASE NOTE SHIPPING LOCATIONS: SC, NC, GA, FL= LTL · NJ= FULL TRUCK QUANTITIES/CAPACITY

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | |
|---|---|---|---|---|---|---|---|---|---|
| 32095 | 375019 Use Monaco Master Pack 8944 897339 034300 9077-0012 | 3 | 95 | 2 PLY WIC. | 50 | 7/16 | 25 | 0.79 | $ |
| | | | | | | | | | 90+ Cases (Mix of Cases) Freight Included LOCATIONS in South Carolina, North Carolina, Florida, Geogia ONLY. FULL TRUCK CAPACITY/QUANTITIES When shipping to NJ. |
| 25150 | 375060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.00 |
| 30150 | 033980 12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.50 |
| 30165 | 375004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 26.78 |
| 30165GRN | 4364 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | $ Call for Pricing & Availability |
| 44165 | 375007 034040 9074-2030 | 44mm | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 36.38 |
| 44230 | · 375800 | 44MM | 230 | BOND | 50 | 7/16 | 19 | 0.53 | $ 40.20 |
| 5/50 | 375001 ·Use for item 033970 9078-2982 | 2 1/4 | 50 | THERMAL | 50 | 7/16 | 8 | 0.17 | $ 16.46 |
| 57005-72 | 375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | $ 19.52 |
| 57165 | 375020 Use Monaco Master Pack 8936 8957-04 Use for item 033982 9078-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 21.11 |
| 8016SHW | 375013 ·— | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | $ 66.75 |
| 80230 | 375010 033985 9078-0565 8936 896348 8945 99737S | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.79 | $ 58.56 |
| 80230PF | 93010 9784-0566 033984 9078-2489 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | $ 62.18 |
| 80273 | 375012 | 3 1/8 | 273 | 80gsm THERMAL | 50 | 7/16 | 36 | 0.98 | $ 67.79 |
| 80440HW-24 | 375005 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | $ Call for Pricing & Availability |
| 80640HW-1 | 375017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | $ Call for Pricing & Availability |
| 80815 | 9692 | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | $ Call for Pricing & Availability |
| 39177 | 375026 033987 9078-2598 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ 55.28 |
| ERC302043B BLK RED | 607S 93015 ·145671 2433-95 ERC30/043B | | | 6 PACK RIBBON Per Case | 6 pack (Master Pack Available 144 Rabcoa) | | | $ | $5.54 * Ribbons cases not included in Minimum |

Envoy Locations NC, SC, FL, and GA $35.86 per case

PJP Location Pricing $5.86 per case when shipping with mixed product for full truck capacity

Pricing is based on orders of 90+ cases delivered to SC, NC, Ga and FL for LTL, Full Truck, Capacity Required for NJ

NOTE: Special delivery requirements are not included.
Additional charges (such as late fees, sort, and segregate, etc.) will be billed on a seperate invoice, NOT INCLUDED

Payment terms are 2% 10 days, net 30.

Monaco will issue credit memo Southeastern Paper Group a 6% monthly rebate

Quote valid for 30 days

# EXHIBIT 16

 Gmail                                    Stacey Anderson <stacey.anderson@thinkmonaco.com>

---

## RE: Envoy Solutions Program - Monaco Industries

---

**Doug Bobar** <dbobar@sepapergroup.com>                    Tue, Jul 26, 2022 at 8:51 AM
To: "stacey.anderson@thinkmonaco.com" <stacey.anderson@thinkmonaco.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Just a couple of things.

1. So pricing is the same for both SEPG and PJP?  SEPG at 90 case min. and PJP at Truck load to get the pricing, correct?  Only exception with two different prices is the 32095?
2. Who will be the contact for PJP to engage to get their new vendor set up forms and credit forms filled out?  They will fill your forms out as well.
3. We plan to place orders as soon as we can get set up.  SEPG will move their Iconex volume and place orders next week.  I cannot commit to PJP ordering until all is set up and ready to go.
4. I will announce this to the sales teams on Monday 08/01/22.  We are very excited to move forward and really partner with Monaco.
5. Do you have any electronic literature/ catalog that we can send out to sales to go with the announcement?
6. PJP might need the product spec sheets for each item to set things up.

Thanks so much for supporting me and Envoy Solutions.  I really appreciate it and we will grow this business togeth

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com


**ENVOY**
SOLUTIONS

From: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Sent: Monday, July 25, 2022 5:01 PM
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: 'Richard Jansen' <richard.jansen@thinkmonaco.com>
Subject: RE: Envoy Solutions Program - Monaco Industries


EXHIBIT
16

# COLLECTIVE

# EXHIBIT 17

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:58 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Envoy Solutions Program - Monaco Industries |
| **Attachments:** | image001.png; image002.jpg; image003.jpg; ENVOY SC NC FL and NJ Locations - Update 7-11-22.xls; Monaco New Customer Data.doc; Signed W9 2021 - Monaco Industires.pdf; pastedGraphic copy.jpg |

---------- Forwarded message ----------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Tue, Jul 26, 2022 at 1:05 PM
Subject: Fwd: Envoy Solutions Program - Monaco Industries
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, please find the requested information below. Regarding lead-times for PFP, please initially allow 10-12 working days. This will get us accustomed to their orders and patterns, Thank you again! Best regards, Richard

> **From:** Doug Bobar <dbobar@sepaperqroup.com>
> **Sent:** Tuesday, July 26, 2022 8:52 AM
> **To:** stacey.anderson@thinkmonaco.com
> **Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
> **Subject:** RE: Envoy Solutions Program - Monaco Industries
>
> Just a couple of things.
>
> 1. So pricing is the same for both SEPG and PJP? SEPG at 90 case min. and PJP at Truck load to get the pricing, correct? Only exception with two different prices is the 32095?
>    **Yes, updated in the attached**
> 2. Who will be the contact for PJP to engage to get their new vendor set up forms and credit forms filled out? They will fill your forms out as well.
>    **Stacey Anderson**
>    **– stacey.anderson@thinkmonaco.com or accounting@thinkmonaco.com**
> 3. We plan to place orders as soon as we can get set up. SEPG will move their Iconex volume and place orders next week. I cannot commit to PJP ordering until all is set up and ready to go.
>    **It will take approximately 1 day to set up PJP – forms attached    W9 is attached with Monaco LLC EIN Information**
> 4. I will announce this to the sales teams on Monday 08/01/22. We are very excited to move forward and really partner with Monaco.
> 5. Do you have any electronic literature/ catalog that we can send out to sales to go with the announcement?
>    **The attached is our pricing document**
> 6. PJP might need the product spec sheets for each item to set things up.



We can provide if needed. Does that include case dimensions, weights etc.?

Is there any special case labels required for PJP PO's?

Thanks so much for supporting me and Envoy Solutions. I really appreciate it and we will grow this business together!

Doug Bobar
Purchasing Department
Director of Purchasing
Southeastern Paper Group
Phone: 1-800-858-7230   Ext.3235
Fax: 864-587-5813   Mobile: 864-706-8986
Doug.bobar@envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, July 25, 2022 5:01 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Envoy Solutions Program - Monaco Industries

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, as per your conversation with Richard, please see the attached reflecting the 2 tier pricing for the 2-ply item.

Please see the attached – let me know if that works for you or if I need to update in the excel a differently.

Thanks,
Stacey

Stacey Anderson
Chief Financial Officer
O: 865-688-5450
C: 714-397-4364
www.thinkmonaco.com

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, July 25, 2022 9:34 AM
**To:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** RE: Envoy Solutions Program - Monaco Industries

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:58 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Schedule |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Wed, Jul 27, 2022 at 3:37 PM
Subject: RE: Schedule
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>

Just need to confirm one price and I am good. Sorry for the back and forth. Penn Jersey will probably engage you tomorrow with setting up with purchase questions. You should have orders from them by Monday the 1st and the latest. Southeastern will also have larger orders next week as we have Iconex business we will be moving as well.

Let me know the price on 8023PF. It was a match for the Iconex item 9078-2489. PJP code is 033984.

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com

# Emily Stulce

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 8, 2022 4:42 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Schedule |
| **Attachments:** | ENVOY SC NC FL and NJ Locations - Update 7-11-22.xls |

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Wed, Jul 27, 2022 at 8:54 AM
Subject: RE: Schedule
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Doug, the attached is the updated pricing based on the Envoy program and PJP that you and Richard discussed.

The prior schedule dated April 2022 – does not reflect the new and updated program pricing.

Let me know if you have any questions. We updated and dated 7-11-22 to ensure the new information was ID'd in the new schedule.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Wednesday, July 27, 2022 8:25 AM
**To:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>; stacey.anderson@thinkmonaco.com
**Subject:** FW: Schedule

Not sure what you are sending me.

Doug Bobar

Purchasing Department

Director of Purchasing

Southeastern Paper Group

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**From:** Richard Jansen <richard.jansen@thinkmonaco.com>
**Sent:** Tuesday, July 26, 2022 5:17 PM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Schedule

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, please find below the requested schedule. Thank you and best regards, Richard



MONACO°

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

   o  800.688.8434
   c  865.310.1938
  fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

# MONACO®

8/1/2022

**Envoy Program - Locations SC, NC, FL and Full Truck NJ**



3030 Monaco Way
Knoxville, TN 37914-6525
865-688-5400 · Office
www.thinkmonaco.com

Email PO's
Sales Contact    Monaco@thinkmonaco.com
Richard_Jansen@thinkmonaco.com

## Sort/seg/lumper/inside NOT included in Pricing

PLEASE NOTE SHIPPING LOCATIONS SC, NC, GA, FL = LTL - NJ = FULL TRUCK QUANTITIES/CAPACITY

.90¢ Case/6 (Mix of Case) Freight Included
LOCATIONS in South Carolina, North Carolina, Florida, Georgia ONLY
Envoy Locations NC, SC, FL and GA
FULL TRUCK CAPACITY/QUANTITIES When shipping to NJ
PJP Location Pricing 35.66 per case when shipping with mixed product for full truck capacity
$36.66 per case

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | |
|---|---|---|---|---|---|---|---|---|---|
| 3 Ply Not Available at Monaco 22095 | | | | | | | | | |
| 32095 | 376019 Use Monaco Master Pack 8944 997359 034300 9077-0012 | 2 1/4 | 95 | 2 PLY WIC | 50 | 7/16 | 25 | 0.60 | $ 41.05 |
| 25150 | 376060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.00 |
| 25165 | 033980 9074-2072 | 2 1/4 | 165 | BOND | 100 BULK | 7/16 | 32 | 1.03 | 37.06 |
| 27165 | | 2 3/4 | 165 | BOND | 50 | 7/16 | 34 | 0.80 | 26.60 |
| 30150 | 033980 -12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | 27.50 |
| 30165 | 376004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | 26.78 |
| 3016SGRN | 4364 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | Call for Pricing & Availability |
| 30190 CANARY | 375061 | 3 | 190 | BOND CANARY | 50 | 7/16 | 28 | 0.79 | Call for Pricing & Availability |
| 44165 | 376007 034040 9074-2030 | 44MM | 165 | BOND | 50 | 7/16 | 29 | 0.82 | 36.38 |
| 44230 | 376000 | 44MM | 230 | BOND | 50 | 7/16 | 19 | 0.53 | 40.20 |
| 57050 | 376001 Use for item 033970 9078-2982 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.17 | 16.46 |
| 57074 | | 2 1/4 | 74 | THERMAL | 50 | 1/2 | 8 | 0.20 | 24.83 |
| 5708S-72 | 375011 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | 19.52 |
| 5708S | 376020 033975 9078-0549 | 2 1/4 | 85 | THERMAL | 50 | 7/16 | 13 | 0.30 | 25.45 |
| 57165 | 376920 Use Monaco Master Pack 8938 895704 Use for item 033982 9078-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | 21.11 |
| 57230 | 375822 | 2 1/4 | 230 | THERMAL | 50 | 7/16 | 28 | 0.60 | 46.16 |
| 80119 | 375009 | 3 1/8 | 119 | THERMAL | 50 | 7/16 | 18 | 0.38 | 36.96 |
| 8016SHW | 376013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | 66.75 |
| 80230 | 375010 033985 9078-0565 Use Monaco Master Pack 8936 895346 8945 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.79 | 58.66 |
| 80230PF | 93010 978-0565 033984- 997376 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | 62.18 |
| 80273 | 375012- | 3 1/8 | 273 | THERMAL | 50 | 7/16 | 36 | 0.98 | 67.79 |
| 8044DHW-24 | 376006 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability |
| 8064HW-1 | 376017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability |

| 80815 | 9692 | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | $ | Call for Pricing & Availability |
| 39177 | 375025 033987 9078-2988 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | $ | 55.28 |
| 58400 | 376002 | 2 932 (58MM) | 400 | THERMAL (1" ID) | 24 | 1 | 21 | 0.47 | $ | 47.18 |
| ERC3034/38 BLK RED | 6075 93016 ,149671 2433.95 ERC3034/38 | | | 6 PACK RIBBON Per Case | 6 pack (Master Pack Available 144 Ribbons) | 1 | 1 | | $ | $5.94 * Ribbons cases not Included in Minimum |

**Pricing is based on orders of 90+ cases delivered to SC, NC, GA and FL for LTL. Full Truck Capacity Required for NJ.**

**NOTE: Special delivery requirements are not included.**

**Additional charges such as late fees, sort and segregate etc. will be billed on a separate invoice NOT INCLUDED**

Payment terms are 2% 10 days, net 30.

Monaco will issue credit memo Southeastern Paper Group a 6% monthly rebate

Quote valid for 30 days



3030 Monaco Way
Knoxville, TN 37914-6525
800-688-8434 : Office

Email Monaco@thinkmonaco.com

**MONACO®**

**April 1, 2022**

**Southeastern Paper Group**
**Pinehurst - Printed Quote**

| Monaco # | SEPG # | Width | Length | Description | Case Weight | Pack | 50+ Cases |
|----------|--------|-------|--------|-------------|-------------|------|-----------|
| 32095 PINEHURST | 375050 | 3 | 95 | 2 Ply Printed 1 Color pms 342 Green Front | 25 | 50 | $ 54.24 |

Pricing is based on minimum orders of 50 cases or more, of Pinehurst's printed roll. Freight cost is included in case price to Browns St

Printed orders are subject to 10% over/under runs.
Repeat orders normally take 2 weeks.
Email PO to: Monaco@thinkmonaco.com

| Dist. | Product | Description Line 1 | Description Line 2 |
|---|---|---|---|
| Southeastern Paper Group | 4364 | 30165GREEN 3" 1 PLY ADD ROLLS 165' | GREEN |
| Southeastern Paper Group | 9692 | 80815 3.125"X815' THERMAL PAPER | 2" ID CORE |
| Southeastern Paper Group | 375001 | 57050 2.25"X50' THERMAL ROLL | (57050SW) |
| Southeastern Paper Group | 375002 | 58400 2-9/32"X400' THERMAL REG TAPE | |
| Southeastern Paper Group | 375003 | 30150 3" 1PLY ADD ROLLS 150' BOND | NC-997359 |
| Penn Jersey Paper | 033980 | REGISTER ROLL BOND 3x150' 1PLY | |
| Southeastern Paper Group | 375004 | 30165 3" 1PLY ADD ROLL (165') | |
| Southeastern Paper Group | 375005 | 80440HW-24 3 1/8X440' THERMAL ROLL | |
| Southeastern Paper Group | 375007 | 44165 44MM REGISTER ROLL (165') | 1.75"X3" |
| Southeastern Paper Group | 375800 | 44230 44MM (1.75")THERMAL ROLL 230' | |
| Penn Jersey Paper | 034040 | REGISTER ROLL BOND 44MMx150' 1PLY | |
| Southeastern Paper Group | 375009 | 80119 3-1/8" THERMAL ROLLS (119) | |
| Southeastern Paper Group | 375010 | 80230 3-1/8" THERMAL ROLLS (230) | |
| Penn Jersey Paper | 033985 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | BPA FREE |
| Southeastern Paper Group | 375011 | 57085-72 2.25" THERMAL ROLLS (85) | |
| Penn Jersey Paper | 033975 | REGISTER ROLL THERMAL 2.25x85' BPA FREE | |
| Southeastern Paper Group | 375020 | 57085 WHITE 2.25" THERMAL ROLLS | (85')1 PLY B |
| Southeastern Paper Group | 375012 | 80273 3-1/8"THERMAL ROLLS 273' LONG | |
| Southeastern Paper Group | 375013 | 80165HW 3-1/8X165 HVY THERMAL ROLL | |
| Southeastern Paper Group | 375017 | 80646HW-1 3-1/8X646' THERMAL PAPER | 1" INSIDE C |
| Southeastern Paper Group | 375019 | 32095 3" 2PLY CARBONLESS PAPER(95) | REGISTER F |
| Southeastern Paper Group | 375025 | 39177 4.375"X315' THERMAL ROLL | |
| Southeastern Paper Group | 375050 | PINEHURST 3" 2PLY RECEIPT ROLLS | |
| Southeastern Paper Group | 375060 | 25150 2.25" 1PLY ADD ROLL (150') | 95' PRINTEC |
| Penn Jersey Paper | 033990 | REGISTER ROLL BOND 2.25x150' 1PLY | |
| Southeastern Paper Group | 375061 | 30190CAN CANARY 3"X190' REGISTER | |
| Southeastern Paper Group | 375064 | 22095 2.25" 2PLY CB-CF ROLL (95') | ROLLS |
| Southeastern Paper Group | 375820 | 57165 2.25"X165' THERMAL PAPER | WHITE/CAN, |
| Southeastern Paper Group | 375822 | 57230 2.25" THERMAL ROLLS (230) | |

| Vendor | Item | Description | Notes |
|---|---|---|---|
| Southeastern Paper Group | 15918 | 3300 3"X67' REGISTER ROLL | 3 PLY CARBONLE SS |
| Southeastern Paper Group | 8936 | 856348 3 1/8"X230' THERMAL ROLL 50 | ROLL 3/24 |
| Southeastern Paper Group | 8937 | 856607 2-1/4"X85' THERMAL | ROLL 5/10 |
| Southeastern Paper Group | 8938 | 856704 2-1/4"X165' THERMAL ROLL 30 | NC-856348 ROLL 5/10 |
| Southeastern Paper Group | 8944 | 997359 3"X85' 2 PLY VERIFONE | |
| Southeastern Paper Group | 8945 | 9078-1356 3 1/8"X230' THERMAL | THERMAL ROLL 1 PLY WHITE |
| Penn Jersey Paper | 93010 | 9078-0565 3.11"X230' BPA FREE | |
| Penn Jersey Paper | 033870 | REGISTER ROLL THERMAL 2.25x60' BPA FREE | |
| Penn Jersey Paper | 033982 | REGISTER ROLL THERMAL 2.25x200' BPA FREE | |
| Penn Jersey Paper | 033984 | REGISTER ROLL THERMAL 3 1/8x230' PHENOL FREE | |
| Penn Jersey Paper | 033987 | REGISTER ROLL THERMAL 4 3/8x328' BPA FREE | |
| Penn Jersey Paper | 034300 | REGISTER ROLL BOND 3x95' 2PLY W/C | |
| Penn Jersey Paper | 034304 | REGISTER ROLL BOND 3x67' 3PLY W/C/P | |
| Southeastern Paper Group | 6075 | 2433-95 RED/BLACK REGISTER RIBBON | FITS ERC 30,34,38 |
| Southeastern Paper Group | 93015 | 4017521 BLACK/RED NYLON RIBBON | |
| Penn Jersey Paper | 149671 | RIBBON ERC30 ERC34 ERC38 BLACK / RED | |

| Monaco Item Number | Vendor Item # | Vendor Name | Pack | Unit | QTY |
|---|---|---|---|---|---|
| | 30165GREEN | MONACO (PAPER SOLUTIONS) | 50 | CASE | 3 |
| | 80815 | MONACO (PAPER SOLUTIONS) | 8 | CASE | 3 |
| | 57050 | MONACO (PAPER SOLUTIONS) | 50 RL | CASE | 1,770 |
| | 58400 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 12 |
| Monaco Item 30150 | 30150 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 1,717 |
| | 12-105 | ICONEX, LLC | 50/150 | CASE | 3,082 |
| | 30165 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 1,360 |
| | 80440HW-24 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 50 |
| Monaco Item 44165 | 44165 | MONACO (PAPER SOLUTIONS) | 10/ 10 ct | CASE | 39 |
| | 44230 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 29 |
| | 9074-2030 | ICONEX, LLC | 100/160 | CASE | 29 |
| | 80119 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 359 |
| Monaco Item 80230 | 80230 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 8,575 |
| | 9078-0565 | ICONEX, LLC | 50/230 | CASE | 11,860 |
| Monacao Item 57085 | 57085-72 | MONACO (PAPER SOLUTIONS) | 72 | CASE | 405 |
| | 9078-0549 | ICONEX, LLC | 50/85 | CASE | 770 |
| PA FREE | 57085 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 104 |
| | 80273 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 258 |
| | 80165HW | MONACO (PAPER SOLUTIONS) | 50 | CASE | 65 |
| DRE | 80646HW-1 | MONACO (PAPER SOLUTIONS) | 8/ROLL | CASE | 1 |
| PAPER WHITE/CANARY | 32095 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 3,062 |
| | 39177 | MONACO (PAPER SOLUTIONS) | 24 | CASE | 104 |
| 11 COLOR PMS342 | 32095 (pinehurst) | MONACO (PAPER SOLUTIONS) | 50 | CASE | 166 |
| Monaco Item 25165 | 25150 | ICONEX, LLC | 100 | CASE | 31 |
| | 9074-2072 | MONACO (PAPER SOLUTIONS) | 5/150 | CASE | 404 |
| | 30190CAN | MONACO (PAPER SOLUTIONS) | 50 | CASE | 21 |
| ARY | 22095 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 6 |
| | 57165 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 54 |
| | 57230 | MONACO (PAPER SOLUTIONS) | 50 | CASE | 159 |

| Description | Item # | Company | Count | Unit | Qty |
|---|---|---|---|---|---|
| 3 Ply Not Available with Monaco 3300 | | NATIONAL CHECKING CO. | 50 ROLL | CASE | 26 |
| | | | | | 5 |
| Monaco Item 80230 | 856348 | ICONEX, LLC | 50 | CASE | 66 |
| Use Monaco Master Pack. | 856607 | ICONEX, LLC | 3/24 ct | CASE | 11 |
| Use Monaco Master Pack: | 856704 | ICONEX, LLC | 30. | CASE | 2 |
| Use Monaco Master Pack. | 997359 | ICONEX, LLC | 5/10 ct | CASE | 1 |
| Use Monaco Master Pack | 997375 | ICONEX, LLC | 5/10 ct | CASE | 38 |
| Monaco Item 80230PF | 9078-0565 | ICONEX, LLC | 50 | CASE | 66 |
| Monaco Item 57050 or 57085 | 9078-2982 | ICONEX, LLC | 50/60' | CASE | 2,000 |
| Monaco Item 57165 | 9078-1004 | ICONEX, LLC | 50/200' | CASE | 224 |
| Monaco Item 80230PF | 9078-2489 | ICONEX, LLC | 50/230' | CASE | 161 |
| Monaco Item 39177 | 9078-2988 | ICONEX, LLC | 24/328' | CASE | 127 |
| Monaco Item 32095 | 9077-0012 | ICONEX, LLC | 50/95' | CASE | 2,772 |
| 3 Ply Not Available with Monaco | 9077-0060 | ICONEX, LLC | 50/67' | CASE | 191 |
| Monaco Item ERC30/34/38 | 2433-95 | NATIONAL CHECKING CO. | 6 | BOX | 381 |
| Monaco Item ERC30/34/38 | ERC-30/34/38 | ICONEX, LLC | 6 | BOX | 7,774 |
| Monaco Item ERC30/34/38 | ERC30/34/38 | ICONEX, LLC | 6 | CASE | 4,986 |

# EXHIBIT 18

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 6:59 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Conversion from Iconex to Monaco |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Mon, Aug 1, 2022 at 9:09 AM
Subject: Conversion from Iconex to Monaco
To: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Stacey,

Good morning.  We are getting things set up on our side.  Hopefully Penn Jersey will reach out to get set up and place an order.  I am just working on the one item that you guys could not match up.  Wanted to see if it is possible for you to source this item for us.  Penn Jersey uses about 20 cases per month.  I know their current price is really aggressive but I need to find a replacement in order to move away from Iconex completely.  I am also checking to see if it is available from a wholesaler like Essendant.  Let me know if you have an option to source it for us.  thanks

Penn Jersey code (034304)  Iconex stock number (9077-0060)

https://www.iconexstore.com/en_us/catalogsearch/result/?q=9077-0060

Doug Bobar

Purchasing Department

Director of Purchasing


EXHIBIT
18

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



# COLLECTIVE

# EXHIBIT 19

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:00 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Spec Sheets |

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Mon, Aug 1, 2022 at 2:48 PM
Subject: RE: Spec Sheets
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Doug, please see the below – let me know if you need any additional information.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



EXHIBIT

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, August 1, 2022 2:07 PM
**To:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Spec Sheets


Stacey,


Would you have spec sheets for the following items?  I need to set them up in my system.  thanks


Weight, cube, case dimensions, UPC if the product has one, TIHI,  pack, description,  etc....


80230PF

| | | |
|---|---|---|
| Weight | 30 lbs. |
| Cube | .79 |
| Description | 3 1/8" x 230' Thermal Paper Phenol Free |
| Pack | 50 rolls/per case |
| Case Dim | 6.25x15.25x15.25 |
| Pallet Size for 50 cases is 48x40x53 | |


ERC30/34/38 BLK Red –

| | |
|---|---|
| Weight | 2 lbs. |
| Description | Red/Black Ribbon ERC 30/34 |
| Pack | 6 ribbons/per case |
| Case Dims | 3"x3"x4" |

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



# COLLECTIVE EXHIBIT 20

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:00 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: PJP Vendor Information |
| **Attachments:** | New Vendor Paperwork.zip |

---------- Forwarded message ---------
From: **Caroline Bane** <cbane@pjponline.com>
Date: Mon, Aug 1, 2022 at 9:01 PM
Subject: PJP Vendor Information
To: Stacey.Anderson@thinkmonaco.com <Stacey.Anderson@thinkmonaco.com>
Cc: Bobar, Doug <dbobar@sepapergroup.com>

Good Afternoon,

Please see attached new vendor information for PJP. Can you please fill out and return the Vendor Set Up Form along with a copy of your certificate of insurance?

Also included here are the inbound delivery and receiving information and Pricing Increasing Information, along with our W-9 and credit references.

Please reach out with any questions or concerns.

CB

**Caroline Bane**
**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

EXHIBIT

Envoysolutions.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



# PENN JERSEY
9355 Blue Grass Road · Philadelphia, PA 19114
800-992-3430 · Fax: 215-618-0760

## AUTHORIZATION AGREEMENT FOR ACH SERVICE

NAME _____

I (we) hereby authorize_____, herein after called "COMPANY", to initiate credit entries to my (our) ☐ Checking ☐ Savings account (select one) indicated below and the depository institution named below, hereinafter called "DEPOSITORY", to credit the same to such account.

DEPOSITORY NAME_____     BRANCH_____

CITY_____     STATE and ZIP_____

TRANSIT/ABA NUMBER_____     ACCOUNT NUMBER_____

This authority is to remain in full force and effect until COMPANY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

NAME_____

DATE_____     REMITTANCE EMAIL_____

SIGNATURE_____

SIGNATURE (if joint)_____



Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Fe...

**Service is First!**

BLUE GRASS ROAD
ELPHIA, PA. 19114
E: 800.992.3430
215.676.6423
WWW.PJPONLINE.COM

## AND WHOLLY OWNED SUBSIDIARIES OPERATING AS:

| PJP Marketplace #1 | PJP Marketplace #2 | PJP Marketplace #4 |
|---|---|---|
| 3889 Aramingo Ave. | 537 Adams Ave | 120 Union Ave |
| Philadelphia, PA 19137 | Philadephia, PA 19120 | Cherry Hill, NJ 08002 |

| | | | | |
|---|---|---|---|---|
| Purchasing | HQ | Tom Furia III | Ph.215-992-5224 | Fax.215-618-0098 |
| Purchasing | PJP Marketplace | Brian Masgay | Ph.267-579-0000 | Fax.267-579-0006 |
| Accounting | HQ | Jo-Ann Urick | Ph.215-992-5317 | Fax.215-618-0787 |

### BANK

PNC Bank, N.A.
8800 Tinicum Blvd.
Philadelphia, P.A. 19153
Tel. # 215-749-6199
Fax. # 215-749-6191
Account Number: 8400003063

### VENDORS

Georgia Pacific Corp.
www.GP.com/credit

Fabri-Kal
John Campbell
Fax: 269-385-0197

AEP
Tel: 800-999-2374
Fax: 201-807-2447
Email: Samuelsonp@aepinc.com

Unikem Chemicals Inc.
Tel: 800-752-1120
Fax: 215-269-9855

### I.D. NUMBERS

Federal ID#                                   231630194
Pennsylvania Tax Exemption #:     51-69691-6

**PLEASE FORWARD CURRENT W9 AND CERTIFICATE OF LIABILITY INSURANCE.**
**NOTE: PAYMENTS CANNOT BE PROCESSED UNTIL THESE FORMS ARE IN OUR POSSESSION.**
**IF FAXING PLEASE SEND TO 215-618-0787**

(Rev 02/13)



Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade
Unlimited Pages and

**Service is First!**

BLUE GRASS ROAD
ELPHIA, PA. 19114
E: 800.992.3430
215.676.6423
WWW.PJPONLINE.COM

**AND WHOLLY OWNED SUBSIDIARIES OPERATING AS:**

| PJP Marketplace #1 | PJP Marketplace #2 | PJP Marketplace #4 |
|---|---|---|
| 3889 Aramingo Ave. | 537 Adams Ave | 120 Union Ave |
| Philadelphia, PA 19137 | Philadephia, PA 19120 | Cherry Hill, NJ 08002 |

| | | | | |
|---|---|---|---|---|
| Purchasing | HQ | Tom Furia III | Ph.215-992-5224 | Fax.215-618-0098 |
| Purchasing | PJP Marketplace | Brian Masgay | Ph.267-579-0000 | Fax.267-579-0006 |
| Accounting | HQ | Jo-Ann Urick | Ph.215-992-5317 | Fax.215-618-0787 |

## BANK

PNC Bank, N.A.
8800 Tinicum Blvd.
Philadelphia, P.A. 19153
Tel. # 215-749-6199
Fax. # 215-749-6191
Account Number: 8400003063

## VENDORS

Georgia Pacific Corp.
www.GP.com/credit

Fabri-Kal
John Campbell
Fax: 269-385-0197

AEP
Tel: 800-999-2374
Fax: 201-807-2447
Email: Samuelsonp@aepinc.com

Unikem Chemicals Inc.
Tel: 800-752-1120
Fax: 215-269-9855

## I.D. NUMBERS

Federal ID# 231630194
Pennsylvania Tax Exemption #: 51-69691-6

**PLEASE FORWARD CURRENT W9 AND CERTIFICATE OF LIABILITY INSURANCE.**
**NOTE: PAYMENTS CANNOT BE PROCESSED UNTIL THESE FORMS ARE IN OUR POSSESSION.**
**IF FAXING PLEASE SEND TO 215-618-0787**

(Rev 02/13)



## PENN JERSEY PAPER (PJP) INBOUND DELIVERY AND RECEIVING REQUIRMENTS

**WAREHOUSE LOCATION AND APPOINTMENT INFORMATION**

9355 Blue Grass Road
Philadelphia, PA 19114
Tel: 800.992.3430 x250 / 215.992.5250
E-mail: ReceivingDept@pjponline.com

1981 Moreland Parkway
Annapolis, MD 21401
Tel: 410-268-7844
E-mail: Reneemiller@pjponline.com

9101 Yellow Brick Road
Rosedale, MD 21237
Tel: 410-483-1900 x350

**WAREHOUSE HOURS OF OPERATION**
Receiving hours are between 6am and 11am

**DELIVERY APPOINTMENTS**
Delivery Appointments are required for all LTL and Truckload Shipments. Penn Jersey Paper requires the following information to schedule a Delivery Appointment:

- Carrier's Name
- Person's Name, Telephone and Email who is requesting the appointment
- *Shipper's Name
- *Penn Jersey Paper Purchase Order Number
- *Pallet Count and Piece Count

*Carrier's that are scheduling the delivery of multiple Purchase Orders must specify the detail of each.

If any of the required information is not provided, a Delivery Appointment will not be made.

The Delivering Driver must check in with the Receiving Department for a Door Assignment. Carrier Drivers are prohibited from backing into a door without authorization.

If a Carrier is unable to meet their scheduled appointment time, they must contact PJP's Receiving Department as soon as possible to reschedule.

**Deliveries that are more than two hours late without prior communication will be subject to a Late Delivery Charge of $50.00 per hour. Deliveries that are missed entirely without prior communication will be subject to a Missed Delivery Charge of $100.00.

**RECEIVING PROCEDURES**
All shipments must come with an itemized packing list. PJP has the right to refuse delivery if an itemized packing list is not provided.

1

All Palletized deliveries must be shipped on GMA standard 48x40 A or B Grade Pallets, and in acceptable condition. Product on pallets that are deemed to be unacceptable will need to be restacked onto acceptable pallets by the Carrier.

**The need for PJP to provide replacement pallets will be charged $8.00 per pallet.

## UNLOADING / SORT & SEGREGATE

The Shipper is responsible for making sure that the unloading of trailers, and the Sort & Segregation of merchandise is completed by the Carrier to PJP's standard TI/HI. Otherwise, a Lumper Service will be on-site to assist at the expense of the Carrier which at their discretion may be passed along to the Shipper. The Shipper may negotiate with PJP management in advance of engaging in business together to determine a best practice and rate for handling their merchandise. Negotiated allowances will be kept on file for future reference.

**Cost for Unloading / Sort & Segregate will vary depending on piece count & item mix. Pricing to be negotiated with on-site lumper service.

## OVERAGES, SHORTAGES & DAMAGES (OS&D)

Merchandise that was shipped in error or is visibly Damaged at the time of receipt will be refused and sent back with the Carrier. In the event that the Carrier cannot take back the merchandise, the Shipper will be notified, and they will then have 48 hours to arrange for the pickup of the merchandise or to instruct PJP to dispose of the merchandise. Any costs that are incurred by PJP to dispose of Merchandise may be billed back to the Shipper. OS&D discrepancies will be noted on the BOL or manifest. If a vendor wants to contest a discrepancy, they must do so within 24 hours from the date of product receipt.

## BACKHAUL FREIGHT

All Backhaul Freight will be Subject to Count at receipt. OS&D discrepancies will be noted on the BOL or manifest. If a vendor wants to contest a discrepancy, they must do so within 24 hours from the date of product receipt.

**It is the responsibility of the Shipper to communicate the above policies and procedures to their Freight Carriers.**

Penn Jersey Paper (PJP) reserves the right to change these requirements at any time by providing notice to its vendors.

**Charges that may be incurred by not adhering to these policies will be documented by PJP and deducted from the Merchandise Invoice. It is the responsibility of the Shipper to collect from the Freight Carrier any monies that they feel are owed to them.

2



**Where Service is First!**

9355 BLUE GRASS ROAD
PHILADELPHIA, PA. 19114
PHONE: 800.992.3430
FAX: 215.676.6423
WWW.PJPONLINE.COM

## Price Increase Policy

To Our Vendor Community,                                        4/18/2017

In order to provide our customers with consistency when announcing price increases, PJP will be implementing a new Price Increase Policy.

Effective 05/01/2017 PJP requires that all manufacturer increases must be announced for the first working day of the month. Written notice must be received within 30 days of increase date. This increase announcement must be written in a formal document stating the increase percentage, date, product lines and resins effected.

This document should be emailed to the respective category manager and our Pricing Analyst at ldavis@pjponline.com. A follow up will be requested for a pricing template to be filled out to ensure accuracy and speed in our upload process. We also require a full price list of all active items for our records.

We thank you in advance for your cooperation in this matter.

Sincerely,

Thomas Furia III

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

PENN JERSEY PAPER COMPANY

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC

☐ C Corporation

☒ S Corporation

☐ Partnership

☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

9355 BLUE GRASS ROAD

**6** City, state, and ZIP code

PHILADELPHIA, PA 19114

**7** List account number(s) here (optional)

Requester's name and address (optional)

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ - ☐☐ - ☐☐☐☐

**or**

**Employer identification number**

2 3 - 1 6 3 0 1 9 4

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶ *[signature]*

Date ▶ 9/9/2019

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting*, later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships*, earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not leave this line blank.** The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

**a. Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

**b. Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

**c. Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

**d. Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

**e. Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual | Individual/sole proprietor or single-member LLC |
| • Sole proprietorship, or | |
| • Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | |
| • LLC treated as a partnership for U.S. federal tax purposes, | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or | |
| • LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

**Line 5**

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

**Line 6**

Enter your city, state, and ZIP code.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov.* You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code,* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i) (A)) | The grantor[4] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships*, earlier.

*Note: The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint*. You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



# PENN JERSEY PAPER Co.
## 9355 Blue Grass Road • Philadelphia, PA 19114
## 800-992-3430

## VENDOR SETUP FORM

**MAILING ADDRESS**

NAME: _____

STREET _____

CITY_____ STATE_____ ZIP _____

**REMITTANCE ADDRESS**

NAME: _____

STREET _____

CITY_____ STATE_____ ZIP _____

**PLANT / PICK UP LOCATION**
NAME: _____

STREET _____

CITY_____ STATE_____ ZIP _____

**CONTACTS**
VENDOR SALES REP: _____ PHONE: _____

FAX:_____ EMAIL:_____

CUSTOMER SERVICE REP: _____ PHONE: _____

FAX: _____ EMAIL: _____

PLEASE INDICATE TO WHICH NUMBER PO's ARE SENT: _____

LEAD TIME DAYS: _____ MIN. ORDER QTY: _____ FREIGHT: _____

P/U ALLOWANCE _____TERMS:_____ VOLUME REBATE PROGRAM _____

ACH PAYMENT CAPABLE:  ☐YES  ☐NO          CREDIT CARDS ACCEPTED:  ☐YES  ☐NO

ABA Number _____

Account Number _____

**Please Supply us with a W9 and a Certificate of Insurance**

Email _____
(for remittance advice)

Give Form to the
requester. Do not
send to the IRS.

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Penn Jersey Paper Company

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☑ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

9355 Blue Grass Road

**6** City, state, and ZIP code

Philadelphia PA 19114

Requester's name and address (optional)

**7** List account number(s) here (optional)

*(left margin: Print or type. See Specific Instructions on page 3.)*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

2 3 – 1 6 3 0 1 9 4

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *[signature]*  Date ▶ 5/27/21

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

# EXHIBIT 21



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 08/01/2022 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: Connie Queener | | |
|---|---|---|---|---|
| Madison Insurance Group | | PHONE (A/C, No, Ext): (865) 425-7300 | | FAX (A/C, No): (865) 483-5035 |
| 800 Oak Ridge Turnpike, | | E-MAIL ADDRESS: connie.queener@mlginsgroup.com | | |
| Suite B-200 | | | | |
| Oak Ridge | TN 37830 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : Employers Mutual Casualty Company | | 21415 |
| INSURED | | INSURER B : Employers Preferred Insurance Co | | |
| MONACO INDUSTRIES, LLC | | INSURER C : | | |
| 3030 MONACO WAY | | INSURER D : | | |
| | | INSURER E : | | |
| KNOXVILLE | TN 37914-6525 | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: MASTER 2022-2023          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☒ OCCUR | | | 6D20449 | 05/01/2022 | 05/01/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 500,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☒ POLICY ☐ PRO-JECT ☐ LOC OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Employee Benefits | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY ☒ ANY AUTO ☐ OWNED AUTOS ONLY ☐ HIRED AUTOS ONLY ☐ SCHEDULED AUTOS ☐ NON-OWNED AUTOS ONLY | | | 6E20449 | 05/01/2022 | 05/01/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Medical payments | $ 5,000 |
| A | ☒ UMBRELLA LIAB ☒ OCCUR ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | 6J20449 | 05/01/2022 | 05/01/2023 | EACH OCCURRENCE | $ 4,000,000 |
| | | | | | | | AGGREGATE | $ 4,000,000 |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY                                Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | EIG453670402 | 05/01/2022 | 05/01/2023 | ☒ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
GENERAL LIABILITY COVERAGE INCLUDES A BLANKET ADDITIONAL INSURED ENDORSEMENT WHEN REQUIRED BY WRITTEN CONTRACT.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Penn Jersey PJP 9355 Blue Grass Road Philadelphia          PA  19114 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE  *Elizabeth King* |

© 1988-2015 ACORD CORPORATION.

EXHIBIT

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

# COLLECTIVE

# EXHIBIT 22

## Emily Stulce

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:01 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: PJP Vendor Information |
| **Attachments:** | Sample Case Label.pdf |

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Wed, Aug 3, 2022 at 9:16 AM
Subject: RE: PJP Vendor Information
To: Caroline Bane <cbane@pjponline.com>

Caroline, please see the attached – this is the current format (item 3 1/8 x 230 Thermal) case label we use for Envoy/SEPG.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO®

Coll. EXHIBIT 22

**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Monday, August 1, 2022 9:01 PM
**To:** Stacey.Anderson@thinkmonaco.com
**Cc:** Bobar, Doug <dbobar@sepapergroup.com>
**Subject:** PJP Vendor Information

Good Afternoon,

Please see attached new vendor information for PJP. Can you please fill out and return the Vendor Set Up Form along with a copy of your certificate of insurance?

Also included here are the inbound delivery and receiving information and Pricing Increasing Information, along with our W-9 and credit references.

Please reach out with any questions or concerns.

CB

**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467

_____

Envoysolutions.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an Innovator in

Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# 80230

## 3 1/8" X 230' Thermal

## 50 Rolls

010822

# 80230

## 3 1/8" X 230' Thermal

## 50 Rolls

010822

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Wednesday, August 3, 2022 9:26 AM
**To:** stacey.anderson@thinkmonaco.com
**Subject:** RE: PJP Vendor Information

That is fine!

**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com



C: (570) 436-6467

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:16 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

# COLLECTIVE EXHIBIT 23

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:03 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22 |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Fri, Aug 5, 2022 at 1:26 PM
Subject: Re: ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey Anderson <stacey.anderson@thinkmonaco.com>

Great! Have enjoyable weekend. Best regards, Richard

> On Aug 5, 2022, at 1:22 PM, Doug Bobar <dbobar@sepapergroup.com> wrote:
>
> Thank you. I had found it but it was extremely high. Thank you for finding it. That really helps things. Have a good weekend. We are working with Stacey to get things set up. Thanks. Doug
>
> Sent from my iPhone
>
>> On Aug 5, 2022, at 11:11 AM, Richard Jansen <richard.jansen@thinkmonaco.com> wrote:
>>
>> This email originated outside the organization - Use caution when clicking links or opening attachments
>>
>> Doug, we were able to source the 3-Ply paper based on PJP's annual usage – the per case delivered price is $63.79.
>>
>> We have updated the attached program pricing for reference.
>>
>> Best regards, Richard

<pastedGraphic copy.jpg><pastedGraphic copy.jpg><ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22.xls>





## MONACO°

**RICHARD JANSEN  President**
Richard.Jansen@thinkmonaco.com

o  800.688.8434
c  865.310.1938
fx 865.688.5790

3030 Monaco Way  Knoxville, TN 37914
www.thinkmonaco.com

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:25 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22 |
| **Attachments:** | ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22.xls; pastedGraphic copy.jpg |

---------- Forwarded message ---------
From: **Richard Jansen** <richard.jansen@thinkmonaco.com>
Date: Fri, Aug 5, 2022 at 11:11 AM
Subject: ENVOY SC NC FL GA and NJ Locations - EFF 8-1-22
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Stacey - Monaco <stacey.anderson@thinkmonaco.com>

Doug, we were able to source the 3-Ply paper based on PJP's annual usage – the per case delivered price is $63.79.

We have updated the attached program pricing for reference.

Best regards, Richard

1

# MONACO ®



3030 Monaco Way
Knoxville, TN 37914-6525
865-688-5450 | Office
www.thinkmonaco.com

## Sort/segl/jumper/inside NOT Included in Pricing

PLEASE NOTE SHIPPING LOCATIONS: SC, NC, GA, FL = LTL   NJ = FULL TRUCK QUANTITIES/CAPACITY

Email PO's: Monaco@thinkmonaco.com
Sales Contact: Richard.Jansen@thinkmonaco.com

**Envoy Program - Locations SC, NC, FL and Full Truck NJ**

| Monaco # | SEPG #/PJP# | Width | Length | Description | Pack | Core ID | Weight | Case Cube | Envoy Locations NC, SC, FL, and GA — 90+ Cases (Mix of Cases) Freight Included. LOCATIONS in South Carolina, North Carolina, Florida, Georgia ONLY. PJP Location Pricing $5.68 per case / $ 35.66 per case when shipping with mixed product for full truck capacity. FULL TRUCK CAPACITY/QUANTITIES When shipping to NJ. |
|---|---|---|---|---|---|---|---|---|---|
| 32095 | 375019 Use Monaco Master Pack 8364  997395 034400  9077-0012 | 3 | 95 | 2 PLY WIC | 50 | 7/16 | 25 | 0.79 | $ |
| 25150 | 375060 | 2 1/4 | 150 | BOND | 100 BULK | 7/16 | 35 | 1.03 | $ 36.00 |
| 30150 | 375003 033980  12-105 | 3 | 150 | BOND | 50 | 7/16 | 25 | 0.79 | $ 27.50 |
| 30165 | 375004 | 3 | 165 | BOND | 50 | 7/16 | 26 | 0.79 | $ 26.78 |
| 3016SGGRN | 4364 | 3 | 165 | BOND GREEN | 50 | 7/16 | 26 | 0.79 | Call for Pricing & Availability |
| 44165 | 376007 034040  9074-2030 | 44MM | 165 | BOND | 10/10's | 7/16 | 29 | 0.82 | $ 36.38 |
| 44230 | 375800 | 44MM | 230 | THERMAL | 50 | 7/16 | 19 | 0.53 | $ 40.20 |
| 57050 | 375001 Use for item 033970  9076-2092 | 2 1/4 | 50 | THERMAL | 50 | 1/2 | 8 | 0.17 | $ 16.46 |
| 57085-72 | 375071 | 2 1/4 | 85 | THERMAL | 72 | 7/16 | 14 | 0.47 | $ 19.52 |
| 57165 | 375020 Use Monaco Master Pack 8938  856704 Use for item 033982  9076-1004 | 2 1/4 | 165 | THERMAL | 50 | 7/16 | 19 | 0.47 | $ 21.11 |
| 80165HW | 375013 | 3 1/8 | 165 | 80gsm THERMAL | 50 | 7/16 | 35 | 0.98 | $ 66.75 |
| 80230 | 375010 033985  9076-0565 Use Monaco Master Pack 8938  856348  8346  997375 | 3 1/8 | 230 | THERMAL | 50 | 7/16 | 30 | 0.98 | $ 58.56 |
| 80230PF | 93010  978-0565 033984-  9079-2489 | 3 1/8 | 230 | THERMAL - PHENOL FREE | 50 | 7/16 | 30 | 0.79 | $ 62.18 |
| 80273 | 375012 | 3 1/8 | 273 | 80gsm THERMAL | 24 | 7/16 | 36 | 0.98 | $ 67.79 |
| 80440HW-24 | 375005 | 3 1/8 | 440 | 80gsm THERMAL | 24 | 1 | 24 | 0.58 | Call for Pricing & Availability |
| 80440HW-1 | 375017 | 3 1/8 | 646 | 80gsm THERMAL | 8 | 1 | 22 | 0.61 | Call for Pricing & Availability |
| 80815 | 9892 | 3 1/8 | 815 | 48 gram thermal | 8 | 2 | 17 | 0.70 | Call for Pricing & Availability |
| 39177 | 375026 033987  9076-2988 | 4 3/8 | 315 | THERMAL | 24 | 7/16 | 29 | 0.71 | 55.28 |
| ERC3024438 BLK RED | 6075  93015  14871  2433-35 ERC3024438 | | | 6 PACK RIBBON Per Case | 6 pack (Master Pack Available 144 Ribbons) | | 1 | $ | $5.94 * Ribbons cases not included in Minimum |

Pricing is based on orders of 90+ cases delivered to SC, NC, GA and FL for LTL. Full Truck Capacity Required for NJ.

NOTE: Special delivery requirements are not included.
Additional Charges such as: late fees, sort and segregate, etc. will be billed on a seperate invoice. NOT INCLUDED

Payment terms are 2% 10 days, net 30.

Monaco will issue credit memo Southeastern Paper Group a 6% monthly rebate

Quote valid for 30 days

# COLLECTIVE

# EXHIBIT 24

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Monday, November 7, 2022 4:26 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Purchase Order - S02U59 |

---------- Forwarded message ---------
From: <monaco@thinkmonaco.com>
Date: Mon, Aug 8, 2022 at 1:18 PM
Subject: RE: Purchase Order - S02U59
To: Melissa Stankiewicz <melissa.stankiewicz@envoysolutions.com>
Cc: <stacey.anderson@thinkmonaco.com>, <richard.jansen@thinkmonaco.com>

Good Afternoon Melissa,

New program pricing has been implemented for Envoy.  Please reach out to Doug Bobar for the updated pricing and send over a revised PO at your convenience.

Thank you

Holly

Monaco Industries, LLC

3030 Monaco Way

Knoxville, TN 37914

O: 865-688-5450

www.thinkmonaco.com

Monaco@thinkmonaco.com

**From:** DONOTREPLY@SEPAPERGROUP.COM <DONOTREPLY@SEPAPERGROUP.COM>
**Sent:** Monday, August 8, 2022 10:55 AM
**To:** monaco@thinkmonaco.com; Melissa.Stankiewicz@sepapergroup.com
**Subject:** Purchase Order - S02U59



Coll. EXHIBIT
24

# COLLECTIVE

# EXHIBIT 25



# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
6201 Corporate Park Dr

KNOXVILLE      TN 37914-0000

Brown Summit      NC 27214

ATTN: _____

DATE:      9/01/22

| Message |
| --- |
| Please confirm to Melissa.Stankiewicz@sepapergroup.com |

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup





**PURCHASE ORDER**

PAGE: 1

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
6201 Corporate Park Dr

Brown Summit          NC 27214

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---------|----------|---------------|-------|---------------|-------|
| 02 | 32 | 400375 | MKS | MKS | 2% 10, NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|-----------------|----------|-----|-----|-------|-----|-----|-----------------|
| 45375001 | 09/12/22 | 40.000 | CS | 16.46000 | CS | Y | 658.40 |
|   57050 2.25"X50' THERMAL ROLL | | | | | | | |
|   (57050SW) | | WT: | 240.0000 C | 7.200 | CS: | | |
|   57050 | | | | | | | |
| 52375003 | 09/12/22 | 24.000 | CS | 27.50000 | CS | Y | 660.00 |
|   30150 3" 1PLY ADD ROLLS 150' | | | | | | | |
|   BOND NC-997359 | | WT: | 240.0000 C | 19.200 | CS: | | |
|   30150 | | | | | | | |
| 52375004 | 09/12/22 | 12.000 | CS | 26.78000 | CS | Y | 321.36 |
|   30165 3" 1PLY ADD ROLL (165') | | | | | | | |
| | | WT: | 302.4000 C | 9.000 | CS: | | |
|   30165 | | | | | | | |
| 52375007 | 09/12/22 | 8.000 | CS | 34.32000 | CS | Y | 274.56 |
|   44165 44MM REGISTER ROLL | | | | | | | |
|   (165') 1.75"X3" | | WT: | 232.0000 C | 15.120 | CS: | | |
|   44165 | | | | | | | |
| 52375010 | 09/12/22 | 150.000 | CS | 56.04000 | CS | Y | 8406.00 |
|   80230 3-1/8" THERMAL ROLLS | | | | | | | |
|   (230') BPA FREE | | WT: | 5400.0000 C | 121.500 | CS: | | |
|   80230 | | | | | | | |
| 52375820 | 09/12/22 | 12.000 | CS | 21.11000 | CS | Y | 253.32 |
|   57165 2.25"X165' THERMAL PAPER | | | | | | | |
| | | WT: | 252.0000 C | 9.600 | CS: | | |
|   57165 | | | | | | | |
| 45375002 | 09/15/22 | 2.000 | CS | 44.17000 | CS | Y | 88.34 |
|   58400 2-9/32"X400' THERMAL REG | | | | | | | |
|   TAPE | | WT: | 5.2000 C | 1.000 | CS: | | |
|   58400 | | | | | | | |

========================================================

RECEIVED
BY

RECEIVER
NUMBER

DATE

ACCEPTANCE OF THIS PURCHASE
ORDER IS ACCEPTANCE OF THE
TERMS AND CONDITIONS SET
FORTH ON THE REVERSE SIDE OF
THE PURCHASE ORDER.

ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED
PACKING SLIP & PURCHASE ORDER NUMBER.

EQUAL EMPLOYMENT OPPORTUNITY

Executive Order of Equal Employment Opportunity, Executive Order 11375
(Equal employment opportunity), 44 USC 2012 Vietnam Era Veterans Readjustment
Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped
Regulations), and the implementing regulations found at 41 CFR 60-1&2, 41 CFR 60-



## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
6201 Corporate Park Dr

Brown Summit          NC 27214

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---------|----------|---------------|-------|---------------|-------|
| 02 | 32 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|-----------------|----------|-----|-----|-------|-----|-----|-----------------|

STEVE'S CELL.865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

|  |  |
|--|--|
| SUBTOTAL | 10661.98 |
| TAX | .00 |
| TOTAL | 10661.98 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
|---|---|---|
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY (Executive Order 11246, as amended, Executive Order 11375 (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assisstance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped |
| DATE | | |

Case 3:22-cv-00459-JRG-DCP   Document 41-3   Filed 12/22/22   Page 182 of 254   PageID #: 488



**SOUTHEASTERN PAPER GROUP**

# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
3850 Port Jacksonville Pkwy

KNOXVILLE      TN 37914-0000

Jacksonville      FL 32226

ATTN: _____

DATE:      9/01/22

| Message |
|---|
|  |

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



**SOUTHEASTERN PAPER GROUP**

## PURCHASE ORDER

| | PURCHASE ORDER NUMBER |
|---|---|
| | S02246 |

| | P.O DATE |
|---|---|
| | 09/01/22 |

PAGE: 1

VENDOR:

MONACO
. 3030 MONACO WAY

KNOXVILLE    TN 37914-0000

SHIP TO:

Southeastern Paper Group
3850 Port Jacksonville Pkwy

Jacksonville    FL 32226

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---|---|---|---|---|---|
| 02 | 37 | 400375 | MKS | MKS | 2% 10, NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 52080231 | 09/13/22 | 150.000 | BX | 5.94000 | BX | N | 891.00 |
| RED/BLACK REGISTER RIBBON | | | | | | | |
| ERC30/34/38 | | WT: | 300.0000 C | 3.124 | CS: | | |
| ERC30/34/38BLKRED | | | | | | | |
| | | | | | | | |
| 52375010 | 09/13/22 | 100.000 | CS | 56.04000 | CS | Y | 5604.00 |
| 80230 3-1/8" THERMAL ROLLS | | | | | | | |
| (230') BPA FREE | | WT: | 3600.0000 C | . | 81.000 | CS: | |
| 80230 | | | | | | | |
| | | | | | | | |
| 52375011 | 09/13/22 | 6.000 | CS | 31.09000 | CS | Y | 186.54 |
| 57085-72 2.25" THERMAL ROLLS | | | | | | | |
| (85') | | WT: | 84.0000 C | 2.580 | CS: | | |
| 57085-72 | | | | | | | |
| | | | | | | | |
| 52375019 | 09/13/22 | 24.000 | CS | 36.66000 | CS | Y | 879.84 |
| 32095 3" 2PLY CARBONLESS | | | | | | | |
| PAPER(95') REGISTER PAPER WHITE | WT: | 624.0000 C | 52.320 | CS: | | | |
| 32095 | | | | | | | |
| | | | | | | | |
| 52375020 | 09/13/22 | 12.000 | CS | 24.90000 | CS | Y | 298.80 |
| 57085 WHITE 2.25" THERMAL | | | | | | | |
| ROLLS (85')1 PLY BPA FREE | | WT: | 156.0000 C | .360 | CS: | | |
| 57085 | | | | | | | |

================================================================

STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

|  |  |
|---|---|
| SUBTOTAL | 7860.18 |
| TAX | .00 |
| TOTAL | 7860.18 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
|---|---|---|
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY |



# EMAIL

TO: MONACO
3030 MONACO WAY

KNOXVILLE    TN 37914-0000

FROM: Southeastern Paper Group
2400 Sullivan Rd
Suite A

College Park    GA 30337-6318

ATTN: _____

DATE:    9/01/22

Message

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE        TN 37914-0000

SHIP TO:

Southeastern Paper Group
2400 Sullivan Rd
Suite A

College Park        GA 30337-6318

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---------|----------|---------------|-------|---------------|-------|
| 02 | 35 | 400375 | MKS | MKS | 2% 10, NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 52080231 | 09/14/22 | 175.000 | BX | 5.94000 | BX | N | 1039.50 |
| RED/BLACK REGISTER RIBBON | | | | | | | |
| ERC30/34/38 | | WT: | 350.0000 C | 3.645 CS: | | | |
| ERC30/34/38BLKRED | | | | | | | |
| | | | | | | | |
| 52375003 | 09/14/22 | 50.000 | CS | 27.50000 | CS | Y | 1375.00 |
| 30150 3" 1PLY ADD ROLLS 150' | | | | | | | |
| BOND NC-997359 | | WT: | 500.0000 C | 40.000 CS: | | | |
| 30150 | | | | | | | |
| | | | | | | | |
| 52375004 | 09/14/22 | 40.000 | CS | 26.78000 | CS | Y | 1071.20 |
| 30165 3" 1PLY ADD ROLL (165') | | | | | | | |
| | | WT: | 1008.0000 C | 30.000 CS: | | | |
| 30165 | | | | | | | |
| | | | | | | | |
| 52375010 | 09/14/22 | 300.000 | CS | 56.04000 | CS | Y | 16812.00 |
| 80230 3-1/8" THERMAL ROLLS | | | | | | | |
| (230') BPA FREE | | WT: | 10800.0000 C | 243.000 CS: | | | |
| 80230 | | | | | | | |
| | | | | | | | |
| 52375011 | 09/14/22 | 12.000 | CS | 31.09000 | CS | Y | 373.08 |
| 57085-72 2.25" THERMAL ROLLS | | | | | | | |
| (85') | | WT: | 168.0000 C | 5.160 CS: | | | |
| 57085-72 | | | | | | | |
| | | | | | | | |
| 52375019 | 09/14/22 | 50.000 | CS | 36.66000 | CS | Y | 1833.00 |
| 32095 3" 2PLY CARBONLESS | | | | | | | |
| PAPER(95') REGISTER PAPER WHITE | | WT: | 1300.0000 C | 109.000 CS: | | | |
| 32095 | | | | | | | |
| | | | | | | | |
| 52375020 | 09/14/22 | 12.000 | CS | 24.90000 | CS | Y | 298.80 |
| 57085 WHITE 2.25" THERMAL | | | | | | | |
| ROLLS (85')1 PLY BPA FREE | | WT: | 156.0000 C | .360 CS: | | | |
| 57085 | | | | | | | |

---

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
|---|---|---|
| RECEIVER NUMBER | | **EQUAL EMPLOYMENT OPPORTUNITY** |
| DATE | | The provisions of Executive Order 11246, as amended by Executive Order 11375 (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped Regulations), and the implementing regulations found at 41 CFR 60-1&2, 41 CFR 60-250, and 41 CFR 60-741, respectively, are hereby incorporated by reference |



# PURCHASE ORDER

| | |
|---|---|
| P.O DATE | |
| 09/01/22 | |

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
2400 Sullivan Rd
Suite A

College Park          GA 30337-6318

PAGE:     2

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---|---|---|---|---|---|
| 02 | 35 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 52375822 | 09/14/22 | 8.000.CS | | 46.16000 | CS | Y | 369.28 |

57230 2.25" THERMAL ROLLS
(230') WT:    168.0000 C        6.400 CS:
57230

===============================================================
STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

| | |
|---|---|
| SUBTOTAL | 23171.86 |
| TAX | .00 |
| TOTAL | 23171.86 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
|---|---|---|
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped |



**SOUTHEASTERN PAPER GROUP**

# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
3850 Port Jacksonville Pkwy

KNOXVILLE    TN 37914-0000

Jacksonville    FL 32226

ATTN: _____

DATE:   9/12/22

Message

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



**SOUTHEASTERN PAPER GROUP®**

| PURCHASE ORDER NUMBER |
|---|
| SO2573 |

| P.O DATE |
|---|
| 09/12/22 |

## PURCHASE ORDER

PAGE: 1

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
3850 Port Jacksonville Pkwy

Jacksonville      FL 32226

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---|---|---|---|---|---|
| 02 | 37 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 52375019 | 09/20/22 | 100.000 | CS | 36.66000 | CS | Y | 3666.00 |

```
    32095 3" 2PLY CARBONLESS
    PAPER(95') REGISTER PAPER WHITE  WT:  2600.0000 C      218.000 CS:
    32095
    ===================================================================
STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*
```

|  |  |
|---|---|
| SUBTOTAL | 3666.00 |
| TAX | .00 |
| TOTAL | 3666.00 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
|---|---|---|
| RECEIVER NUMBER | | **EQUAL EMPLOYMENT OPPORTUNITY** |
| DATE | | The provisions of Executive Order 11246, as amended by Executive Order 11375 (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped Regulations), and the implementing regulations found at 41 CFR 60-182, 41 CFR 60-250, and 41 CFR 60-741, respectively, are hereby incorporated by reference |



# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
50 Old Blackstock Rd

KNOXVILLE     TN 37914-0000          Spartanburg     SC 29301

ATTN:

DATE:     8/08/22

**Message**

  *Revised pricing

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ
email address: Melissa.Stankiewicz@sepapergroup



## SOUTHEASTERN PAPER GROUP

### PURCHASE ORDER

| PURCHASE ORDER NUMBER |
| --- |
| S02U59 |

| P.O DATE |
| --- |
| 08/08/22 |

PAGE: 1

**VENDOR:**

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

**SHIP TO:**

Southeastern Paper Group
50 Old Blackstock Rd

Spartanburg          SC 29301

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
| --- | --- | --- | --- | --- | --- |
| 02 | 31 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
**********************************************
***  THIS IS A RE-PRINT, PLEASE DISCARD ORIGINAL   ***
**********************************************
```

| ITEM/MFG NUMBER | DUE DATE | QTY U/M | PRICE U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 52080231<br>RED/BLACK REGISTER RIBBON<br>ERC30/34/38<br>ERC30/34/38BLKRED | 08/17/22 | 200.000 BX<br>WT:   400.0000 C | 5.94000 BX<br>4.166 CS: | N | 1188.00 |
| 52375009<br>80119 3-1/8" THERMAL ROLLS<br>(119')<br>80119 | 08/17/22 | 20.000 CS<br>WT:   20.0000 C | 36.96000 CS<br>20.000 CS: | Y | 739.20 |
| 52375060<br>25150 2.25" 1PLY ADD ROLL<br>(150')<br>25150 | 08/17/22 | 10.000 CS<br>WT:   330.0000 C | 36.00000 CS<br>11.900 CS: | Y | 360.00 |
| 52375061<br>30190CAN CANARY 3"X190'<br>REGISTER ROLLS<br>30190CAN | 08/17/22 | 10.000 CS<br>WT:   280.0000 C | 43.77000 CS<br>8.000 CS: | Y | 437.70 |
| 52375822<br>57230 2.25" THERMAL ROLLS<br>(230')<br>57230 | 08/17/22 | 10.000 CS<br>WT:   210.0000 C | 46.47000 CS<br>8.000 CS: | Y | 464.70 |

```
================================================================
STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
```

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
| --- | --- | --- |
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY<br>(Equal Employment Opportunity), Executive Order 11375<br>(Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment<br>Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped |

Case 3:22-cv-00459-JRG-DCP   Document 32-22   Page 191 of 254   PageID #:
4491



SOUTHEASTERN
PAPER GROUP

## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
50 Old Blackstock Rd

Spartanburg          SC 29301

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---------|----------|---------------|-------|---------------|-------|
| 02 | 31 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|

IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

| | |
|---|---|
| SUBTOTAL | 3189.60 |
| TAX | .00 |
| TOTAL | 3189.60 |

RECEIVED BY

RECEIVER NUMBER

DATE

ACCEPTANCE OF THIS PURCHASE
ORDER IS ACCEPTANCE OF THE
TERMS AND CONDITIONS SET
FORTH ON THE REVERSE SIDE OF
THE PURCHASE ORDER.

ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED
PACKING SLIP & PURCHASE ORDER NUMBER.

EQUAL EMPLOYMENT OPPORTUNITY

The provisions of Executive Order 11246, as amended by Executive Order 11375
(Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment
Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped
Regulations), and the implementing regulations found at 41 CFR 60-1&2, 41 CFR 60-
250, and 41 CFR 60-741, respectively, are hereby incorporated by reference



# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
6201 Corporate Park Dr

KNOXVILLE     TN 37914-0000

Brown Summit     NC 27214

ATTN: _____

DATE: 8/15/22

---

Message

Revised

---

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



## SOUTHEASTERN PAPER GROUP

### PURCHASE ORDER

| PURCHASE ORDER NUMBER |
| --- |
| S02U62 |

| P.O DATE |
| --- |
| 08/08/22 |

PAGE: 1

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
6201 Corporate Park Dr

Brown Summit          NC 27214

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
| --- | --- | --- | --- | --- | --- |
| 02 | 32 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
*************************************************
***  THIS IS A RE-PRINT, PLEASE DISCARD ORIGINAL  ***
*************************************************
```

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 52080231 | 08/17/22 | 150.000 | BX | 5.94000 | BX | N | 891.00 |
| RED/BLACK REGISTER RIBBON | | | | | | | |
| ERC30/34/38 | WT: | 300.0000 C | | 3.124 CS: | | | |
| ERC30/34/38BLKRED | | | | | | | |
| | | | | | | | |
| 52375007 | 08/17/22 | 5.000 | CS | 36.38000 | CS | Y | 181.90 |
| 44165 44MM REGISTER ROLL | | | | | | | |
| (165') 1.75"X3" | WT: | 145.0000 C | | 9.450 CS: | | | |
| 44165 | | | | | | | |
| | | | | | | | |
| 52375009 | 08/17/22 | 24.000 | CS | 36.96000 | CS | Y | 887.04 |
| 80119 3-1/8" THERMAL ROLLS | | | | | | | |
| (119') | WT: | 24.0000 C | | 24.000 CS: | | | |
| 80119 | | | | | | | |
| | | | | | | | |
| 52375011 | 08/17/22 | 24.000 | CS | 19.52000 | CS | Y | 468.48 |
| 57085-72 2.25" THERMAL ROLLS | | | | | | | |
| (85') | WT: | 336.0000 C | | 10.320 CS: | | | |
| 57085-72 | | | | | | | |
| | | | | | | | |
| 52375012 | 08/17/22 | 50.000 | CS | 67.79000 | CS | Y | 3389.50 |
| 80273 3-1/8"THERMAL ROLLS 273' | | | | | | | |
| LONG | WT: | 1800.0000 C | | 62.500 CS: | | | |
| 80273 | | | | | | | |
| | | | | | | | |
| 45375002 | 08/22/22 | 2.000 | CS | 47.18000 | CS | Y | 94.36 |
| 58400 2-9/32"X400' THERMAL REG | | | | | | | |
| TAPE | WT: | 5.2000 C | | 1.000 CS: | | | |
| 58400 | | | | | | | |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
| --- | --- | --- |
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY The provisions of Executive Order 11246, as amended, Executive Order 11375 (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assistance Act of 1974) Section 503 of the Rehabilitation Act of 1973 (Handicapped |



## SOUTHEASTERN PAPER GROUP

## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE      TN 37914-0000

SHIP TO:

Southeastern Paper Group
6201 Corporate Park Dr

Brown Summit      NC 27214

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
|---------|----------|---------------|-------|---------------|-------|
| 02 | 32 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
|-----------------|----------|-----|-----|-------|-----|-----|-----------------|
| 45375002 | 08/22/22 | 1.000 | CS | 47.18000 | CS | Y | 47.18 |

58400 2-9/32"X400' THERMAL REG
TAPE
58400

WT:      2.6000 C      .500 CS:

=================================================================

STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

| | |
|---|---|
| SUBTOTAL | 5959.46 |
| TAX | .00 |
| TOTAL | 5959.46 |

RECEIVED
BY

RECEIVER
NUMBER

ACCEPTANCE OF THIS PURCHASE
ORDER IS ACCEPTANCE OF THE
TERMS AND CONDITIONS SET
FORTH ON THE REVERSE SIDE OF
THE PURCHASE ORDER.

ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED
PACKING SLIP & PURCHASE ORDER NUMBER.

EQUAL EMPLOYMENT OPPORTUNITY
Federal Executive Order 11246, as amended, Executive Order 11375
(Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment
Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped



**SOUTHEASTERN PAPER GROUP·**

# EMAIL

TO: MONACO
3030 MONACO WAY

FROM: Southeastern Paper Group
50 Old Blackstock Rd

KNOXVILLE       TN 37914-0000

Spartanburg       SC 29301

ATTN: _____

DATE:     9/01/22

---

Message

Melissa.Stankiewicz@sepapergroup.com

---

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



**SOUTHEASTERN PAPER GROUP**

## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
50 Old Blackstock Rd

Spartanburg          SC 29301

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
| --- | --- | --- | --- | --- | --- |
| 02 | 31 | 400375 | MKS | MKS | 2% 10, NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 45375001 | 09/13/22 | 25.000 | CS | 16.46000 | CS | Y | 411.50 |
| 57050 2.25"X50' THERMAL ROLL | | | | | | | |
| (57050SW) | | WT: | 150.0000 C | | 4.500 CS: | | |
| 57050 | | | | | | | |
| | | | | | | | |
| 52375003 | 09/13/22 | 20.000 | CS | 27.50000 | CS | Y | 550.00 |
| 30150 3" 1PLY ADD ROLLS 150' | | | | | | | |
| BOND NC-997359 | | WT: | 200.0000 C | | 16.000 CS: | | |
| 30150 | | | | | | | |
| | | | | | | | |
| 52375010 | 09/13/22 | 125.000 | CS | 58.56000 | CS | Y | 7320.00 |
| 80230 3-1/8" THERMAL ROLLS | | | | | | | |
| (230') BPA FREE | | WT: | 4500.0000 C | | 101.250 CS: | | |
| 80230 | | | | | | | |
| | | | | | | | |
| 52375011 | 09/13/22 | 24.000 | CS | 19.52000 | CS | Y | 468.48 |
| 57085-72 2.25" THERMAL ROLLS | | | | | | | |
| (85') | | WT: | 336.0000 C | | 10.320 CS: | | |
| 57085-72 | | | | | | | |
| | | | | | | | |
| 52375019 | 09/13/22 | 40.000 | CS | 36.66000 | CS | Y | 1466.40 |
| 32095 3" 2PLY CARBONLESS | | | | | | | |
| PAPER(95') REGISTER PAPER WHITE | | WT: | 1040.0000 C | | 87.200 CS: | | |
| 32095 | | | | | | | |

==========================================================================

STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*

|  |  |
| --- | --- |
| SUBTOTAL | 10216.38 |
| TAX | .00 |
| | --------- |
| TOTAL | 10216.38 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED |
| --- | --- | --- |
| | ORDER IS ACCEPTANCE OF THE | PACKING SLIP & PURCHASE ORDER NUMBER. |
| RECEIVER NUMBER | TERMS AND CONDITIONS SET | EQUAL EMPLOYMENT OPPORTUNITY |
| | FORTH ON THE REVERSE SIDE OF | The provisions of Executive Order 11246, as amended by Executive Order 11375 |
| DATE | THE PURCHASE ORDER. | (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment |

The provisions of Executive Order 11246, as amended by Executive Order 11375 (Equal Employment Opportunity), 38 USC 2012 (Vietnam Era Veterans Readjustment Assistance Act of 1974), Section 503 of the Rehabilitation Act of 1973 (Handicapped Regulations), and the implementing regulations found at 41 CFR 60-182, 41 CFR 60-250, and 41 CFR 60-741, respectively, are hereby incorporated by reference



# EMAIL

**TO:** MONACO
3030 MONACO WAY

**FROM:** Southeastern Paper Group
7080 Havertys Way

KNOXVILLE     TN 37914-0000

Lakeland     FL 33805

**ATTN:** _____

**DATE:** 9/13/22

| Message |
| --- |
|  |

If you do not receive all of the pages listed please contact: MELISSA K. STANKIEWICZ

email address: Melissa.Stankiewicz@sepapergroup



SOUTHEASTERN PAPER GROUP

## PURCHASE ORDER

VENDOR:

MONACO
3030 MONACO WAY

KNOXVILLE          TN 37914-0000

SHIP TO:

Southeastern Paper Group
7080 Havertys Way

Lakeland          FL 33805

| COMPANY | LOCATION | VENDOR NUMBER | BUYER | APPROVAL CODE | TERMS |
| --- | --- | --- | --- | --- | --- |
| 02 | 34 | 400375 | MKS | MKS | 2% 10,NT 30 |

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
******************************************
*** THIS IS A RE-PRINT, PLEASE DISCARD ORIGINAL ***
******************************************
```

| ITEM/MFG NUMBER | DUE DATE | QTY | U/M | PRICE | U/M | TAX | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 52080231 | 09/20/22 | 50.000 | BX | 5.94000 | BX | N | 297.00 |
| RED/BLACK REGISTER RIBBON | | | | | | | |
| ERC30/34/38 | | WT: 100.0000 C | | 1.041 CS: | | | |
| ERC30/34/38BLKRED | | | | | | | |
| | | | | | | | |
| 52375010 | 09/20/22 | 100.000 | CS | 58.56000 | CS | Y | 5856.00 |
| 80230 3-1/8" THERMAL ROLLS | | | | | | | |
| (230') BPA FREE | | WT: 3600.0000 C | | 81.000 CS: | | | |
| 80230 | | | | | | | |

```
===============================================================
STEVE'S CELL 865-310-8507
MUST HAVE AN APPOINTMENT TO DELIVER. CALL AT LEAST 48 HOURS PR
IOR TO MAKE AN APPOINTMENT.*IF NO ANSWER, LEAVE A MESSAGE*
```

|  | SUBTOTAL | 6153.00 |
| --- | --- | --- |
|  | TAX | .00 |
|  |  | --------- |
|  | TOTAL | 6153.00 |

| RECEIVED BY | ACCEPTANCE OF THIS PURCHASE ORDER IS ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THE PURCHASE ORDER. | ALL SHIPMENTS MUST BE ACCOMPANIED BY CLEARLY MARKED PACKING SLIP & PURCHASE ORDER NUMBER. |
| --- | --- | --- |
| RECEIVER NUMBER | | EQUAL EMPLOYMENT OPPORTUNITY |
| DATE | | The provisions of Executive Order 11246, as amended by Executive Order 11375 and Executive Order 11478, 41 USC 2012 and the Vietnam Era Veterans Readjustment Assistance Act of 1974, Section 503 of the Rehabilitation Act of 1973 (Handicapped Regulations), and the implementing regulations found at 41 CFR 60-1&2, 41 CFR 60-... |

Case 3:22-cv-00459-JRG-DCP   Document 82-5   Filed 12/27/22   Page 199 of 254   PageID #: 205

# COLLECTIVE
# EXHIBIT 26

**Emily Stulce**

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:06 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: PJP Vendor Information |

---------- Forwarded message ---------
From: **Caroline Bane** <cbane@pjponline.com>
Date: Fri, Aug 12, 2022 at 4:57 PM
Subject: RE: PJP Vendor Information
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>, PJP Invoices <pjpinvoices@pjponline.com>

Hi Stacey,

Invoices go to pjpinvoices@pjponline.com. They will assign you an AP contact once we start placing POs.

Yes we require an appointment. You should call P: 215.992.5250 ext. 250 but the preference is email. recevingdept@pjponline.com

**Caroline Bane**
**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

---

Envoysolutions.com

From: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Friday, August 12, 2022 2:01 PM
**To:** Caroline Bane <cbane@pjponline.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: PJP Vendor Information


EXHIBIT

Caroline, in preparation for our first PO – I wanted to confirm if there were any questions?

Monaco@thinkmonaco.com          is our CSR and Order Processing Team

Accounting@thinkmonaco.com      is the accounting Team

Richard.Jansen@thinkmonaco.com  is the sales contact

I can always be emailed or contacted with any questions or concerns.

We email invoices when processed – can you advise me the best email address to use for processed invoices?

Does your NJ PJP Location require an appointment for full truck deliveries?

If yes, can you email me the applicable information and we will ensure that an appointment is made with your DC.

We look forward to working with PJP and thank you for choosing Monaco.

Have a great weekend!

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, August 9, 2022 3:07 PM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** Re: PJP Vendor Information

A full truck minimum is 1000 cases and 1200 max.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

Monaco Industries

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com

On Aug 9, 2022, at 12:35 PM, Stacey - Monaco <stacey.anderson@thinkmonaco.com> wrote:

Pallets

48x40x53

Average cases per pallet is 50.

Full truck is 20-24 pallets depending on weight.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

Monaco Industries

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com

On Aug 9, 2022, at 11:38 AM, Caroline Bane <cbane@pjponline.com> wrote:

Hi Stacey

Is that in cube or pallets?

**Caroline Bane**
**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, August 9, 2022 10:37 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

4

Your PJP program is for full truck quantities which 10-12 days from PO to ship date.

It is a 3 day transit from Knoxville, TN.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Tuesday, August 9, 2022 9:02 AM
**To:** stacey.anderson@thinkmonaco.com
**Subject:** RE: PJP Vendor Information

Hi Stacey

Can you please confirm the lead time and the prepaid minimum for shipping?

**Caroline Bane**
**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

---

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:30 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

Thank you, I will scan the rest of the documents to you today.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Wednesday, August 3, 2022 9:26 AM
**To:** stacey.anderson@thinkmonaco.com
**Subject:** RE: PJP Vendor Information

That is fine!

**Caroline Bane**

**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467



Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:16 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

Caroline, please see the attached – this is the current format (item 3 1/8 x 230 Thermal) case label we use for Envoy/SEPG.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

O: 865-688-5450

C: 714-397-4384

www.thinkmonaco.com



MONACO®

**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Monday, August 1, 2022 9:01 PM
**To:** Stacey.Anderson@thinkmonaco.com
**Cc:** Bobar, Doug <dbobar@sepapergroup.com>
**Subject:** PJP Vendor Information

Good Afternoon,

Please see attached new vendor information for PJP. Can you please fill out and return the Vendor Set Up Form along with a copy of your certificate of insurance?

Also included here are the inbound delivery and receiving information and Pricing Increasing Information, along with our W-9 and credit references.

Please reach out with any questions or concerns.

CB

**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467



ENVOY
SOLUTIONS

Envoysolutions.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT 27

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:04 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: Spec Sheets |

---------- Forwarded message ---------
From: **Doug Bobar** <dbobar@sepapergroup.com>
Date: Tue, Aug 9, 2022 at 2:16 PM
Subject: RE: Spec Sheets
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Good afternoon.   PJP has asked me to define a minimum case count on a TL that they can use as their minimum target to place the order.  Iconex was at 1,000 cases.  Can you match that as the minimum?  I need to confirm that to them soon.  Let me know.

I also have some items that I need some product information on to set up codes.  I have put together a small spread sheet and want to know if you could fill it in for me and send it back in the spreadsheet.  It is important to get moving and set some codes up.  I will send that to you on a seperate message.

Please let me know something today on the 1,000 case minimum for Penn Jersey.  My boss is asking about it.

Thanks

Doug Bobar

Purchasing Department

Director of Purchasing

1

EXHIBIT

27

Southeastern Paper Group

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:45 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

This email originated outside the organization - Use caution when clicking links or opening attachments

We stack differently using the center area, I confirmed with details with Richard and Production yesterday.

We do get that question a lot, since we do stack using that center area to get 50 cases per pallet.

Thanks,
Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com

# COLLECTIVE

# EXHIBIT 28

**Emily Stulce**

**From:** Stacey Anderson <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, November 7, 2022 4:29 PM
**To:** Emily Stulce
**Subject:** Fwd: Spec Sheets
**Attachments:** PJP New Item Setup Form- Monaco.xlsx

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Tue, Aug 16, 2022 at 3:54 PM
Subject: RE: Spec Sheets
To: Doug Bobar <dbobar@sepapergroup.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>

Doug, I am sorry for the delays, please see the attached.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

EXHIBIT

**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, August 15, 2022 3:17 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

Did you send this over? I must have missed it. thanks

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 10, 2022 7:48 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, I will have the update spreadsheet to you tomorrow.

Yes, 1000 cases is a full truck minimum. I have also emailed Caroline at PJP.


Thanks,
Stacey



*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com




**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, August 9, 2022 2:16 PM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets


Good afternoon. PJP has asked me to define a minimum case count on a TL that they can use as their minimum target to place the order. Iconex was at 1,000 cases. Can you match that as the minimum? I need to confirm that to them soon. Let me know.


I also have some items that I need some product information on to set up codes. I have put together a small spread sheet and want to know if you could fill it in for me and send it back in the spreadsheet. It is important to get moving and set some codes up. I will send that to you on a sperate message.

Please let me know something today on the 1,000 case minimum for Penn Jersey. My boss is asking about it.

Thanks

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230    Ext.3235

Fax: 864-587-5813    Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:45 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

This email originated outside the organization - Use caution when clicking links or opening attachments

We stack differently using the center area, I confirmed with details with Richard and Production yesterday.

We do get that question a lot, since we do stack using that center area to get 50 cases per pallet.

4

Thanks,
Stacey



Stacey Anderson

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Wednesday, August 3, 2022 9:33 AM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets


Thanks.  Just trying to understand the TIHI you did provide.  7.14 by 7.   Usually something like 10 per layer 5 layers high or something.  Not sure on the numbers you provided if you said 50 per pallet.


Doug Bobar

Purchasing Department

Director of Purchasing

<u>Southeastern Paper Group</u>

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



**ENVOY**
**SOLUTIONS**

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:13 AM
**To:** Doug Bobar <dbobar@sepapergroup.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

| This email originated outside the organization - Use caution when clicking links or opening attachments |
| --- |

Doug, please see the below.


No UPC for either item.


80230PF              TI 7.14 / HI 7

    50 cases is a full pallet


The other item are the 6 pack ribbons, those are small and would not be on a single pallet – single box based on 416 per month usage.


Thanks,
Stacey

Stacey Anderson

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Tuesday, August 2, 2022 10:13 AM
**To:** stacey.anderson@thinkmonaco.com
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: Spec Sheets

Just two more questions on the below.  Do they have a UPC code and can you tell the TIHI for the full pallet.

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

<u>Doug.bobar@envoysolutions.com</u>



**From:** <u>stacey.anderson@thinkmonaco.com</u> <<u>stacey.anderson@thinkmonaco.com</u>>
**Sent:** Monday, August 1, 2022 2:48 PM
**To:** Doug Bobar <<u>dbobar@sepapergroup.com</u>>
**Cc:** 'Richard Jansen' <<u>richard.jansen@thinkmonaco.com</u>>
**Subject:** RE: Spec Sheets

This email originated outside the organization - Use caution when clicking links or opening attachments

Doug, please see the below – let me know if you need any additional information.


Thanks,

Stacey




*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

<u>www.thinkmonaco.com</u>



**From:** Doug Bobar <dbobar@sepapergroup.com>
**Sent:** Monday, August 1, 2022 2:07 PM
**To:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Subject:** Spec Sheets


Stacey,


Would you have spec sheets for the following items? I need to set them up in my system. thanks


Weight, cube, case dimensions, UPC if the product has one, TIHI, pack, description, etc....


80230PF

| | |
|---|---|
| Weight | 30 lbs. |
| Cube | .79 |
| Description | 3 1/8" x 230' Thermal Paper Phenol Free |
| Pack | 50 rolls/per case |
| Case Dim | 6.25x15.25x15.25 |

Pallet Size for 50 cases is 48x40x53


ERC30/34/38 BLK Red –

| | |
|---|---|
| Weight | 2 lbs. |
| Description | Red/Black Ribbon ERC 30/34 |
| Pack | 6 ribbons/per case |
| Case Dims | 3"x3"x4" |

Doug Bobar

Purchasing Department

Director of Purchasing

**Southeastern Paper Group**

Phone: 1-800-858-7230   Ext.3235

Fax: 864-587-5813   Mobile: 864-706-8986

Doug.bobar@envoysolutions.com



| MFG | Description | Vendor Name | Case Pack | Unit of Measure | TI | HI | Pallet Quantity | Min. Order Quantity by Item |
|---|---|---|---|---|---|---|---|---|
| 30150 | Register Roll Bond 3"x150' 1PLY | Monaco | 50 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 44165 | Register Roll Bond 44WMx150' 1PLY | Monaco | 10/10 ct | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 80230 | Register Roll Thermal 3 1/8" x 230' BPA Free | Monaco | 50 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 57085-72 | Register Roll Thermal 2.25" x 85' BPA Free | Monaco | 72 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 25150 | Register Roll Bond 2.25" x 150' 1PLY | Monaco | 100 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 57050 | Register Roll Thermal 2.25" x 50' BPA Free | Monaco | 50 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |
| 57165 | Register Roll Thermal 2.25" x 165' BPA Free | Monaco | 50 | Case | 7.14 | 7 | 50 | Truck Load Minimum Mixed Cases of 1000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80230PF | Register Roll Thermal 3 1/8" x 230 ' Phenol Free | Monaco | 50 | Case | 7.14 | 7 | 50 |
| 39177 | Register Roll Thermal 4 3/8" x 315' BPA Free | Monaco | 24 | Case | 7.14 | 7 | 50 |
| 32095 | Register Roll Bond 3" x 95' 2PLY W/C | Monaco | 50 | Case | 7.14 | 7 | 50 |
| 33095 | Register Roll Bond 3"x67' 3PLY W/C/P | Monaco | 50 | Case | 7.14 | 7 | 50 |
| ERC30/34/38 Ribbon ERC30 ERC34 ERC28 Black / Red | | Monaco | 6 | Case | 7.14 | 7 | 50 |
| | | | | | Truck Load Minimum Mixed Cases of 1000 | Truck Load Minimum Mixed Cases of 1000 | Truck Load Minimum Mixed Cases of 1000 |

Volume based on 2021- Annual

| Case Length in Inches | Case Width in Inches | Case Height in Inches | Volume | Case Weight | PJP Item Replacing |
|---|---|---|---|---|---|
| 13.25 | 13.25 | 6.75 | 3,082 | 25.00 | 33980 |
| 14.5 | 11.75 | 9.25 | 29 | 29.00 | 34040 |
| 14.25 | 14.25 | 6.75 | 11,860 | 30.00 | 33985 |
| 11 | 11 | 5 | 770 | 14.00 | 33975 |
| 14.375 | 10.25 | 12 | 404 | 35.00 | 33990 |
| 8.25 | 8.25 | 5 | 2,000 | 8.00 | 33970 |
| 13.625 | 13.625 | 5 | 224 | 19.00 | 33982 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 4 | 4 | 4,986 | 2.00 | 149671 |
| 15 | 15 | 6.5 | 191 | 26.00 | 34304 |
| 14.25 | 14.25 | 6.75 | 2,772 | 25.00 | 34300 |
| 14.5 | 11.75 | 9.25 | 127 | 29.00 | 33987 |
| 14.25 | 14.25 | 6.75 | 161 | 30.00 | 33984 |

# COLLECTIVE

# EXHIBIT 29

| | |
|---|---|
| **From:** | Stacey Anderson <stacey.anderson@thinkmonaco.com> |
| **Sent:** | Tuesday, November 1, 2022 7:06 PM |
| **To:** | Emily Stulce |
| **Subject:** | Fwd: PJP Vendor Information |

---------- Forwarded message ---------
From: **Caroline Bane** <cbane@pjponline.com>
Date: Fri, Aug 12, 2022 at 4:57 PM
Subject: RE: PJP Vendor Information
To: stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
Cc: Richard Jansen <richard.jansen@thinkmonaco.com>, PJP Invoices <pjpinvoices@pjponline.com>

Hi Stacey,

Invoices go to pjpinvoices@pjponline.com.  They will assign you an AP contact once we start placing POs.

Yes we require an appointment.  You should call P: 215.992.5250 ext. 250 but the preference is email.  recevingdept@pjponline.com

**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467



ENVOY SOLUTIONS

---

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Friday, August 12, 2022 2:01 PM
**To:** Caroline Bane <cbane@pjponline.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: PJP Vendor Information

EXHIBIT 29

1

Caroline, in preparation for our first PO – I wanted to confirm if there were any questions?

Monaco@thinkmonaco.com          is our CSR and Order Processing Team

Accounting@thinkmonaco.com      is the accounting Team

Richard.Jansen@thinkmonaco.com  is the sales contact

I can always be emailed or contacted with any questions or concerns.

We email invoices when processed – can you advise me the best email address to use for processed invoices?

Does your NJ PJP Location require an appointment for full truck deliveries?

If yes, can you email me the applicable information and we will ensure that an appointment is made with your DC.

We look forward to working with PJP and thank you for choosing Monaco.

Have a great weekend!

Thanks,

Stacey

*Stacey Anderson*

**Chief Financial Officer**

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** Stacey - Monaco <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, August 9, 2022 3:07 PM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** Re: PJP Vendor Information

A full truck minimum is 1000 cases and 1200 max.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

Monaco Industries

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com

On Aug 9, 2022, at 12:35 PM, Stacey - Monaco <stacey.anderson@thinkmonaco.com> wrote:

Pallets

48x40x53

Average cases per pallet is 50.

Full truck is 20-24 pallets depending on weight.

Thanks,

Stacey

Stacey Anderson

Chief Financial Officer

Monaco Industries

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com

On Aug 9, 2022, at 11:38 AM, Caroline Bane <cbane@pjponline.com> wrote:

Hi Stacey

Is that in cube or pallets?

**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Tuesday, August 9, 2022 10:37 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

Your PJP program is for full truck quantities which 10-12 days from PO to ship date.

It is a 3 day transit from Knoxville, TN.

Thanks,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO®


**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Tuesday, August 9, 2022 9:02 AM
**To:** stacey.anderson@thinkmonaco.com
**Subject:** RE: PJP Vendor Information


Hi Stacey


Can you please confirm the lead time and the prepaid minimum for shipping?

5

**Caroline Bane**

**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

Envoysolutions.com

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:30 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information

Thank you, I will scan the rest of the documents to you today.

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Wednesday, August 3, 2022 9:26 AM
**To:** stacey.anderson@thinkmonaco.com
**Subject:** RE: PJP Vendor Information


That is fine!


**Caroline Bane**
**Sr. Category Analyst**

cbane@pjponline.com

C: (570) 436-6467



_____


Envoysolutions.com


**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, August 3, 2022 9:16 AM
**To:** Caroline Bane <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information


Caroline, please see the attached – this is the current format (item 3 1/8 x 230 Thermal) case label we use for
Envoy/SEPG.


Thanks,

Stacey


Stacey Anderson

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

7

www.thinkmonaco.com



MONACO°

**From:** Caroline Bane <cbane@pjponline.com>
**Sent:** Monday, August 1, 2022 9:01 PM
**To:** Stacey.Anderson@thinkmonaco.com
**Cc:** Bobar, Doug <dbobar@sepapergroup.com>
**Subject:** PJP Vendor Information

Good Afternoon,

Please see attached new vendor information for PJP. Can you please fill out and return the Vendor Set Up Form along with a copy of your certificate of insurance?

Also included here are the inbound delivery and receiving information and Pricing Increasing Information, along with our W-9 and credit references.

Please reach out with any questions or concerns.

CB

**Caroline Bane**
**Sr. Category Analyst**



cbane@pjponline.com

C: (570) 436-6467

Envoysolutions.com

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# COLLECTIVE EXHIBIT 30

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222055-IN |
| Invoice Date: | 8/16/2022 |
| Order Number: | 0081697 |
| Order Date | 8/12/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
6201 CORPORATE PARK
Browns Summit, NC 27214

| Customer P.O. | Cust Ord No. | Ship VIA | | TRACKING | | Terms |
|---|---|---|---|---|---|---|
| S02U62 ship 1 of 2 | | ESTES | | 074-8061464; | | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 9010021 | CART | 150.000 | 0.000 | 0.000 | 5.9400 | 0.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| 52375007 | CART | 5.000 | 5.000 | 0.000 | 36.3800 | 181.90 |
| 52375009 | CART | 24.000 | 24.000 | 0.000 | 35.5200 | 852.48 |
| 3.125" x 119' THERMAL 50/CS | | | | | | |
| 52375011 | CART | 24.000 | 24.000 | 0.000 | 31.0900 | 746.16 |
| 2.25" x 85' THERMAL 72/CS | | | | | | |
| 52375012 | CART | 50.000 | 50.000 | 0.000 | 63.9500 | 3,197.50 |
| 3.125" x 273' THERMAL 50/CS | | | | | | |
| 58400 | CART | 2.000 | 2.000 | 0.000 | 47.1800 | 94.36 |
| 2.31" x 400' THRML 24/CS | | | | | | |
| 58400 | CART | 1.000 | 1.000 | 0.000 | 47.1800 | 47.18 |
| 2.31" x 400' THRML 24/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 5,119.58 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **5,119.58** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.



# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222056-IN |
| Invoice Date: | 8/16/2022 |
| Order Number: | 0081696 |
| Order Date | 8/12/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SEPG-SPARTANBURG
WADSWORTH INDUSTRIAL PARK
50 OLD BLACKSTOCK RD
Spartanburg, SC 29301

| Customer P.O. | | Cust Ord No. | Ship VIA | TRACKING | Terms | |
|---|---|---|---|---|---|---|
| S02U59 ship 1 of 2 | | | ESTES | 074-8061463; | 2% 10 Net 30 Days | |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 9010021 | CART | 200.000 | 0.000 | 0.000 | 5.9400 | 0.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| 52375009 | CART | 50.000 | 50.000 | 0.000 | 35.5200 | 1,776.00 |
| 3.125" x 119' THERMAL 50/CS | | | | | | |
| 52375060 | CART | 10.000 | 10.000 | 0.000 | 36.0000 | 360.00 |
| 2.25" x 150' BOND ADD ROLL | | | | | | |
| 52375061 | CART | 20.000 | 20.000 | 0.000 | 43.7700 | 875.40 |
| 3" x 190' Bond Canary | | | | | | |
| 52375822 | CART | 20.000 | 20.000 | 0.000 | 46.4700 | 929.40 |
| 2.25" x 230' THERMAL 50/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 3,940.80 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,940.80** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222127-IN |
| Invoice Date: | 8/18/2022 |
| | |
| Order Number: | |
| Order Date | |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
6201 CORPORATE PARK
Browns Summit, NC 27214

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02U62 | | FEDEX GROUND | 582765574690; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 9010021 | CART | 150.000 | 150.000 | 0.000 | 5.9400 | 891.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| SHIPMENT 2 OF 2 FOR THIS PO | | | | | | |

| | |
|---|---|
| Net Invoice: | 891.00 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **891.00** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222124-IN |
| Invoice Date: | 8/18/2022 |
| Order Number: | |
| Order Date | |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SEPG-SPARTANBURG
WADSWORTH INDUSTRIAL PARK
50 OLD BLACKSTOCK RD
Spartanburg, SC 29301

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02U59 | | FEDEX GROUND | 582765574602; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 9010021 | CART | 200.000 | 200.000 | 0.000 | 5.9400 | 1,188.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| SHIPMENT 2 OF 2 FOR THIS PO | | | | | | |

| | |
|---|---|
| Net Invoice: | 1,188.00 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,188.00** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222498-IN |
| Invoice Date: | 9/6/2022 |
| | |
| Order Number: | 0081884 |
| Order Date | 9/1/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
WADSWORTH INDUSTRIAL PARK
50 OLD BLACKSTOCK RD
Spartanburg, SC  29301

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02262 | | FEDEX FREIGHT | 847935647-6; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 45375001 | CART | 25.000 | 25.000 | 0.000 | 16.4600 | 411.50 |
| 2 1/4" x 50' Thermal 50/cs | | | | | | |
| 52375003 | CART | 20.000 | 20.000 | 0.000 | 27.5000 | 550.00 |
| 3" x 150' BOND 50/CS | | | | | | |
| 52375010 | CART | 125.000 | 125.000 | 0.000 | 58.5600 | 7,320.00 |
| 3.125" x 230' THERMAL 50/CS | | | | | | |
| 52375011 | CART | 24.000 | 24.000 | 0.000 | 19.5200 | 468.48 |
| 2.25" x 85' THERMAL 72/CS | | | | | | |
| 52375019 | CART | 40.000 | 40.000 | 0.000 | 36.6600 | 1,466.40 |
| 3" x 95' 2-PLY W/C 50CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 10,216.38 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **10,216.38** |

Acceptance of our goods, products or services consultates your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222530-IN |
| Invoice Date: | 9/7/2022 |
| | |
| Order Number: | 0081886 |
| Order Date | 9/1/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
6201 CORPORATE PARK
Browns Summit, NC 27214

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02245 | | ESTES | 074-8061974; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 45375001 | CART | 40.000 | 40.000 | 0.000 | 16.4600 | 658.40 |
| 2 1/4" x 50' Thermal  50/cs | | | | | | |
| 52375003 | CART | 24.000 | 24.000 | 0.000 | 27.5000 | 660.00 |
| 3" x 150' BOND 50/CS | | | | | | |
| 52375004 | CART | 12.000 | 12.000 | 0.000 | 26.7800 | 321.36 |
| 3" x 165' BOND 50/CS | | | | | | |
| 52375007 | CART | 8.000 | 8.000 | 0.000 | 36.3800 | 291.04 |
| 52375010 | CART | 150.000 | 150.000 | 0.000 | 58.5600 | 8,784.00 |
| 3.125" x 230' THERMAL 50/CS | | | | | | |
| 52375820 | CART | 12.000 | 12.000 | 0.000 | 21.1100 | 253.32 |
| 2.25" x 165' THRML 50/CS | | | | | | |
| 45375002 | CART | 2.000 | 2.000 | 0.000 | 47.1800 | 94.36 |
| 2.31" x 400' THRML  24/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 11,062.48 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 11,062.48 |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

| | |
|---|---|
| Invoice Number: | 0222575-IN |
| Invoice Date: | 9/8/2022 |
| Order Number: | 0081883 |
| Order Date | 9/1/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
3850 PORT JACKSONVILLE PKWY
Jacksonville, FL 32226

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02246 | | ESTES | 074-8061976; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 52080231 | CART | 150.000 | 150.000 | 0.000 | 5.9400 | 891.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| 52375010 | CART | 100.000 | 100.000 | 0.000 | 58.5600 | 5,856.00 |
| 3.125" x 230' THERMAL 50/CS | | | | | | |
| 52375011 | CART | 6.000 | 6.000 | 0.000 | 19.5200 | 117.12 |
| 2.25" x 85' THERMAL 72/CS | | | | | | |
| 52375019 | CART | 24.000 | 24.000 | 0.000 | 36.6600 | 879.84 |
| 3" x 95' 2-PLY W/C 50CS | | | | | | |
| 52375020 | CART | 12.000 | 12.000 | 0.000 | 25.4500 | 305.40 |
| 2.25" x 85' THRML 50/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 8,049.36 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **8,049.36** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

Invoice Number: 0222576-IN
Invoice Date: 9/8/2022

Order Number: 0081885
Order Date 9/1/2022
Salesperson: RJ
Customer Number: SOUTHEA

Sold To:
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

Ship To:
SOUTHEASTERN PAPER GROUP
2400 SULLIVAN RD
SUITE A
COLLEGE PARK, GA 30337-6318

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02247 | | ESTES | 074-8061973; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 52080231 | CART | 175.000 | 175.000 | 0.000 | 5.9400 | 1,039.50 |
| ERC 30/34 RENERC30B/R | | | | | | |
| 52375003 | CART | 50.000 | 50.000 | 0.000 | 27.5000 | 1,375.00 |
| 3" x 150' BOND 50/CS | | | | | | |
| 52375004 | CART | 40.000 | 40.000 | 0.000 | 26.7800 | 1,071.20 |
| 3" x 165' BOND 50/CS | | | | | | |
| 52375010 | CART | 300.000 | 300.000 | 0.000 | 58.5600 | 17,568.00 |
| 3.125" x 230' THERMAL 50/CS | | | | | | |
| 52375011 | CART | 12.000 | 12.000 | 0.000 | 19.5200 | 234.24 |
| 2.25" x 85' THERMAL 72/CS | | | | | | |
| 52375019 | CART | 50.000 | 50.000 | 0.000 | 36.6600 | 1,833.00 |
| 3" x 95' 2-PLY W/C 50CS | | | | | | |
| 52375020 | CART | 12.000 | 12.000 | 0.000 | 25.4500 | 305.40 |
| 2.25" x 85' THRML 50/CS | | | | | | |
| 52375822 | CART | 8.000 | 8.000 | 0.000 | 46.1600 | 369.28 |
| 2.25" x 230' THERMAL 50/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 23,795.62 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **23,795.62** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# Invoice

**Monaco Industries, LLC**
**3030 Monaco Way**
**Knoxville, TN 37914**
**(865) 688-5450**

Invoice Number: 0222710-IN
Invoice Date: 9/14/2022

Order Number: 0081983
Order Date: 9/13/2022
Salesperson: RJ
Customer Number: SOUTHEA

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SEPG-LAKELAND
7080 HAVERTYS WAY
Lakeland, FL 33805

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02571 | | AVERITT EXPRESS | 0037007890; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 52080231 | CART | 50.000 | 50.000 | 0.000 | 5.9400 | 297.00 |
| ERC 30/34 RENERC30B/R | | | | | | |
| 52375010 | CART | 100.000 | 100.000 | 0.000 | 58.5600 | 5,856.00 |
| 3.125" x 230' THERMAL 50/CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 6,153.00 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 6,153.00 |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery. Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way Knoxville TN 37914

# Invoice

**Monaco Industries, LLC**
3030 Monaco Way
Knoxville, TN 37914
(865) 688-5450

| | |
|---|---|
| Invoice Number: | 0222709-IN |
| Invoice Date: | 9/14/2022 |
| | |
| Order Number: | 0081984 |
| Order Date: | 9/13/2022 |
| Salesperson: | RJ |
| Customer Number: | SOUTHEA |

**Sold To:**
SOUTHEASTERN PAPER GROUP - All Locations
CORPORATE ACCOUNT
ALL LOCATIONS BILLING

**Ship To:**
SOUTHEASTERN PAPER GROUP
3850 PORT JACKSONVILLE PKWY
Jacksonville, FL 32226

| Customer P.O. | Cust Ord No. | Ship VIA | TRACKING | Terms |
|---|---|---|---|---|
| S02573 | | AVERITT EXPRESS | 0037007891; | 2% 10 Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 52375019 | CART | 100.000 | 100.000 | 0.000 | 36.6600 | 3,666.00 |
| 3" x 95' 2-PLY W/C 50CS | | | | | | |

| | |
|---|---|
| Net Invoice: | 3,666.00 |
| Less Discount: | 0.00 |
| Energy Surcharge: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,666.00** |

Acceptance of our goods, products or services constitutes your agreement to the following terms and conditions of payment:

Our invoices are due (30) days after shipment of products to you. Invoices that are more than (30) days past due will bear interest from the due date until paid at the lesser of ten percent (10%) per annum or the highest rate permitted by applicable law. In the event that we are forced to initiate collection proceedings for amounts due to us, you agree that you will be liable for all collection and other costs incurred by us including, but not limited to, reasonable attorneys' fees whether or not litigation is commenced. All business account payments must be received within (30) days (or such other time period as we may mutually agree in writing). There is no grace period, and your business account will be automatically placed on hold if payment is not received within the period provided by these terms and conditions. Please ensure that payments are processed and mailed in time to meet our requirements. We are not responsible for any losses or damages that you may incur due to suspension or termination of your business account.

Freight charges for any additional costs such as residential, sort and segregate, inside, liftgate, or delivery appointment not quoted in original agreed price will be due from customer. These additional freight charges will be billed separately upon receipt of the invoice from the freight carrier for the additional costs incurred at the time of delivery Energy Surcharge is due and payable and added to the cost of the shipped product.

All payments should be made payable to Monaco

All payments should be sent to the following address: 3030 Monaco Way, Knoxville, TN 37914.

# EXHIBIT 31

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, September 7, 2022 11:24 PM
**To:** 'Caroline Bane' <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information Monaco Industries, LLC

Caroline, I hope you are doing well.

We are preparing/forecasting and wanted to reach out to see if you have any estimated timeframe when your first PO will be placed with Monaco?

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Friday, August 12, 2022 2:01 PM
**To:** 'Caroline Bane' <cbane@pjponline.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: PJP Vendor Information

Caroline, in preparation for our first PO – I wanted to confirm if there were any questions?

# EXHIBIT 32

## Emily Stulce

**From:** Stacey Anderson <stacey.anderson@thinkmonaco.com>
**Sent:** Monday, November 7, 2022 4:28 PM
**To:** Emily Stulce
**Subject:** Fwd: PJP Vendor Information Monaco Industries, LLC

---------- Forwarded message ---------
From: <stacey.anderson@thinkmonaco.com>
Date: Mon, Sep 19, 2022 at 1:43 PM
Subject: RE: PJP Vendor Information Monaco Industries, LLC
To: Caroline Bane <cbane@pjponline.com>
Cc: Shaffer Smith <shaffer.smith@thinkmonaco.com>

Carolina, I wanted to reach out on the below, if that is not your area can you advise who would be the best point of contact?

Thanks,

Stacey

*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

EXHIBIT

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Wednesday, September 7, 2022 11:24 PM
**To:** 'Caroline Bane' <cbane@pjponline.com>
**Subject:** RE: PJP Vendor Information Monaco Industries, LLC


Caroline, I hope you are doing well.


We are preparing/forecasting and wanted to reach out to see if you have any estimated timeframe when your first PO will be placed with Monaco?


Thanks,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com



MONACO°

**From:** stacey.anderson@thinkmonaco.com <stacey.anderson@thinkmonaco.com>
**Sent:** Friday, August 12, 2022 2:01 PM
**To:** 'Caroline Bane' <cbane@pjponline.com>
**Cc:** 'Richard Jansen' <richard.jansen@thinkmonaco.com>
**Subject:** RE: PJP Vendor Information

Caroline, in preparation for our first PO – I wanted to confirm if there were any questions?

Monaco@thinkmonaco.com          is our CSR and Order Processing Team

Accounting@thinkmonaco.com      is the accounting Team

Richard.Jansen@thinkmonaco.com  is the sales contact


I can always be emailed or contacted with any questions or concerns.


We email invoices when processed – can you advise me the best email address to use for processed invoices?


Does your NJ PJP Location require an appointment for full truck deliveries?


If yes, can you email me the applicable information and we will ensure that an appointment is made with your DC.


We look forward to working with PJP and thank you for choosing Monaco.


Have a great weekend!

Thanks,

Stacey


*Stacey Anderson*

Chief Financial Officer

O: 865-688-5450

C: 714-397-4364

www.thinkmonaco.com